# EXHIBIT A



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
# TXu 2-332-107

**Effective Date of Registration**
August 09, 2022

**Registration Decision Date:**
August 31, 2022

## Title

**Title of Work:** Wozniak Batman Riddler Plot

## Completion/Publication

**Year of Completion:** 1990

## Author

- **Author:** Chris Wozniak
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1964

## Copyright Claimant

**Copyright Claimant:** Chris Wozniak
6 Winter St., Lancaster, NH, 03854, United States

## Rights and Permissions

**Name:** Chris Wozniak
**Email:** woz@chriswozniak.com
**Telephone:** (646)637-8254
**Address:** 6 Winter St.
Lancaster, NH 03854 United States

## Certification

**Name:** Christopher Wozniak