James D. Weinberger (jweinberger@fzlz.com)
Kimberly B. Frumkin (kfrumkin@fzlz.com)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, New York 10036
(212) 813-5900

*Counsel for Defendant Warner Bros. Entertainment Inc.
and Proposed Intervenor DC Comics*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTOPHER WOZNIAK,<br><br>          Plaintiff,<br><br>      v.<br><br>WARNER BROS. ENTERTAINMENT INC.,<br><br>          Defendant. | Civil Action No. 22-cv-08969 (PAE) |

**DECLARATION OF JAMES D. WEINBERGER
IN SUPPORT OF MOTION TO INTERVENE**

JAMES D. WEINBERGER, under penalty of perjury, declares and states:

1.      I am a member of the Bar of this Court and a partner in the law firm of Fross Zelnick Lehrman & Zissu, P.C. ("Fross Zelnick"), attorneys for Defendant Warner Bros. Entertainment Inc. ("Warner Bros.") and Proposed Intervenor DC Comics ("DC") in the above-entitled action.  I am fully familiar with the facts set forth herein, and respectfully submit this declaration in support of DC's motion to intervene.

2.      Warner Bros. consents to the intervention proposed by DC Comics herein.

3.      In an email communication on December 5, 2022, Plaintiff Christopher Wozniak's counsel R. Terry Parker, Esq. of Rath Young Pignatelli advised me that his client will not oppose DC Comics' motion to intervene.

{F4928341.1 }

4. Attached hereto as Exhibit A is a true and correct copy of DC Comics' proposed Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2022 in New York, New York.

                              _____
                                      James D. Weinberger