# EXHIBIT A

James D. Weinberger (jweinberger@fzlz.com)
Kimberly B. Frumkin (kfrumkin@fzlz.com)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, New York 10036
(212) 813-5900

*Counsel for Defendant Warner Bros. Entertainment Inc.
and Third-Party Plaintiff DC Comics*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER WOZNIAK,<br><br>Plaintiff,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT INC.,<br><br>Defendant. | Civil Action No. 22-cv-08969 (PAE)<br><br>**THIRD-PARTY COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |
| DC COMICS,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>CHRISTOPHER WOZNIAK,<br><br>Third-Party Defendant. | |

Third-Party Plaintiff DC Comics, by its undersigned attorneys, for its Third-Party Complaint against Plaintiff and Third-Party Defendant Christopher Wozniak ("Wozniak"), alleges as follows:

### NATURE OF THE CLAIM

1. This is a claim for copyright infringement arising under the Copyright Act of 1976, 17 U.S.C. §§ 101 et seq. DC Comics is the owner of all rights under copyright in Batman

{F4922191.2 }

and his universe. Wozniak has asserted claims of copyright infringement against DC Comic's affiliate Warner Bros. Entertainment Inc. ("Warner Bros."), based on an unauthorized Batman story he claims to have created – rendering it unlawful and not within the subject matter of copyright – and fraudulently registered such work with the U.S. Copyright Office. Wozniak has effectively stolen DC Comics' property and used it under false pretenses as the basis for a claim against DC Comics' affiliate Warner Bros. DC Comics therefore files this complaint to protect its exclusive ownership in that property – its Batman franchise and universe – and to assist its affiliate Warner Bros. in ridding itself of Wozniak's frivolous claims against it.

## THE PARTIES

2.  DC Comics is a partnership organized and existing under the laws of the State of New York with its primary place of business at 2900 West Alameda Avenue, Burbank, California 91505.

3.  Upon information and belief, Wozniak is an individual doing business at 6 Winter Street, Lancaster, New Hampshire 03584.

## JURISDICTION & VENUE

4.  This Court has jurisdiction over the subject matter of this action pursuant to Sections 1331 and 1338(a) of the Judicial Code, 28 U.S.C. §§ 1331 and 1338(a).

5.  This Court has personal jurisdiction over Wozniak because he has affirmatively sought relief in front of this Court in this action.

6.  Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b).

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

7. DC Comics is one of the world's leading publishers of comic books and magazines. Since the 1930s, DC Comics has published some of the most-loved and well-known comics in history.

8. DC Comics' predecessor-in-interest, Detective Comics, Inc., first published "Batman" in 1939 in *Detective Comics* No. 27. Batman, a caped crimefighter who is the secret alter ego of millionaire playboy Bruce Wayne, has since become one of the most successful and famous comic book characters in the world.

9. Since Batman's creation in 1939, certain other related characters and other original fanciful elements have appeared in the Batman plotlines, including but not limited to Robin aka Dick Grayson, The Riddler aka Edward Nygma, Commissioner James Gordon, Barbara Gordon aka Batgirl, Two Face, The Joker, Batman's butler Alfred, the Batmobile and the fictional city Gotham City, among many others (together, the "Batman Characters").

10. Since their introductions, the Batman Characters have been featured in many formats other than comic books, including movie serials, newspaper comic strips, radio shows, animated television series, live action television series, animated motion pictures, live action motion pictures and theatrical presentations, among others.

11. Specifically, the Batman Characters were the subject of a successful live-action television series licensed by DC Comics entitled *Batman* that was a first broadcast in 1966 on the ABC television network and ran for three seasons, totaling 120 episodes, and featured many characters popularized in the original comic books. The series has since been repeated in syndication throughout the United States and abroad.

12. The Batman Characters have also been featured in, among others, the 1989 motion picture entitled *Batman,* the 1992 motion picture entitled *Batman Returns*, the 1995 motion picture entitled *Batman Forever*, the 1997 motion picture entitled *Batman and Robin*, the 2005 motion picture entitled *Batman Begins*, the 2008 motion picture entitled *The Dark Knight*, the 2012 motion picture entitled *The Dark Knight Rises*, the 2016 motion picture entitled *Batman v Superman: Dawn of Justice*, and the most recent motion picture entitled *The Batman* in 2022.

