James D. Weinberger (jweinberger@fzlz.com)
Kimberly B. Frumkin (kfrumkin@fzlz.com)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, New York 10036
(212) 813-5900

*Counsel for Defendant Warner Bros. Entertainment Inc.
and Proposed Intervenor DC Comics*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER WOZNIAK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARNER BROS. ENTERTAINMENT INC.,<br><br>　　　　　Defendant. | Civil Action No. 22-cv-08969 (PAE)<br><br>**PROPOSED INTERVENOR DC COMICS' FED. R. CIV. P. 7.1 STATEMENT** |

　　　　Pursuant to Fed. R. Civ. P. 7.1, Proposed Intervenor DC Comics, by its undersigned counsel Fross Zelnick Lehrman & Zissu, P.C, hereby states that it is a partnership comprised of E.C. Publications, Inc., a New York corporation, and Warner Communications, LLC, a Delaware limited liability company and that it is a wholly-owned, indirect subsidiary of Warner Bros. Discovery, Inc., a publicly traded corporation.

|  |  |
|---|---|
| Dated: December 15, 2022<br>New York, New York | FROSS ZELNICK LEHRMAN & ZISSU, P.C.<br><br>By: _____<br>James D. Weinberger (jweinberger@fzlz.com)<br>Kimberly B. Frumkin (kfrumkin@fzlz.com)<br>151 West 42nd Street, 17th Floor<br>New York, New York 10036<br>Tel: (212) 813-5900<br><br>*Attorneys for Defendant Warner Bros. Entertainment Inc. and Proposed Intervenor DC Comics* |