UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER WOZNIAK,

                         Plaintiff,

-v-

WARNER BROS. ENTERTAINMENT INC.,

                        Defendant.

22 Civ. 8969 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 15, 2022, DC Comics moved to intervene and file a third-party complaint, pursuant to Federal Rule of Civil Procedure 24, in the above-captioned case. Dkt. 11. The Court orders plaintiff and defendant to file their responses to the motion to intervene, if any, by December 22, 2022.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                     PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: December 15, 2022
       New York, New York