

James D. Weinberger
Partner

T 212.813.5952
jweinberger@fzlz.com

151 West 42nd Street, 17th Floor
New York, NY 10036

December 20, 2022

**BY ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court for
  the Southern District of New York
Thurgood Marhsall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Wozniak v. Warner Bros. Entertainment Inc.*,
      No. 1:22-cv-8969-PAE (S.D.N.Y.) (WBEI 2222679)

Dear Judge Engelmayer:

We are counsel to defendant Warner Bros. Entertainment Inc. ("Warner Bros") and proposed intervenor DC Comics in the above-referenced action. We write on behalf of Warner Bros., in response to the Court's Order dated December 15, 2022 (Dkt. 17), ordering Warner Bros. and Plaintiff Christopher Wozniak to file their responses, if any, to DC Comics' motion to intervene (the "Motion") by December 22, 2022. As noted in the Motion, Warner Bros. consents to DC Comics' intervention, *see* Dkts. 11 at 2; 12 at 1; 14 ¶ 2. In addition, Mr. Wozniak does not oppose the Motion (Dkts. 11 at 2; 12 at 1; 14 ¶ 3), which we confirmed with Mr. Wozniak's counsel R. Terry Parker by email yesterday.

Respectfully submitted,

*/s/ James D. Weinberger*
James D. Weinberger

cc:   Counsel of record (by ECF)

The Court thanks counsel for this update and grants the motion to intervene at docket 11 as unopposed.

SO ORDERED.

*/s/ Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge
December 20, 2022

T 212.813.5900  F 212.813.5901
{F4939549.1}

frosszelnick.com / Fross Zelnick Lehrman & Zissu, P.C.