

**James D. Weinberger**
Partner

151 West 42nd Street, 17th Floor
New York, NY 10036

T 212.813.5952
jweinberger@fzlz.com

December 20, 2022

**BY ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court for
  the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Wozniak v. Warner Bros. Entertainment Inc.*,
        No. 1:22-cv-8969-PAE (S.D.N.Y.) (WBEI 2222679)

Dear Judge Engelmayer:

We are counsel to Defendant Warner Bros. Entertainment Inc. and Third-Party Plaintiff DC Comics in the above-referenced action. We write, pursuant to Section 1.E of Your Honor's Individual Rules and Practices, to seek an adjournment of the January 19, 2023 initial conference to January 26, 2023 or some later date convenient for the Court. The adjournment is requested because the undersigned, lead counsel for Defendant and Third-Party Plaintiff, is out of town for previously-scheduled depositions in another matter during week of January 16. This is the first request for an adjournment and no other deadlines are affected. Counsel for Plaintiff Christopher Wozniak consents to this request.

We appreciate the Court's consideration of this matter.

Respectfully submitted,

James D. Weinberger

cc:    Counsel of record (by ECF)

Granted. The telephonic initial conference is rescheduled to January 31, 2023 at 4 p.m. SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
December 21, 2022

T 212.813.5900  F 212.813.5901
{F4941744.1 }

frosszelnick.com / Fross Zelnick Lehrman & Zissu, P.C.