UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER WOZNIAK,

                              Plaintiff,

-v-

WARNER BROTHERS ENTERTAINMENT, INC.,

                              Defendant.

---

DC COMICS,

                              Third-Party Plaintiff,

-v-

CHRISTOPHER WOZNIAK,

                              Third-Party Defendant.

22 Civ. 8969 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On January 31, 2023, the Court adjourned an initial pretrial conference in the above-captioned case due to an unavoidable conflict with a sentencing hearing that lasted unexpectedly long. The Court apologizes for any inconvenience, and reschedules the conference to February 1, 2023 at 4:30 p.m. The conference remains telephonic.

SO ORDERED.

                                                                   *Paul A. Engelmayer*
                                                                   Paul A. Engelmayer
                                                                   United States District Judge

Dated: January 31, 2023
       New York, New York