UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER WOZNIAK,

                                        Plaintiff,

                  -v-

WARNER BROTHERS ENTERTAINMENT, INC. AND DC COMICS,

                                        Defendant.

22 Civ. 8969 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court sets the following schedule regarding the anticipated motion(s) for summary judgment:

- October 24, 2023: Deadline for joint stipulation of facts.
- November 14, 2023: Opening brief in support of motion for summary judgment.
- December 5, 2023: Brief in opposition.
- December 15, 2023: Reply brief.
- January 18, 2023: Oral argument.

SO ORDERED.

                                                           *Paul A. Engelmayer*
                                                       PAUL A. ENGELMAYER
                                                       United States District Judge

Dated: October 10, 2023
         New York, New York