# EXHIBIT B

CLASS B No. 516176

# Copyright Office
## Of the United States of America
### THE LIBRARY OF CONGRESS
★ ★ ★ WASHINGTON ★ ★ ★

## *Certificate of Copyright Registration*

**This is to certify,** in conformity with section 55 of the Act to Amend and Consolidate the Acts respecting Copyright, approved March 4, 1909, as amended by the Act approved March 2, 1913, that TWO copies of the periodical named herein have been deposited in this Office under the provisions of the Act of 1909, and that registration of a claim to copyright for the first term of twenty-eight years for said work has been duly made in the name of

Detective Comics, Inc.,

480 Lexington Ave.,

New York, N.Y.

Title: Detective Comics.

No. 58, Dec. (1941)

St. Louis, Mo.

Date of publication   Oct. 21, 1941

Copies received   Oct. 25, 1941

Entry: Class   B No. 516176

[SEAL]

*C. L. Bouvé*
Register of Copyrights.

U. S. GOVERNMENT PRINTING OFFICE: 1940

DCC_000048

# Certificate of Registration of a Claim to Renewal Copyright

**FORM R**
REGISTRATION NO.
R 457672
DO NOT WRITE HERE

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Renewal Claimant(s), Address(es), and Statement of Claim:**

(a) Name .... NATIONAL PERIODICAL PUBLICATIONS, INC.

Address .... 909 Third Ave., New York, N. Y. 10022

Claiming as .... Proprietor of copyright in a work made for hire

(b) Name ....

Address ....

Claiming as ....

(c) Name ....

Address ....

Claiming as ....

**2. (a) Title:** DETECTIVE COMICS

**(b) Renewable Matter:**

**(c) Contribution to Periodical or Other Composite Work:**

........................ (Title of periodical or composite work)

If a periodical, give: Vol. ............; No. 58 ........; Issue ............; Date Dec. 1941

**3. Authors of Renewable Matter:**

**4. Facts of Original Registration:**

Original registration number: Class B ...........; No. 516176

If registered as published, give date of publication .... October 21, 1941

If registered as unpublished, give date of registration ....

Original copyright claimant .... DETECTIVE COMICS, INC.

*Complete all applicable spaces on next page*

EXAMINER

DCC_000049

5. Deposit account:

6. Send correspondence to:

Name ......WILLIAM K. FRIEDMAN.................. Address E. 44th St., New York, N.Y. 10017

7. Send certificate to:

(Type or print name and address)

Name ......WILLIAM K. FRIEDMAN..........
Address ......11 East 44th Street..........
(Number and street)
New York ...... New York ...... 10017
(City) (State) (ZIP code)

### Information concerning renewal copyright

Two important points must be kept in mind with respect to renewal copyright: (1) there are strict time limits for securing it, and (2) it can be claimed only by certain specified persons named in the law.

**Time limits**

*When to renew.* The original term of copyright in a published work lasts for 28 years from the date of publication; in the case of a work originally registered in unpublished form, the copyright term lasts for 28 years from the date of registration in the Copyright Office. In either case, the copyright may be renewed for a second 28-year term only if a claim is registered in the Copyright Office within the last (28th) year of the original copyright term. For example, a work copyrighted on June 15, 1940, would be eligible for renewal between June 15, 1967, and June 15, 1968.

*Caution:* Unless a valid renewal claim and fee are *received* in the Copyright Office before the first copyright term expires, copyright protection is lost permanently and the work enters the public domain. The Copyright Office has no discretion to extend the renewal time limits.

### How to register your claim

*Procedure to follow.* Complete an application for renewal registration on Form R and send it to the Register of Copyrights, Washington, D.C., 20540. The application should be accompanied by the registration fee of $4. Do not send copies of the work.

### Who may claim renewal

Except in the case of five specific types of works, the law gives the right to claim renewal to the individual author of the work, regardless of who owned the copyright during the original term. If the author is deceased, the statute gives the right to claim renewal to certain of his statutory beneficiaries as explained below. The present owner (proprietor) of a copyright is entitled to claim renewal *only* in the five cases listed in Paragraph B, below.

A. The following persons may claim renewal in all types of works except those enumerated in Paragraph B, below:

1. The author, if living. State the claim as: *the author.*

2. The widow, widower, and/or children of the author, if the author is not living. State the claim as: *the widow (widower) of the author* ............ and/or *the child (children) of the deceased author* ............
(Name of author)

3. The author's executor(s), if the author left a will and if there is no surviving widow, widower, or child. State the claim as: *the executor(s) of the author* ............
(Name of author)

4. The next of kin of the author, if the author left no will and if there is no surviving widow, widower, or child. State the claim as: *the next of kin of the deceased author* ............ *there being no will.*
(Name of author)

B. In the case of the following five types of works, the proprietor (owner of the copyright at the time of renewal registration) may claim renewal:

1. Posthumous work (work first published and copyrighted after the death of the author). State the claim as: *proprietor of copyright in a posthumous work.*

2. Periodical, cyclopedic, or other composite work. State the claim as: *proprietor of copyright in a composite work.*

3. "Work copyrighted by a corporate body otherwise than as assignee or licensee of the individual author." State the claim as: *proprietor of copyright in a work copyrighted by a corporate body otherwise than as assignee or licensee of the individual author.* (This type of claim is considered appropriate in relatively few cases.)

4. Work copyrighted by an employer for whom such work was made for hire. State the claim as: *proprietor of copyright in a work made for hire.*

5. Print or label originally registered in the Patent Office prior to July 1, 1940. State the claim as: *proprietor of copyright in a print or label.*

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| MAR 17 1969 | |
| Fee received | |
| 77912 MAR 17 '69 | |