# EXHIBIT C

PAGE 1a

## CERTIFICATE OF REGISTRATION
## OF CLAIM TO COPYRIGHT IN A PERIODICAL PUBLISHED
## IN THE UNITED STATES OF AMERICA

REGISTRATION No. © CIB 151674

CLASS **B**

THIS IS TO CERTIFY that the statements set forth on this page for the periodical herein named have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

**NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL**

*Sam. B. Warner*
Register of Copyrights

1. COPYRIGHT OWNER OR OWNERS (Give full names and addresses)

   NATIONAL COMICS PUBLICATIONS, INC.

   480 Lexington Avenue, New York 17, N. Y.

2. TITLE OF PERIODICAL ____ DETECTIVE COMICS

   Vol. ____ No. __140__ Date on copy __OCTOBER 1948__

3. THIS ISSUE WAS PUBLISHED ON __23rd__ DAY OF __AUGUST__, 19__48__.
   (Give day first placed on sale, sold, or publicly distributed)

4. BY WHOM AND WHERE PRINTED

   THE LAFAYETTE COLOR PRESS, INC. , BRIDGEPORT  CONNECTICUT
   (Name)                                          (City)        (State)

5. If registration fee is to be charged to an established deposit account give name if different from person to whom certificate is to be mailed.

SEND CERTIFICATE, REFUND (IF ANY) AND OTHER COMMUNICATIONS TO:

**DATES OF RECEIPT IN COPYRIGHT OFFICE**
APPLICATION
AUG 26 1948

TWO COPIES OF PERIODICAL
AUG 26 1948

Name __NATIONAL COMICS PUBLICATIONS, INC.__

Address __480 Lexington Avenue__
(Number and Street)

__New York__   __17__   __New York__
(City)        (Zone)    (State)

DCC_000051

## INSTRUCTIONS FOR SECURING COPYRIGHT IN A PERIODICAL PUBLISHED IN THE UNITED STATES

The term "periodical" includes newspapers, magazines, reviews, bulletins, proceedings of societies, serial publications, etc., which appear at regular intervals of less than a year; and, generally, periodical publications which would be registered as second-class matter at the Post Office. Serial publications which are not clearly "periodicals" should be registered as "books."

The Copyright Act provides that any person entitled thereto may secure copyright for a periodical by publication thereof with the prescribed notice consisting of the word "Copyright" or the abbreviation "Copr." accompanied by the year date of publication and the name of the copyright proprietor, which should appear either upon the title-page or upon the first page of text of each separate number, or under the title-heading.

Promptly after publication of each issue bearing the prescribed notice of copyright, two complete copies should be sent to the Register of Copyrights, Library of Congress, Washington 25, D. C. These may be mailed free of charge if delivered to the Postmaster with such request. There should also be mailed (in a separate envelope bearing letter postage) Form B with pages 1 and 1a, filled in as directed, and the statutory fee of $2 for registration and certificate. (Make remittance payable to the Register of Copyrights.)

The first term of copyright is 28 years from the date of first publication. In the 28th year a renewal application (furnished upon request) may be filed for a second term of 28 years.

A deposit account can be established by remitting a sum of money sufficient to cover the registrations to be made in the period of one year, and from this account the statutory fee of $2 will be deducted for each registration made.

\* \* \* \*

If you desire information or application forms (supplied free) for any work listed below, please advise which:

CLASS A—Books (if for book first published in a foreign country request application Form A Foreign)
CLASS B—Periodicals, newspapers (application Form B).
    Periodical contributions (application Form B5).
CLASS C—Lectures, sermons, addresses, prepared for oral delivery.
CLASS D—Dramatic or dramatico-musical compositions.
CLASS E—Musical compositions.
CLASS F—Maps.
CLASS G—Works of art; models or designs for works of art.
CLASS H—Reproductions of a work of art.
CLASS I—Drawings or plastic works of a scientific or technical character.
CLASS J—Photographs.
CLASS K—Prints and pictorial illustrations (application Form K).
    Prints or labels used for articles of merchandise (application Form KK).
CLASS L—Motion picture photoplays.
CLASS M—Motion pictures other than photoplays.

(Do not write on this page)

U. S. GOVERNMENT PRINTING OFFICE    L. C. 2-29

DCC_000052

# Certificate
## Registration of a Claim to Renewal Copyright

**FORM R**

REGISTRATION NO.
R 624494
DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*
Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Renewal Claimant(s), Address(es), and Statement of Claim:**

(a) Name .... NATIONAL PERIODICAL PUBLICATIONS, INC.

