# EXHIBIT D

Page 3

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| B | B 745047 |

DO NOT WRITE HERE

# Certificate of Registration of a Claim to Copyright in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*[signature]* Arthur Fisher
Register of Copyrights
United States of America

**NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL**

**1. Copyright Claimant(s) and Address(es):**

Name: NATIONAL COMICS PUBLICATIONS, INC.

Address: 575 Lexington Avenue, New York 22, N. Y.

Name: _____

Address: _____

**2. Title:** BATMAN

Vol. _____ No. 121 Date on copies: FEBRUARY 1959

**3. Citizenship of Author:**

Citizenship: U. S. A.
(Name of country)

**4. Date and Place of Publication:**

(a) Date of Publication: DECEMBER 2, 1958

(b) Place of Publication: U. S. A.

**5. Manufacture:** If any part of the printing, typesetting, platemaking, lithographing, photoengraving or other process in the manufacture of the copies deposited was performed outside the United States describe the part and process and give the place of manufacture.

16—63825-2

*See next page*

**6. Deposit account:**

**7. Send correspondence to:** NATIONAL COMICS PUBLICATIONS, INC.

Name _____ Address _____

**8. Send certificate to:**

Name: NATIONAL COMICS PUBLICATIONS, INC.

Address: 575 Lexington Avenue (Number and street)

New York (City) 22 (Zone) New York (State)

## Information concerning copyright of a periodical manufactured in the United States of America

For purposes of registration the term "periodical" includes works published at regular intervals of less than a year under the same general title, such as newspapers, magazines, reviews, proceedings of societies, serial publications, and generally periodic works which would be registered as second-class matter at the Post Office. Claims to copyright in issues of serial publications which are not published at regular intervals of less than a year under the same general title should be registered in Class A.

Copyright may be secured in each issue of a periodical by publication of each issue with a notice of copyright, on the title page, the first page of text, or under the title heading, consisting of the word "Copyright," the abbreviation "Copr.," or the symbol © accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1955.

The use of the symbol © with the name of the copyright owner and the year date may result in securing copyright in some countries outside the United States under the provisions of the Universal Copyright Convention, which protection might not be secured by use of either of the alternative forms of notice.

Publication without notice or with an inadequate notice results in the loss of the right to secure copyright, which, once lost, cannot be regained.

The date of publication is defined as ". . . the earliest date when copies of the first authorized edition were placed on sale, sold, or publicly distributed . . ."

Promptly after publication with notice of copyright, two complete copies of each issue should be sent to the Register of Copyrights, Library of Congress, Washington 25, D. C. These may be mailed free of charge if delivered to the postmaster with such request. There should also be sent with each issue an application on Form B and the registration fee of $4, which will require letter postage.

The first term of copyright is 28 years and is computed, in the case of a periodical, from the date of publication. In the twenty-eighth year an application may be filed to renew the claim to copyright for a second term of 28 years.

A deposit account may be established in the Copyright Office by remitting a sum of money sufficient to cover the registration fees for 1 year, and from this account will be deducted the fee of $4 for each registration.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received DEC -3 1958 | |
| Two copies received DEC -3 1958 | |
| Fee received | |

# CERTIFICATE OF RENEWAL REGISTRATION

## FORM RE
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

REGISTRATION NUMBER

RE 277 321

EFFECTIVE DATE OF RENEWAL REGISTRATION
(Month) JAN (Day) 06 (Year) 1986

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**1 Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1. Name: DC COMICS INC.
   Address: 666 Fifth Avenue, New York, New York 10103
   Claiming as: Proprietor of copyright in a work made for hire
   (Use appropriate statement from instructions)

2. Name:
   Address:
   Claiming as:
   (Use appropriate statement from instructions)

3. Name:
   Address:
   Claiming as:
   (Use appropriate statement from instructions)

**2** TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

BATMAN, No. 121, February 1959

RENEWABLE MATTER:

entire work

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:
Title of periodical or composite work:
If a periodical or other serial, give: Vol.          No.          Issue Date

**3 Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

National Comics Publications, Inc.

**4 Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER: B 745047

ORIGINAL COPYRIGHT CLAIMANT: National Comics Publications, Inc.

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: December 2, 1958
(Month) (Day) (Year)

or

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month) (Day) (Year)

| | |
|---|---|
| RE 277 321 | EXAMINED BY: [signature] <br> CHECKED BY: [signature] <br> DEPOSIT ACCOUNT FUNDS USED: ☑ | RENEWAL APPLICATION RECEIVED: <br> JAN. 0 6. 1986 <br> REMITTANCE NUMBER AND DATE: | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5 Renewal for Group of Works**

1. Title of Contribution: ...
   Title of Periodical: ... Vol. ... No. ... Issue Date ...
   Date of Publication: (Month) (Day) (Year)  Registration Number: ...

2. Title of Contribution: ...
   Title of Periodical: ... Vol. ... No. ... Issue Date ...
   Date of Publication: (Month) (Day) (Year)  Registration Number: ...

3. Title of Contribution: ...
   Title of Periodical: ... Vol. ... No. ... Issue Date ...
   Date of Publication: (Month) (Day) (Year)  Registration Number: ...

4. Title of Contribution: ...
   Title of Periodical: ... Vol. ... No. ... Issue Date ...
   Date of Publication: (Month) (Day) (Year)  Registration Number: ...

5. Title of Contribution: ...
   Title of Periodical: ... Vol. ... No. ... Issue Date ...
   Date of Publication: (Month) (Day) (Year)  Registration Number: ...

6. Title of Contribution: ...
   Title of Periodical: ... Vol. ... No. ... Issue Date ...
   Date of Publication: (Month) (Day) (Year)  Registration Number: ...

7. Title of Contribution: ...
   Title of Periodical: ... Vol. ... No. ... Issue Date ...
   Date of Publication: (Month) (Day) (Year)  Registration Number: ...

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: DC COMICS INC.
Account Number: 011355

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: SAME AS SPACE 8
Address: ... (Apt.) (City) (State) (ZIP)

**6 Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of: DC COMICS INC.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) [signature: Dorothea Nelson]
Typed or printed name: Dorothea Nelson
Date: 1/2/86

**7 Certification** (Application must be signed)

**MAIL CERTIFICATE TO**
DC COMICS INC. Attn: Dorothea Nelson
(Name)
666 Fifth Avenue
(Number, Street and Apartment Number)
New York, New York 10103
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**8 Address for Return of Certificate**

☆ U.S. GOVERNMENT PRINTING OFFICE: 1983: 421-278/509

Nov 1983 — 54,000

DCC_000030