# **EXHIBIT F**

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

FORM B

CLASS **B**

REGISTRATION NO. **B 257773**

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*[signature]*

Register of Copyrights
United States of America

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ............ **NATIONAL PERIODICAL PUBLICATIONS, INC.**

Address ......... **575 Lexington Avenue, New York 22, N. Y.**

Name ............

Address .........

**2. Title:** ............ **BATMAN**
(Title of periodical)

Vol. ............ No. **181** Date on copies **JUNE 1966**

**3. Citizenship of Author:**

Citizenship **U. S. A.**
(Name of country)

Domiciled in U.S.A. Yes ☒ No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

**APRIL 19, 1966**
(Month) (Day) (Year)

(b) Place of Publication of This Issue:

**U. S. A.**
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ................

(b) Process Used: ................

(c) Country of Manufacture: ................

EXAMINER

*Complete all applicable spaces on next page*

**6. Deposit account:**

............................................NATIONAL PERIODICAL PUBLICATIONS, INC............................................

**7. Send correspondence to:**

Name ........................................................................... Address ...........................................................................

**8. Send Certificate to:**

(Type or print name and address)

Name: NATIONAL PERIODICAL PUBLICATIONS, INC.
Address: 575 Lexington Avenue
(Number and street)
New York    New York    10022
(City)      (State)     (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for a published issue of a periodical or one of a series of issues as a whole. Each issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1966. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received
APR 21 1966

Two copies received
APR 21 1966

Fee received

Deposit Account $6.00

DCC_000036

# CERTIFICATE OF REGISTRATION


OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.


REGISTER OF COPYRIGHTS
United States of America


FORM RE
UNITED STATES COPYRIGHT OFFICE

RE 672-117


EFFECTIVE DATE OF RENEWAL REGISTRATION
AUG 30 1994
(Month)   (Day)   (Year)

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name: DC Comics
   Address: 1325 Avenue of the Americas   New York, NY 10019
   Claiming as: Proprietor of copyright in a work made for hire.
   (Use appropriate statement from instructions)

2  Name:
   Address:
   Claiming as:
   (Use appropriate statement from instructions)

3  Name:
   Address:
   Claiming as:
   (Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

BATMAN #181 , JUNE 1966

**RENEWABLE MATTER:**

Entire work.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:
If a periodical or other serial, give: Vol............ No............ Issue Date............

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

National Periodical Publications, Inc.

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**    **ORIGINAL COPYRIGHT CLAIMANT:**
B 257773                              National Periodical Publications, Inc.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:    • If the original registration for this work was made in unpublished form, give:
DATE OF PUBLICATION: APRIL 19, 1966     OR    DATE OF REGISTRATION:
(Month) (Day) (Year)                          (Month) (Day) (Year)

DCC_000037

| | | |
|---|---|---|
| | EXAMINED BY *RRF* | RENEWAL APPLICATION RECEIVED: |
| | CHECKED BY *RRF* | AUG 30 1994 |
| | CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions) give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**⑤ Renewal for Group of Works**

| # | | Vol | No | Issue Date |
|---|---|---|---|---|
| 1 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Registration Number | | |
| 2 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Registration Number | | |
| 3 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Registration Number | | |
| 4 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Registration Number | | |
| 5 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Registration Number | | |
| 6 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Registration Number | | |
| 7 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Registration Number | | |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name: DC Comics
Account Number: 011355

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Camille Truchel - 27 Fl.
Address: DC Comics
1325 Ave. of the Americas
New York, NY 10019

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of: DC Comics
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *[signature]*
Typed or printed name: Camille Truchel
Date: 8/29/94

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

DC Comics
Attn: C. Truchel - 27 Fl.
1325 Avenue of the Americas
(Number, Street and Apartment Number)
New York          New York          10019
(City)              (State)            (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

● October 1989—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-309/8

DCC_000038