# EXHIBIT H

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA  417 162**

PA       PAU

EFFECTIVE DATE OF REGISTRATION

**JUL 07 1989**
(Month)   (Day)   (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**1 Title**

TITLE OF THIS WORK: BATMAN

NATURE OF THIS WORK: (See instructions) motion picture

PREVIOUS OR ALTERNATIVE TITLES:

**2 Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1 NAME OF AUTHOR: WARNER BROS. INC.
Was this author's contribution to the work a "work made for hire"? Yes XX  No......
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of USA  or  Domiciled in ..........
AUTHOR OF: (Briefly describe nature of this author's contribution) entire work
DATES OF BIRTH AND DEATH: Born ....... Died .......
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes... No... Pseudonymous? Yes... No...

2 NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes... No...
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .......  or  Domiciled in .......
AUTHOR OF:

3 NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes... No...
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .......  or  Domiciled in .......
AUTHOR OF:

**3 Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1989
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date: June 19, 1989
Nation: USA
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

WARNER BROS. INC.
4000 Warner Blvd.
Burbank, CA 91522

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

|  | EXAMINED BY: [sig] | APPLICATION RECEIVED: JUN. 22. 1989 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| PA 417 162 | CHECKED BY: [sig] | | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: JUN. 22. 1989 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: Funds Received 7-7-89 | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ......... No XX
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
    - ☐ This is the first published edition of a work previously registered in unpublished form.
    - ☐ This is the first application submitted by this author as copyright claimant.
    - ☐ This is a changed version of the work, as shown by line 6 of the application.
- If your answer is "Yes," give: Previous Registration Number .................. Year of Registration ..................

**5** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
BATMAN comic book series; BATMAN Television series; screenplay; Sound recordings; "THE FUTURE","VICKI WAITING","ELECTRIC CHAIR","PARTYMEN","TRUST","SCANDALOUS", "THEME FROM A SUMMER PLACE","BEAUTIFUL DREAMER","THERE'LL BE A HOT TIME IN THE OLD TOWN TONIGHT"

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
motion picture, including audio, visual and other cinematographic material

**6** Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Warner Bros, Inc.
Account Number: DAO13544

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: ....
Address: same as space 9

**7** Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)    WARNER BROS. INC.
☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of: ..........
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) [signature]
Typed or printed name... PENNY DELLINGER .................. Date ... 6/1?/89

**8** Certification

MAIL CERTIFICATE TO

Penny Dellinger
WARNER BROS. INC. LEGAL DEPT.
4000 Warner Blvd.
(Number, Street and Apartment Number)
Burbank, CA 91522
(City)   (State)   (ZIP code)

(Certificate will be mailed in window envelope)

**9** Address For Return of Certificate

* 17 U.S.C. §506(e): FALSE REPRESENTATION – Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1988-311-425/12    Aug. 198