# EXHIBIT I

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



CLASS **B**  
FORM B  
REGISTRATION NO. **B 659400**  
DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
Register of Copyrights
United States of America

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ........ **NATIONAL PERIODICAL PUBLICATIONS, INC.**

Address ........ **909 Third Avenue, New York, N. Y. 10022**

Name ........

Address ........

**2. Title:** ........ **DETECTIVE COMICS**
(Title of periodical)

Vol. ........ No. ........ **411** ........ Date on copies ........ **MAY 1971**

**3. Citizenship of Author:**

Citizenship ........ **U. S. A.** (Name of country) ........ Domiciled in U.S.A. Yes **X** No ........

**4. Publication:**

(a) Date of Publication of This Issue:

........ **MARCH 30, 1971** ........
(Month) (Day) (Year)

(b) Place of Publication of This Issue:

........ **U. S. A.** ........
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ........

(b) Process Used: ........

(c) Country of Manufacture: ........

*Complete all applicable spaces on next page*

EXAMINER

**6. Deposit account:** NATIONAL PERIODICAL PUBLICATIONS, INC.

**7. Send correspondence to:**

Name .................................................................... Address ....................................................................

**8. Send Certificate to:**

(Type or print name and address)

Name: NATIONAL PERIODICAL PUBLICATIONS, INC.
Address: 909 Third Avenue      Att: Lillian Mandel
(Number and street)
New York      New York      10022
(City)      (State)      (ZIP code)

## Information concerning copyright in periodicals

*When to Use Form B.* Form B is [appropriate for] published [periodicals], or [ser]ies of issues as a whole. Each issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C. 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1970. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

➡ NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored. ⬅

---

**FOR COPYRIGHT OFFICE USE ONLY**

| Application received | |
|---|---|
| Two copies received | |
| Fee received | |

U.S. GOVERNMENT PRINTING OFFICE : 1969—O-369-691      Jan. 1970—350,000

*Page 4*

# FORM RE
### For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

EFFECTIVE DATE OF RENEWAL REGISTRATION

| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET(RE/CON).**

**1** RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼ (See Instructions)

1. Name: DC Comics
   Address: 1700 Broadway    New York, NY  10019
   Claiming as: Proprietor of copyright in a work made for hire.
   (Use appropriate statement from instructions)

2. Name:
   Address:
   Claiming as:

3. Name:
   Address:
   Claiming as:

**2** TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼

DETECTIVE COMICS #411, May 1971

RENEWABLE MATTER ▼

Entire work.

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼

**3** AUTHOR(S) OF RENEWABLE MATTER ▼

National Periodical Publications, Inc.

**4** ORIGINAL REGISTRATION NUMBER ▼  ORIGINAL COPYRIGHT CLAIMANT ▼

B 659400                               National Periodical Publications, Inc.

ORIGINAL DATE OF COPYRIGHT

If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: March 30, 1971
(Month) (Day) (Year)

OR

If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month) (Day) (Year)

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-6 on the reverse side of this page.    DO NOT WRITE HERE

DCC_000061

| | | |
|---|---|---|
| RENEWAL APPLICATION RECEIVED | | FORM RE |
| CORRESPONDENCE ☐ YES | | FOR COPYRIGHT OFFICE USE ONLY |
| EXAMINED BY | | |
| CHECKED BY | | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON). **5**

**1**
Title of Contribution: .....................................................................................
Title of Periodical: .................................................... Vol: ........... No: ........... Issue Date: ...........
Date of Publication: .................................................... Registration Number: ...........
(Month) (Day) (Year)

**2**
Title of Contribution: .....................................................................................
Title of Periodical: .................................................... Vol: ........... No: ........... Issue Date: ...........
Date of Publication: .................................................... Registration Number: ...........
(Month) (Day) (Year)

**3**
Title of Contribution: .....................................................................................
Title of Periodical: .................................................... Vol: ........... No: ........... Issue Date: ...........
Date of Publication: .................................................... Registration Number: ...........
(Month) (Day) (Year)

**4**
Title of Contribution: .....................................................................................
Title of Periodical: .................................................... Vol: ........... No: ........... Issue Date: ...........
Date of Publication: .................................................... Registration Number: ...........
(Month) (Day) (Year)

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name: DC Comics
Account Number: 011355

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name: Camille Truchel
Address: DC Comics
         1700 Broadway - 3rd Fl.     (Apt)
         New York    New York    10019
         (City)      (State)     (ZIP)
Area Code and Telephone Number ▶ 212/636-5420

**6**

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of ___DC Comics___
                                         (Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                            Date ▼ 5/25/99
    Camille Truchel

Handwritten signature (X) ▼    [signature: Camille Truchel]

**7**

**MAIL CERTIFI-CATE TO**

Name ▼
    DC Comics
    Attn: C. Truchel
Number/Street/Apt ▼
    1700 Broadway - 3rd Fl.
City/State/ZIP ▼
    New York    New York    10019

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 7

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**8**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection