# EXHIBIT K

**CERTIFICATE OF REGISTRATION**



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

REGISTER OF COPYRIGHTS
United States of America



FORM VA
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

VA 536-688

EFFECTIVE DATE OF REGISTRATION

NOV. 23, 1992

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
BATMAN THE ANIMATED SERIES
MAGIC PICTURES #3618

NATURE OF THIS WORK ▼ See instructions
pictorial illustrations

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2a** NAME OF AUTHOR ▼
DC COMICS INC.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE

NATURE OF AUTHORSHIP   Check appropriate box(es).  See instructions
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

dates of birth and death blank.

NATURE OF AUTHORSHIP   Check appropriate box(es).  See instructions
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

**3a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
This information must be given in all cases.
1992 ◀ Year

**3b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ April   Day ▶ 5   Year ▶ 1992
U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
DC Comics Inc.
1325 Avenue of the Americas, 27th Floor
New York, NY  10019

APPLICATION RECEIVED
NOV 23 1992
ONE DEPOSIT RECEIVED
NOV 23 1992
TWO DEPOSITS RECEIVED

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

REMITTANCE NUMBER AND DATE

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.       • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

VA 536-688

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

loosely based on animated series

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

new and revised artwork

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼
WESTERN PUBLISHING COMPANY, INC.     DAO 18139

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Susan D. Wishaw, Law Dept.
Western Publishing Company, Inc.
1220 Mound Avenue
Racine, WI 53404
Area Code & Telephone Number ▶ 414-631-5196

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  DC COMICS INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Susan D. Wishaw      date ▶ 11/20/92

Handwritten signature (X) ▼

**9 MAIL CERTIFICATE TO**
Name ▼
Susan D. Wishaw, Law Dept.
Western Publishing Company, Inc.
Number/Street/Apartment Number ▼
1220 Mound Avenue
City/State/ZIP ▼
Racine, WI 53404

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1991—150,000      ☆U.S. GOVERNMENT PRINTING OFFICE 1991-282-170/20,018