James D. Weinberger (jweinberger@fzlz.com)
Kimberly B. Frumkin (kfrumkin@fzlz.com)
Andrew Nietes (anietes@fzlz.com)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, New York 10036
(212) 813-5900

*Counsel for Defendant Warner Bros. Entertainment Inc.
 and Third-Party Plaintiff DC Comics*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER WOZNIAK,<br><br>        Plaintiff,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT INC.,<br><br>        Defendant. | Civil Action No. 22-cv-08969 (PAE)<br><br>**DECLARATION OF JAMES D. WEINBERGER IN SUPPORT OF WARNER BROS. ENTERTAINMENT INC. AND DC COMICS' MOTION FOR SUMMARY JUDGMENT** |
| DC COMICS,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>CHRISTOPHER WOZNIAK,<br><br>        Third-Party Defendant. | |

I, James D. Weinberger, declare as follows:

1.  I am a partner at the law firm of Fross Zelnick Zissu & Lehrman, P.C., counsel to Warner Bros. Entertainment Inc. ("Warner Bros."), the Defendant in this suit, and DC Comics, the Third-Party Plaintiff in this suit (collectively, "Movants"). I submit this declaration based

upon my personal knowledge and/or my review of the documents attached as exhibits hereto, in support of Movants' Motion for Summary Judgment.

2. A true and correct hard copy box set containing DVDs for the motion picture *The Batman*, which is the subject of Mr. Wozniak's claim against Warner Bros., has been filed with the Court and is **Exhibit A** to this declaration. The physical copy also contains a code for watching the film online and instructions for viewing.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from the July 12, 2023 deposition of Christopher Wozniak in this action.

4. Attached as **Exhibit C** is a true and correct copy of deposition exhibit 2 from Mr. Wozniak's deposition, which is a September 20, 1991 agreement between Mr. Wozniak and DC Comics in which he was paid to do artwork on an issue of Dark Knight, a Batman title. (*See* Ex. C at 50:7-23; 53:17-54:22.)

5. Attached as **Exhibit D** is a true and correct copy of deposition exhibit 3 from Mr. Wozniak's deposition, which is a December 2, 1992 agreement between Mr. Wozniak and DC Comics in which he was paid to do artwork on an issue of JLI Quarterly, a Justice League title. (*See* Ex. C at 58:6-59:17.)

6. Attached as **Exhibit E** is a true and correct copy of deposition exhibit 5 from Mr. Wozniak's deposition, which is the story that is the subject of Mr. Wozniak's claims against Warner Bros. (the "Story"). (*See* Ex. C at 81:20-83:3.)

7. Attached as **Exhibit F** is a true and correct copy of deposition exhibit 7 from Mr. Wozniak's deposition, which is a record from the U.S. Copyright Office showing the registration for the Story filed by Mr. Wozniak. (*See* Ex. C at 101:22-102:13.)

8. Attached as **Exhibit G** is a true and correct copy of deposition exhibit 12 from Mr. Wozniak's deposition, which is a version of the Story written by Mr. Wozniak removing reference to characters and story elements from Batman's universe. (*See* Ex. C at 220:20-221:14.)

9. Attached as **Exhibit H** is a true and correct copy of Plaintiff and Third-Party Defendant Christopher Wozniak's Responses and Objections to Movants' Second Set of Interrogatories served August, 16, 2023. In its Order dated August 17, 2023, Dkt. 48 (attached as **Exhibit I**), the Court deemed plaintiff's objections to Movants' Second Set of Interrogatories waived; however, plaintiff never served updated responses to Movants' interrogatories without objections following this Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of November 2023 in New York, New York.

James D. Weinberger