13. The 1989 *Batman* film generated over $251 million dollars in domestic box office receipts, or nearly $500 million when adjusted for inflation. The 1992 *Batman Returns* film generated over $162 million dollars in domestic box office receipts, the 1995 *Batman Forever* film generated over $184 million, and the 1997 *Batman and Robin* film generated over $107 million. The 2005 *Batman Begins* film generated over $205 million dollars in domestic box office receipts, the 2008 *The Dark Knight* film generated over $534 million, the 2012 *The Dark Knight Rises* film generated over $448 million, and the 2016 *Batman v. Superman: Dawn of Justice* film generated over $330 million. The most recent 2022 *The Batman* film generated over $369 million in domestic box office receipts. The *Batman* motion pictures have resulted in domestic gross box office receipts of over two billion dollars, not to mention additional revenues from syndication rights and home video distribution. The *Batman* motion pictures have proven to be among the most successful licensing and merchandising ventures of all time, with gross retail sales of associated merchandise exceeding $1 billion.

14. As held previously by this Court and others, the Batman Characters and the works in which they are depicted, including the design, configuration, and distinctive features, such as the story elements of the works, contain material wholly original with DC Comics that is copyrightable subject matter under the laws of the United States and is currently protected by the

copyright laws of the United States (hereinafter individually and collectively referred to as the "Batman Copyrighted Material").

15. DC Comics (and its predecessors-in-interest) has complied in all respects with the laws governing copyright and has secured the exclusive rights and privileges in and to the copyrights to the Batman Copyrighted Material, and DC Comics owns well in excess of one thousand certificates of registration for works in which of the Batman Copyrighted Material appears. A list of representative copyright registrations for the Batman Copyrighted Material is attached hereto as Exhibit A.

16. DC has granted and transferred to its related companies' certain rights to use the Batman Copyrighted Material. Specifically, DC Comics has licensed to its affiliated Warner Bros. the right to use the Batman Copyrighted Material in motion pictures.

17. DC Comics is informed and believes, and on that basis alleges, that Wozniak has created, without the authorization or consent of DC Comics, a work entitled "Wozniak Batman Riddler Plot" which is based upon, derived upon, and embodies copyrightable material from the Batman Copyrighted Material.

18. Upon information and belief, in or about August 2022, Wozniak submitted the Wozniak Batman Riddler Plot to the U.S. Copyright Office. Upon information and belief, Wozniak did not indicate that the Wozniak Batman Riddler Plot was a derivative work of the Batman Copyrighted Materials, let alone that such work was prepared without DC Comics' authorization or approval.

19. Wozniak has filed the instant lawsuit against DC Comics' licensee, Warner Bros. claiming that it infringed on his alleged copyright to the Wozniak Batman Riddler Plot.

Wozniak's complaint fails to disclose, however, that the Wozniak Batman Riddler Plot was created by him without authorization from or approval of DC Comics.

20. Unless enjoined by this Court, Wozniak will continue his course of conduct and to wrongfully use, infringe upon, sell, and otherwise profit from the Batman Copyrighted Material. DC Comics has no adequate remedy at law to redress all of the injuries that Wozniak has caused and intends to cause by his conduct. DC Comics will continue to suffer irreparable damage and possibly sustain lost profits until Wozniak's actions alleged above are enjoined by this Court.

## FIRST CAUSE OF ACTION:
## COPYRIGHT INFRINGEMENT PURSUANT TO 17 U.S.C. § 501

21. DC Comics incorporates by reference allegations in paragraphs 1 through 20 above.

22. Wozniak has created, distributed, sold and/or offered for sale a literary work comprised of the Batman Copyrighted Material.

23. Wozniak has never been authorized by DC Comics to create or distribute any material derived from the Batman Copyrighted Material.

24. Wozniak committed these acts with actual as well as constructive knowledge of DC Comics' exclusive rights in the Batman Copyrighted Material.

25. Wozniak's acts as alleged are willful infringements of and have irreparably harmed DC Comics' copyrights and exclusive rights therein. Further harm and injury to DC Comics is imminent, and DC Comics is without an adequate remedy at law. Unless Wozniak's acts are enjoined and stopped, Wozniak will continue to infringe DC Comics' rights in the Batman Copyrighted Material, causing further irreparable injury to DC Comics.

## SECOND CAUSE OF ACTION:
## FRAUD ON THE COPYRIGHT OFFICE

26. DC Comics incorporates by reference allegations in paragraphs 1 through 25 above.

27. Wozniak submitted the Wozniak Batman Riddler Plot to the U.S. Copyright Office without indicating that it was a derivative work that was prepared without the permission of the copyright holder, DC Comics.

28. That the Wozniak Batman Riddler Plot was a derivative work prepared without permission of the copyright holder was material information. Had the U.S. Copyright Office been aware of this information, it would not have issued Wozniak a copyright registration.