Address .... 75 ROCKEFELLER PLAZA, NEW YORK, N. Y. 10019

Claiming as .... PROPRIETOR OF COPYRIGHT IN A WORK MADE FOR HIRE

(b) Name ....

Address ....

Claiming as ....

(c) Name ....

Address ....

Claiming as ....

**2. (a) Title:**

DETECTIVE COMICS

**(b) Renewable Matter:**

**(c) Contribution to Periodical or Other Composite Work:**

(Title of periodical or composite work)

If a periodical, give: Vol. ....................; No. ....140....................; Issue Date ....OCT. 1948

**3. Authors of Renewable Matter:**

**4. Facts of Original Registration:**

Original registration number: Class ....B....; No. 151674

If registered as published, give date of publication .... AUGUST  23,  1948
                                                         (Month)  (Day) (Year)

If registered as unpublished, give date of registration ....
                                                         (Month)  (Day) (Year)

Original copyright claimant .... NATIONAL COMICS PUBLICATIONS, INC.

EXAMINER  ∂RY

*Complete all applicable spaces on next page*

**5. Deposit account:**

................................................ NATIONAL PERIODICAL PUBLICATIONS, INC. ................................................

**6. Send correspondence to:**

Name ........ SAME AS LINE 7 ........................... Address ........................................

**7. Send certificate to:**

(Type or print name and address)

Name: NATIONAL PERIODICAL PUBLICATIONS, INC.

Address: 75 ROCKEFELLER PLAZA ATT: F. SACCO
(Number and street)

NEW YORK     NEW YORK     10019
(City)           (State)        (ZIP code)

### Information concerning renewal copyright

Two important points must be kept in mind with respect to renewal copyright: (1) there are strict time limits for securing it, and (2) it can be claimed only by certain specified persons named in the law.

### Time limits

*When to renew.* The original term of copyright in a published work lasts for 28 years from the date of publication; in the case of a work originally registered in unpublished form, the copyright term lasts for 28 years from the date of registration in the Copyright Office. In either case, the copyright may be renewed for a second 28-year term only if a claim is registered in the Copyright Office within the last (28th) year of the original copyright term. For example, a work copyrighted on June 15, 1948, would be eligible for renewal between June 15, 1975, and June 15, 1976.

*Caution:* Unless a valid renewal claim and fee are *received* in the Copyright Office before the first copyright term expires, copyright protection is lost permanently and the work enters the public domain. The Copyright Office has no discretion to extend the renewal time limits.

### How to register your claim

*Procedure to follow.* Complete an application for renewal registration on Form R and send it to the Register of Copyrights, Library of Congress, Washington, D.C. 20559. The application should be accompanied by the registration fee of $4. Do not send copies of the work.

### Who may claim renewal

Except in the case of four specific types of works, the law gives the right to claim renewal to the individual author of the work, regardless of who owned the copyright during the original term. If the author is deceased, the statute gives the right to claim renewal to certain of his statutory beneficiaries as explained below. The present owner (proprietor) of a copyright is entitled to claim renewal *only* in the cases listed in Paragraph B, below.

A. The following persons may claim renewal in all types of works except those enumerated in Paragraph B, below:
1. The author, if living. State the claim as: *the author*.
2. The widow, widower, and/or children of the author, if the author is not living. State the claim as: *the widow (widower) of the author* .......................... and/or *the child (children) of the deceased author* ..........................
(Name of author)
3. The author's executor(s), if the author left a will and if there is no surviving widow, widower, or child. State the claim as: *the executor(s) of the author* ..........................
(Name of author)
4. The next of kin of the author, if the author left no will and if there is no surviving widow, widower, or child. State the claim as: *the next of kin of the deceased author* .......................... *there being no will.*
(Name of author)

B. In the case of the following four types of works, the proprietor (owner of the copyright at the time of renewal registration) may claim renewal:
1. Posthumous work (work first published and copyrighted after the death of the author). State the claim as: *proprietor of copyright in a posthumous work.*
2. Periodical, cyclopedic, or other composite work. State the claim as: *proprietor of copyright in a composite work.*
3. "Work copyrighted by a corporate body otherwise than as assignee or licensee of the individual author." State the claim as: *proprietor of copyright in a work copyrighted by a corporate body otherwise than as assignee or licensee of the individual author.* (This type of claim is considered appropriate in relatively few cases.)
4. Work copyrighted by an employer for whom such work was made for hire. State the claim as: *proprietor of copyright in a work made for hire.*

| FOR COPYRIGHT OFFICE USE ONLY ||
|---|---|
| Application received<br><br>1 5 JAN 1976 | |
| Fee received | |

GPO : 1975—O—565-958

April 1975—100,000

*Page 4*

DCC_000054