29. Wozniak purposefully did not include this information, knowing that the U.S. Copyright Office would not issue him a copyright registration if it were in fact disclosed.

## PRAYER FOR RELIEF

WHEREFORE DC Comics requests judgment in its favor and against Wozniak as follows:

1. That the Court find that Wozniak has infringed the Batman Copyrighted Material;

2. That Wozniak be enjoined from directly or indirectly infringing DC Comics' copyrights in the Batman Copyrighted Material or continuing to market, sell, dispose of, license, lease, transfer, display, advertise, reproduce, develop or manufacture any works derived from or copied from Batman to participate or assist in any such activity;

3. That Wozniak be enjoined to return to DC Comics any and all originals, copies, facsimiles or duplicates of any works shown by the evidence to infringe any copyright in the Batman Copyrighted Material;

4. That Wozniak be enjoined to deliver upon oath, to be impounded during the pendency of this action and destroyed pursuant to judgment herein, all originals, copies, facsimiles, or duplicates of any works shown by the evidence to infringe any copyright in the Batman Copyrighted Material;

5. That Wozniak be required to file with the Court and to serve on DC Comics, within 30 days after service of the Court's order as herein prayed, a report in writing under oath setting forth in detail the manner and form in which Wozniak has complied with the Court's order;

6. That Wozniak's copyright in the Wozniak Batman Riddler Plot be invalidated and the U.S. Copyright Office directed to rescind its grant of registration thereto;

7. That Wozniak be required to account for any gains, profits and advantages derived from his acts of infringement and for his other violations of law;

8. That all gains, profits and advantages derived by Wozniak from his acts of infringement and other violations of law be deemed to be held in constructive trust for the benefit of DC Comics;

9. That instead of an award of damages and rights for Wozniak's copyright infringement, should DC Comics elect, it should be awarded statutory damages within the provisions of 17 U.S.C. § 504, including damages trebled for willful infringement for each work infringed as provided thereunder;

10. That DC have judgment against Wozniak for DC Comics' costs and attorneys fees incurred in connection with this action pursuant to, *inter alia*, 17 U.S.C. § 505; and

11. That the Court grant such other, further, and different relief as the Court deems proper under the circumstances.

## **JURY TRIAL DEMAND**

DC Comics demands a jury trial in this action.

Dated: New York, New York
_____ \_\_, 202\_

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
    James Weinberger (jweinberger@fzl.com)
    Kimberly B. Frumkin (kfrumkin@fzlz.com)
151 West 42nd Street, 17th floor
New York, New York 10036
Tel:  (212) 813-5900

*Attorneys for Defendant Warner Bros. Entertainment Inc. and Third-Party Plaintiff DC Comics*

# Exhibit A

## Representative Batman Copyright Registrations

| Title | Reg. No. | Reg. Date | Type of Work |
|---|---|---|---|
| Batman: The Killing Joke | PA 2-046-207 | 08/11/2016 | Motion Picture |
| Batman v. Superman: Dawn of Justice | PA 1-981-624 | 03/30/2016 | Motion Picture |
| Batman Begins | PA 1-271-539 | 06/15/2005 | Motion Picture |
| Batman Begins | Pau2-946-440 | 06/06/2005 | Screenplay |
| Batman No. 567 | TX 4-884-161 | 06/16/1999 | Publication |
| Batman & Robin | PA 859-518 | 07/14/1997 | Motion Picture |
| Batman & Robin | VAu 379-285 | 02/04/1997 | Costumes |
| Batman Forever | PA 720-192 | 06/26/1995 | Motion Picture |
| Batman 100 Piece Puzzle | VA 542-355 | 01/15/1993 | Illustration |
| Batman Returns – Movie Story Book | TX 3 443-890 | 11/23/1992 | Publication |
| Batman the Animated Series Magic Pictures | VA 536-688 | 11/23/1992 | Illustrations |
| Batman Returns | PA 569-651 | 06/22/1992 | Motion Picture |
| Batman | PA 417-162 | 07/07/1989 | Motion Picture |
| Detective Comics No. 411 | B 659400 | 03/30/1971 | Publication |
| Detective Comics No. 359 | B 306513 | 12/07/1966 | Publication |
| Batman No. 181 | B 257773 | 04/21/1966 | Publication |
| Batman No. 139 | B 885990 | 04/24/1961 | Publication |
| Batman No. 121 | B 745047 | 12/03/1958 | Publication |
| Detective Comics No. 140 | B 151674 | 08/26/1948 | Publication |
| Detective Comics No. 58 | B 516176 | 10/25/1941 | Publication |
| Detective Comics No. 27 | B 413281 | 04/05/1939 | Publication |