# EXHIBIT B

# In the Matter of

Civil Action No. 22-cv-08969(PAE)

## WOZNIAK

v.

WARNER BROS. ENTERTAINMENT INC., et al.

---

## Videotaped Examination of Christopher Wozniak

*Wednesday, July 12, 2023*

---



The Little
Reporting
Company

469 Seventh Avenue
12th Floor
New York, NY 10018
tel: 646-650-5055
www.littlereporting.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

CHRISTOPHER WOZNIAK,

                Plaintiff,

                v.

                      Civil Action No.
                      22-cv-08969(PAE)

WARNER BROS. ENTERTAINMENT INC.,

                Defendant.
----------------------------------------X
DC COMICS,

                Third-Party Plaintiff,

                v.

CHRISTOPHER WOZNIAK,

                Third-Party Defendant.

----------------------------------------X

                151 West 42nd Street, 17th Floor
                New York, New York
                July 12, 2023
                9:09 a.m.

     Videotaped Examination of PLAINTIFF,

    CHRISTOPHER WOZNIAK, held pursuant to Notice,

    held at the above mentioned time and place,

    before Ruthayn Shalom, a shorthand Reporter and

    Notary Public within and for the State of New

    York.

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

2

2        A P P E A R A N C E S :

3                RATH YOUNG PIGNATELLI
                 Attorneys for Plaintiff/
4                Third-Party Defendant
                 One Capital Plaza
5                Concord, New Hampshire 03301
                 BY: ROBERT TERRY PARKER, ESQ.
6                rtp@rathlaw.com

7

8                FROSS ZELNICK LEHRMAN & ZISSU, P.C.
                 Attorneys for Defendant/
9                Third-Party Plaintiff
                 151 West 42nd Street, 17th Floor
10               New York, New York 10036
                 BY: JAMES D. WEINBERGER, ESQ.
11               jweinberger@fzlz.com

12               BY: ANDREW NIETES, ESQ.

13

14

      ALSO PRESENT:
15    Leah Montesano, Esq., Warner Bros. Discovery

16    Edwin Arlequin, Legal Videographer

17

18

19

20

21

22

23

24

25

3

2          IT IS HEREBY STIPULATED AND AGREED, by

3     and between the attorneys for the respective

4     parties hereto, that this examination may be

5     sworn to before any Notary Public.

6

7          IT IS FURTHER STIPULATED AND AGREED that

8     the sealing and filing of the said examination

9     shall be waived.

10

11          IT IS FURTHER STIPULATED AND AGREED that

12     all objections to questions except as to form

13     shall be reserved for trial.

14

15

16

17

18

19

20

21

22

23

24

25

4

1           C. Wozniak

2              C H R I S T O P H E R   W O Z N I A K,

3      a Plaintiff, having been first duly sworn by Ruthayn

4      Shalom, a Notary Public of the State of New York,

5      and stating his address as 6 Winter Street,

6      Lancaster, New Hampshire 03584, was examined and

7      testified as follows:

8              THE VIDEOGRAPHER:  Good morning.  We are

9              now on the record.  The time is 9:09 a.m. on

10             July 12, 2023.  This begins media number one to

11             the videotaped deposition of Christopher

12             Wozniak taken in the Matter of Christopher

13             Wozniak versus Warner Bros. Entertainment

14             Incorporated, et al.

15             My name is Edwin Arlequin.  I'm your

16             videographer today.  The court reporter is

17             Ruthayn Shalom.  We are representing Little

18             Reporting.  Counsel, will you please introduce

19             yourselves and affiliations and the witness

20             will be sworn in.

21             MR. WEINBERGER:  James Weinberger, Fross

22             Zelnick Lehrman & Zissu for Defendant, Warner

23             Bros. Entertainment, Inc. and Third-Party

24             Plaintiff, DC Comics.

25             MR. NIETES:  Andrew Nietes for Defendant

5

1              C. Wozniak

2         Warner Bros. and Third-Party Plaintiffs,

3         DC Comics.

4              MS. MONTESANO:  Leah Montesano, in-house

5         counsel for Warner Bros.

6              MR. PARKER:  Terry Parker for the

7         Plaintiff, Christopher Wozniak and Third-Party

8         Defendant Christopher Wozniak.

9      (Whereupon, the witness was sworn in by the court

10                     reporter.)

11    EXAMINATION BY

12    MR. WEINBERGER:

13         Q    Can you please state your full name for

14    the record and spell it?

15         A    Christopher Wozniak.  W-o-z-n-i-a-k.

16         Q    Mr. Wozniak, have you ever been known by

17    any other name?

18         A    You mean as a teenager, a nickname?

19         Q    No.  An assumed name.

20         A    No.

21         Q    What is your address, sir?

22         A    In the industry, people will sometimes

23    refer me to as Woz.

24         Q    I will refrain from Woz today.

25                     What is your address?

9

1                         C. Wozniak

2       comics industry?

3            A     Yes.

4            Q     Can you describe that progression as best

5       you can?

6                  MR. PARKER:  Objection to form.

7            Q     Go ahead.

8            A     My first work in comics, I was an

9       assistant artist to a few people but mostly Art

10      Nichols.  I believe his full name might be James

11      Arthur Nichols, but in the business he was known as

12      Arthur Nichols.  I did inking backgrounds and

13      ghosting books, which means I was drawing comics,

14      finishing work for people if they didn't have time

15      to, but was not getting full credit for it.

16           Q     When you say inking, what does that refer

17      to?

18           A     When you draw comic books, it's all drawn

19      in pencil, but in those days the limitation of the

20      printing process could not print that so someone

21      would have to go over the artwork with ink using

22      usually a nib pen or a brush, turn it into

23      black-and-white line work and that would be scanned,

24      colored and printed.

25           Q     Sorry, can you continue about your work at

10

1                    C. Wozniak

2    Mr. Nichols, who you were an assistant for?

3         A    Yeah.  Well, Art Nichols, he worked for

4    both freelancing -- for both DC Comics and Marvel

5    Comics mostly, sometimes a little bit of Dark Horse

6    Comics.  I was not sure if he was working for Dark

7    Horse back then.  The vast majority of the work was

8    Marvel and DC Comics and basically I was his

9    background inker on comic books like Spiderman and

10   that type of thing.

11        Q    Was that work for him, meaning he would

12   hire you to do work on his behalf and then he would

13   submit it in his name?

14        A    Yes.

15        Q    Okay, can you continue?

16        A    And through that, you know, in those days

17   was how people got into the business.  You basically

18   do an apprenticeship with someone like that and then

19   when they would turn in work, they would take you

20   along, introduce you to editors.  At that time, you

21   had opportunities to show editors your work and

22   eventually if things go well for you, you start to

23   get your own gigs.

24        Q    When you say your own gigs, do you mean

25   employed by a comic book publisher or working in

11

1                          C. Wozniak

2      some other manner?

3           A      Freelancing comic book art or writing

4      stories or whatever it is, in those days was

5      exclusively work for hire.  You'd bring stuff in,

6      they'd would buy it or not, and if they did, they'd

7      give you a voucher which is essentially a work for

8      hire contract and you would sign it and get paid.

9           Q      What is your understanding of work for

10     hire?

11          A      Well, I mean, work for hire means you are

12     signing rights over to the company.  For instance,

13     if I brought a piece of artwork in and showed it to

14     someone at DC and they said, okay, we will buy this

15     and publish it.  They would ask me to sign the

16     rights over.

17          Q      Beyond your -- strike that.

18                      Do you have any legal education?

19          A      Absolutely none.

20          Q      Okay.  Continue.  I think -- we left off

21     with the idea would be that doing kind of an

22     apprenticeship would lead to regular direct work

23     with one or more of the comic publishers; did that

24     occur?

25          A      I'm sorry.

15

1                         C. Wozniak

2     situation.  He introduced you around editorial, he's

3     my assistant, show work, that type of thing.  That

4     was -- that's how it was.

5          Q    Did there come a time when you began to

6     receive regular freelance work from any comic

7     publishers?

8          A    Yes.  From DC Comics first and then Marvel

9     a few years after.

10         Q    Around what time did you start getting

11    from DC Comics, direct work, I mean?

12         A    I think the very first thing I did for

13    them was '80 -- it's going to be '85 or '86.

14         Q    Did that work become -- did it become

15    regular?

16         A    Um, yes.  I did eventually -- I was making

17    my living from DC Comics, but, you know, I was still

18    a freelancer.  I did not -- I wasn't employed or

19    anything.

20         Q    For how long -- I want to make sure I put

21    it the way you put, did you make a living from your

22    freelance work at DC Comics?

23         A    Yes.

24         Q    For how long, I'm sorry?

25         A    Initially, we are talking about mid

16

1                    C. Wozniak

2      eighties.  I don't think I worked regularly at

3      Marvel until maybe like '92.  I freelanced mostly at

4      DC Comics, so yes, on occasion still sell

5      illustrations or something separately.  I mean, I

6      don't know what else to say about that.  I would say

7      I got between '86, maybe '91ish, I would say I made

8      80 percent of my money at DC Comics.

9           Q    In that '91/'92 range, did that change?

10          A    Yes, because I also started to get work

11     from Marvel as well so I was working at both places

12     back and forth.

13          Q    How long did that continue?

14          A    A few years.

15          Q    So can you be more specific?

16          A    Yeah, I would say maybe between '91 to '94

17     maybe, that I was working at DC and Marvel Comics

18     interchangeably.

19          Q    And then did something change in the '94

20     timeframe?

21          A    There was an industry-wide crash.  I'm not

22     exactly sure what the date of that is.  There would

23     be maybe '95.  It's well-documented.  At that point,

24     you know, there was a lot of speculation.  Buyers in

25     the business -- there was -- people thought comics

47

1                       C. Wozniak

2    good enough to pencil then you could be an inker.

3                  And then an inker would often have a

4    difficult time of being perceived as an inker, to

5    jump into being a penciler.  Those instances were

6    fairly rare because once they think of you as an

7    inker -- and the some thing goes for being a

8    penciler.  If you're a penciler and you have that

9    skill set, they don't think of you as a writer.

10   There aren't too many guys that can write and

11   pencil.

12                  It happens.  Certainly there is some

13   great guys.  My favorites, Walt Simonson, John Burns

14   type, Frank Miller type guys, but they are less

15   common than someone who is just a penciler or just

16   an inker or just a writer.

17       Q    You're -- if I'm understanding your

18   testimony correctly, your progression went from

19   inker to penciler to writer?

20       A    Yes.

21       Q    Can you tell me roughly over the course of

22   the entire period, like volume-wise, is it

23   50 percent inking, 20 percent penciling?

24       A    I moved into penciling pretty quick.  I

25   did not intend to.  I was doing a little inking for

48

1                           C. Wozniak

2    Andy Helfer and I was new to getting that type of

3    work.  I had some penciling samples with me that

4    wasn't even ready to show yet, but he saw them

5    incomplete and said, You can draw too.  I was like,

6    I'm working on it.  I think he gave me an

7    assignment.  He thought it was good enough to give

8    me a go, and that's where that started.

9                About -- that would be -- working on

10   the Spectre at that point as the penciler, which I

11   believe is '87, I think about this time I did

12   start -- the first thing that I wrote and completed

13   for a series I wrote and completed was something

14   called The Alpha Man, which eventually I was

15   contracted to do at Dark Horse, but in those days,

16   even though I had written it, I was thinking of

17   self-publishing.

18        Q    What is Dark Horse?

19        A    Dark Horse Comics, I think they were based

20   in Portland, Oregon.  Independent company, very

21   small, independent company, but well-respected.

22   Like a third option publisher, but nowhere near as

23   big as Marvel or DC Comics.

24        Q    I'm trying to get a handle of DC only and

25   the kind of division of the volume of work that you

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

49

1                          C. Wozniak
2       did as a penciler, inker, writer.
3            A     I would say penciling at DC was the vast
4       majority of the work I did there.
5            Q     Did you -- did any stories that you wrote
6       for DC Comics get published?
7            A     I wrote the Batman story that we are all
8       fighting about.
9            Q     Let's put that aside.
10           A     Okay.  The only stories I actually pitched
11      at DC was that Batman story that I showed to Archie,
12      a second Batman story that I pitched to Archie in
13      '92, which is called Witch Hunt.  I did write a
14      third Batman story for Archie that had Killer Croc
15      in it, but at that time we are talking maybe '93 or
16      '94, but at that time I was also working at Marvel
17      working on Spiderman and I did finish the Killer
18      Croc story, but I was turning in Spiderman pages at
19      the Marvel office.
20                       And I just thought, since I'm going
21      there, why don't I give it a little rework and
22      show -- because I was going to Marvel anyway, and I
23      brought it to Marvel and Marvel bought it that day,
24      so I never showed it to Archie.  And also I did give
25      a Star Trek outline to Martha Clark, but I don't

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

50

C. Wozniak

1
2    think we ever finished that.

3        Q    If I'm understand your testimony

4    correctly, no stories that you wrote were published

5    by DC Comics excluding the story that's at issue in

6    this claim, but according to your -- meaning putting

7    aside the story that's at issue in this case, can

8    you identify any story that you wrote that was

9    published by DC Comics?

10       A    No, but I was, at that time, also writing

11   at Marvel and those stories were published or

12   bought.  Like I said, I sold the Killer Croc story

13   to Marvel as a Spiderman story and I wrote two or

14   three Spiderman stories and I think a Hulk story at

15   Marvel.  And a What If, with a question mark, is the

16   name of the title.

17       (WBDC Exhibit 2, Marked for Identification.)

18   BY MR. WEINBERGER:

19       Q    The court reporter is handing you what's

20   been marked as WBDC 2.

21                 Do you recognize this document?

22       A    I do not but I see my name.  That looks

23   like my handwriting.

24       Q    I think you testified earlier about

25   vouchers?

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

51

1                         C. Wozniak

2        A     Yes.

3        Q     Is this a voucher?

4        A     No.

5        Q     What is this?

6        A     I don't know.  A voucher was this big and

7    it had multiple tear-outs and the office would keep

8    the yellow one, I think, and you get the pink one.

9    So this is not the --

10       Q     A voucher is like a check stub almost?

11       A     No.  It's the work-for-hire contract.

12   Basically, they call them vouchers but, in effect,

13   they are work-for-hire contracts.

14       Q     Take a look at this and let me know if,

15   after reviewing it, it refreshes your recollection

16   about what it is.

17             (Witness perusing document.)

18       A     It says 1991.  Pencils.

19       Q     Does this appear to be a contract between

20   you and DC Comics for penciling work in 1991?

21       A     I'm going to look at it more clearly

22   because this does not look like a voucher, so I'm

23   not sure what this is for.

24       Q     I said contract, not a voucher.

25       A     Okay.  This appears to be a contract to

52

1                          C. Wozniak
2      draw a Batman story.  I have no recollection of
3      this, Blackout.
4           Q    What makes you think it's a Batman story?
5           A    It says Dark Knight.
6           Q    What is Dark Knight, to your knowledge?
7           A    It was the name of a Batman title.
8           Q    Is that the Batman -- well, there is a
9      film named Dark Knight, correct?
10          A    Yes.  Dark Knight is an alterative name
11     that he's sometimes referred to.
12          Q    Dark Knight was -- was Dark Knight a
13     DC Comics Batman publication?
14          A    I don't remember exactly what it was
15     called because Batman at the time was fairly popular
16     and there was Batman and, you know, sister titles
17     and I do believe something was called, I want to
18     say, Tales of the Dark Knight.
19          Q    You don't know if this is that?
20          A    It says, Dark Knight.  I don't know the
21     exact -- you guys would have to look this up to see
22     what the exact name of that titles was, but Dark
23     Knight would certainly refer to Batman.
24          Q    I think you referenced Frank Miller
25     earlier.

53

1                         C. Wozniak

2          A    I did not draw a story that Frank Miller

3     wrote.

4          Q    You don't know or you don't have a

5     recollection as to who would have written this

6     story?

7          A    I don't know what's in this story.  It

8     says the title of the story is Blackout, and that's

9     an inventory story, right, that apparently I drew.

10    I did a lot of inventory work at DC.

11                   An inventory story is basically a

12    story that was not on the regular schedule,

13    something they would put in the can in case the --

14    if they had a regular artist on it that had an issue

15    or something, and in order not to miss the schedule,

16    they would have a story to put away.

17         Q    At the time, 1991, I guess this document

18    is dated September 20, 1991; is that right?

19         A    Um-hum.

20         Q    You have to say yes or no, I'm sorry.

21         A    Yes.  It's dated 9/20/91.

22         Q    At that time, were you living at 151-03

23    20th Avenue, Whitestone, New York?

24         A    Yes.

25         Q    On the first page of Exhibit 2, on the

54

C. Wozniak

1

2      lower left-hand side, you see it says, Accepted and

3      agreed and then there is an x, it says, Artist's

4      signature.  Is that your signature?

5          A    Yes.

6          Q    To the right there is a signature for

7      DC Comics.  Do you know who that is?

8          A    I can't read that.  I can't read that at

9      all.

10         Q    That's fine.

11         A    I would assume -- I don't know.  I can't

12     read that.

13         Q    You confirmed just a moment ago that Dark

14     Knight is a Batman title, correct?

15         A    Dark Knight is -- like I said, just like

16     Superman, if you have a popular character there were

17     Adventures of Superman and I don't remember the

18     exact names of them, but Dark Knight, there was a

19     title, I don't know exactly what it was called, that

20     was Batman related, and I don't know if was Tales of

21     the Dark Knight or whatever, but yes, Dark Knight

22     certainly refers to Batman.

23         Q    Meaning if it said Man of Steel, you would

24     know it referred to Superman?

25         A    Right.

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

55

1                           C. Wozniak

2         Q     You mean it refers to Batman in the same

3    sense, it's a nickname for Batman?

4         A     Yeah.

5         Q     Maybe nickname is a little too casual.

6         A     Dark Knight would refer, at DC Comics, to

7    Batman.

8         Q     I can represent to you that this document

9    came from DC Comics' file.  Do you have any reason

10   to doubt that you did this work and you were paid

11   for it?

12        A     No, that's my handwriting.  I just don't

13   remember drawing a Batman story.  I drew -- I did

14   draw Batman.  I remember drawing Batman sample pages

15   to show.  I don't recall actually illustrating a

16   full Batman story, but, you know, like I said, I did

17   a lot of freelance work at DC.

18        Q     Can I direct your attention on the first

19   page of Exhibit 2, paragraph 7B.

20        A     Uh-huh.

21        Q     Can you read that out loud?

22        A     7B?

23        Q     Yes, sir.

24        A     Okay.  "Artist acknowledges that the work

25   shall be a derivative of preexisting material

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

56

C. Wozniak

1

2  including without limitation the name and pictorial

3  and literary representations of fictional

4  characters, companies, places and things.  The

5  preexisting material that DC owns or otherwise has

6  the rights shall not have, acquire or claim any

7  right whatsoever in the preexisting material and

8  should not have the right or privilege to use any of

9  their preexisting material except as provided herein

10  or as DC otherwise consents in writing."

11       Q    I think you might have missed a line.

12       A    I'm sorry.

13       Q    That's okay.  I want to make sure we're on

14  the same page here.  After the preexisting material,

15  it says that DC owns or otherwise has rights in the

16  preexisting material and that that artist would be

17  unable to produce the work without the preexisting

18  material, correct?

19       A    Yeah, that's what it says.

20       Q    And then it says, Artist further

21  acknowledges that artist shall not have -- and I

22  think that picks up where you left off.

23       A    Uh-huh.  So basically it's saying that

24  DC Comics owns Batman.

25       Q    Put that aside.

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

57

1                        C. Wozniak

2          A    Do we have copies of whatever this story

3     is?

4          Q    I don't.

5          A    Okay.

6                    Can I ask another question?

7          Q    Give me one second.

8          (WBDC Exhibit 3, Marked for Identification.)

9     BY MR. WEINBERGER:

10         Q    Before we look at Exhibit 3, you had a

11    question for me?

12         A    Yes.  I was going to ask, do we know who

13    wrote that story?

14         Q    I don't know and I don't answer the

15    questions.

16         A    Sure, I'm sorry.

17         Q    That's all right.

18                    The court reporter has handed you a

19    document that's been marked as Exhibit WBDC 3.  I

20    should have said before on the bottom right of many

21    of the documents that we are going to look at today,

22    there is a little stamp that says, DCC, and then

23    there is a number next to it, and on the left there

24    is confidentiality designation.

25                    I can represent to you that these are

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

58

1                          C. Wozniak

2     what the lawyers call Bates numbers.  We stamp

3     numbers on them so we can figure out what we've

4     turned over to each other.  Those are things that we

5     add.

6                    The document that you're looking at,

7     Exhibit 3, is Bates-numbered DCC 101 and 102.  Take

8     a moment and let me know if you recognize this

9     document.

10                   (Witness perusing document.)

11         A    This appears to be a Justice League story,

12    13 pages.

13         Q    How do you know it's Justice League?

14         A    I think that says JLI, which would stand

15    for Justice League International.  Justice League

16    International Quarterly, which -- it's what it says.

17    It's a quarterly publication but would have multiple

18    stories of shorter -- a collection of smaller

19    stories.

20         Q    Can you tell me what Justice League

21    International is?

22         A    It's a variation on the Justice League.

23    Traditional Justice League would be Batman,

24    Superman, Wonder Woman, Aquaman, that type thing.  I

25    don't recall who's in Justice League Quarterly

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

59

1                          C. Wozniak

2       International.  It's international characters.

3            Q    As we discussed with the prior exhibit,

4       Exhibit 2, the document appears to be dated

5       December 2nd, 1992?

6            A    Uh-hum.

7            Q    You have to say yes or no.

8            A    I'm sorry, yes.

9            Q    That's your name on the top?

10           A    That is.

11           Q    That's your address, Whitestone, New York?

12           A    Yes.

13           Q    On the lower left-hand side, that's your

14      signature?

15           A    That's is.

16           Q    Above artist signature?

17           A    Yes.

18           Q    I think that's the same signature you were

19      not able to identify on the right-hand side as with

20      the prior document.

21           A    It appears to be.

22           Q    You're not sure?

23           A    I don't know who that is.

24           Q    To your knowledge, did you do this work

25      and you were paid for it?

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

60

C. Wozniak

1

2    A    I don't have a recollection of this

3    particular job, and sitting here now I can't tell

4    you what characters are in Justice League

5    International.  It's not a book I ever read.

6        Q    Do you have any reason to doubt that this

7    document, which I can represent to you was located

8    in DC Comics' records, is real, is genuine?

9        A    I would not expect you guys to be forging

10   things.  I hope we are not at that point, so it

11   appears to be a voucher for a Justice League

12   Quarterly 13-page story.

13       Q    You said voucher just now.

14       A    The term voucher, that's what we called it

15   at the office.  It's basically, like I said, a

16   work-for-hire contract.

17       Q    This is what you need to sign in order to

18   get paid?

19       A    Yes.  If you do some work, you have to

20   turn the rights over to the company in order to

21   receive a check and this way they have all the

22   rights before they can publish.

23       Q    And if you -- I'm sorry, if you can take

24   another look at Exhibit 2, which is the 1991

25   agreement that we looked at previously.

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

61

C. Wozniak

1

2      A     Yes.

3      Q     You have those two side by side.  Take a

4  look in the '92 agreement, which is Exhibit 3, and

5  just look at paragraph 7B.  Does that appear to be

6  the same language that you read -- that we read

7  together?

8              (Witness perusing document.)

9              MR. PARKER:  Objection to the form.

10      A     It does appear to be the same paragraph.

11              MR. WEINBERGER:  Off the record.

12              THE VIDEOGRAPHER:  We are going off the

13      record at 10:31 a.m.

14          (Whereupon, a short recess was taken.)

15              THE VIDEOGRAPHER:  We are back on the

16      record at 10:45 a.m.

17  BY MR. WEINBERGER:

18      Q     So I -- can I assume that the documents

19  that we looked at, Exhibits 2 and 3, that you would

20  have signed similar agreements for other work that

21  you did for DC Comics that was paid?

22      A     This appears to be a voucher and I did

23  sign other vouchers for other jobs.

24      Q     We talked a little bit about your work as

25  an inker or penciler beyond DC Comics.

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak --- July 12, 2023

62

C. Wozniak

1

2              Can you describe that in a little

3    more detail?

4              MR. PARKER:  Objection to form.

5         A    Can you -- I'm not exactly sure what

6    you're asking for.

7         Q    You have done artwork as a comic artist

8    for other publishers besides DC Comics, correct?

9         A    Yes.

10        Q    Can you describe that generally?

11        A    As far as content?

12        Q    Yes.

13        A    Oh.  At Marvel Comics, I drew a variety of

14   comic books, Excalibur.  I don't really --

15   Excalibur, What If?, I think I did some

16   Captain America for West Coast Avengers, various

17   titles.  You want specific titles?

18        Q    I'm asking what you can recall.

19        A    Spiderman 2099, I did maybe a half-dozen

20   issues.  Inventory stories as well.

21        Q    For what titles?

22        A    I'm drawing a blank.  That issue that I'm

23   having is -- that I did a lot of inventory work and

24   single-issue things.  I didn't do too many extended

25   runs so it's a lot of spot titles and I'm having

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

64

C. Wozniak

1

2     A     Not off the top of my head because those

3     titles were new titles, so it's not like Batman or

4     Superman.  I think I did something called the Pact.

5     I don't know what it is though or who's in it.

6     Q     So let's shift to writing, so writing

7     stories.  I think we've already established that DC

8     never published a story that you wrote, correct?

9     A     No.  I don't believe so.

10     Q     What about Marvel?

11     A     Yes.

12     Q     Can you name that story?

13     A     At Marvel, I wrote What If? and I do

14     believe I wrote three issues of Spiderman 2099 for

15     inventory.

16     Q     For inventory, you mean a story that was

17     written to be put in the can for later publication

18     if it was needed?

19     A     Yes.

20     Q     And you were paid for that work?

21     A     Yes.

22     Q     Do you recall -- can you recall around

23     what time those stories would have been written?

24     A     I'm guessing '94, '93.

25     Q     Do you know if the Spiderman 2099 stories

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

68

C. Wozniak

1

2      Q     That story, I would love to have some way

3  for us to refer to it.  There have been multiple

4  titles that have been used for your story; is that

5  correct?  The story that's at issue in this case?

6      A     We called it A Batman/Riddler story for

7  purposes of conversation, sure.

8      Q     It also has been known as The Blind Man's

9  Hat?

10     A     The initial title was The Ultimate Riddle

11  and then I changed it to The Blind Man's Hat.

12     Q     Just for purposes of clarity, I understand

13  that, and in some of the court documents it's been

14  referred to as A Batman/Riddler story, but I just

15  want to make sure we can keep it straight.

16                Is there a name we can agree on that

17  doesn't have Batman or Riddler in the name?

18     A     It's a Batman/Riddler story.

19     Q     What is the title you referred to it as

20  when you submit -- when you purportedly gave it to

21  Michael Uslan, did you call it The Blind Man's Hat,

22  The Ultimate Riddle?

23     A     My recollection is that I said it was a

24  Batman/Riddler story.  I don't think I put a title

25  on it because -- and I'm not 100 percent sure, but I

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

71

1                         C. Wozniak

2        Star Trek.

3              Q      Can you describe the plot of the story

4        that's at issue in this case?

5              A      Basically it's a Riddler story.

6              Q      Who is Riddler?

7              A      Riddler is a Batman villan.

8              Q      Did you create the Riddler?

9              A      This version of it, yes.

10             Q      Did the Riddler exist before you wrote

11       your story?

12             A      The traditional version.

13             Q      Who was the Riddler?

14             A      The traditional version of the Riddler?

15       An ostentatious prankster-type character.

16             Q      Okay.  Continue about your description of

17       the plot of your story.

18             A      To boil it down, the Riddler was -- I

19       reinvented the character as a serial killer and a

20       mass murderer and who has uncovered Batman's

21       identity and brings about an Armageddon,

22       judgment-day-type scenario to solve the ultimate

23       riddle of life itself basically in a nutshell.

24             Q      Where did you -- how did you come up with

25       that?

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

81

1                          C. Wozniak

2      comic book because it says Elseworld's Graphic Novel

3      at the top.

4           Q    At some point you filed -- I'm sorry.

5           A    The story is unchanged from original to --

6      the last copies that we have, I think is from 2017.

7           Q    There is a copy from 2022, right,

8      Exhibit 5?  You said you created that formatted

9      version for the BatmanGate videos?

10          A    I want to clarify something.  It's the

11     same story in text and then I just made it bigger so

12     you could read it on the screen.

13          Q    I understand.

14          A    It's the same story.

15               This particular copy --

16          Q    Exhibit 4?

17          A    Exhibit 4.  I believe I typed up -- I got

18     hit by a tornado in 2011 and it was a few months

19     after.

20          Q    The story at issue in this case at some

21     point you filed with the U.S. Copyright Office,

22     correct?

23          A    Yes.

24          Q    Is Exhibit 4 -- are you aware that when

25     you file for a copyright registration, you have to

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

82

C. Wozniak

1

2    send a copy of the work that you're seeking to

3    protect to the copyright office?

4        A    Yes.

5        Q    Is Exhibit 4 the copy that you sent to the

6    U.S. Copyright Office?

7        A    Yes.  It's the same text.

8        Q    That's not my question.

9             You sent a physical copy of your

10   story to the U.S. Copyright Office, correct?

11       A    You upload a copy to the Copyright Office

12   when you file a copyright, and it asks you what

13   you're copyrighting and it's not artwork, it's text,

14   and this text is the same as this text.

15       Q    I understand.

16            MR. WEINBERGER:  And the witness was

17            pointing to Exhibits 4 and 5.

18       Q    Which file did you upload; Exhibit 4 or

19   Exhibit 5?

20       A    I uploaded this one because it was

21   formatted.  Easy to read.

22            MR. WEINBERGER:  The witness pointed to

23            Exhibit 5.

24       Q    So the copy of your story that's on file

25   with the U.S. Copyright Office is the exhibit that's

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

83

C. Wozniak

1

2     been marked as Exhibit 5, correct?

3         A     Yes.

4         Q     But the text --

5         A     Is all the same.  If there is a comma

6     different, you know, but it's the same.

7         Q     It's the same in substance and largely in

8     content?

9         A     Yes, absolutely.

10             MR. PARKER:  Objection to form.

11        Q     That's with the exception, of course, in

12    Exhibit 4 on the second-to-last page, there is a

13    section after the word "end" that says, design work

14    needed; is that right?

15        A     Yes.  What that looks like is that, as I

16    was recopying the story, retyping it because my

17    copies were lost in the tornado, it looks like I

18    made some notes in case I wanted to draw this as a

19    comic book, but you can see it says end, this is not

20    part of the story.

21        Q     If you wanted to, this was your idea for

22    visualization of the story, correct?

23        A     It was ideas.  Nothing -- that was never

24    executed because what I did do is I tried to offer

25    this to entice other artists to draw as a graphic

84

C. Wozniak

1

2    novel.  Just to clarify, what's after the word "end"

3    is not part of the story.

4         Q    In Exhibit 4?

5         A    Right.

6         Q    Did you write -- well, in both --

7    Exhibit 4 says on the top of the document, Dark

8    Knight, The Blind Man's Hat, Elseworld's Graphic

9    Novel, correct?

10        A    That's what it says.

11        Q    Exhibit 5 says, Batman/Riddler Plot, The

12   Blind Man's Hat by Chris Wozniak at the top,

13   correct?

14        A    Yes.

15        Q    Is it fair to refer to this story as The

16   Blind Man's Hat for our purposes?

17        A    The distinction -- the only difference

18   from the very first copy to this copy --

19        Q    Four or five we're talking about?

20        A    No.  From the original 1990 original

21   version I submitted to Archie Goodwin, the only

22   difference -- there was a minor addition.  That is

23   the only -- it's not a change.  It was a little

24   addition to the story is that circa 1999 when I

25   submitted it to, I believe, Jordan Gorfinkel at

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

85

1            C. Wozniak

2   DC Comics, that I added the Joker ending to the

3   story, where he's a mystery man who does not appear

4   in the story anywhere and then at the very end he's

5   revealed to be the Joker who masterminded the

6   Riddler scheme.

7        Q    In the document that's been marked as

8   Exhibit 4, the typed version of the story that you

9   said was retyped after the tornado in 2010?

10        A    Can we look up when the Tuscaloosa tornado

11   was?

12        Q    It doesn't matter.

13        A    I believe that this file has a creation

14   date of 2011 and I do believe the tornado was also

15   2011.

16        Q    So the original story that was written in

17   1990 you don't have anymore?

18        A    I don't have a copy from 1993 that's a

19   physical original copy of the story.  The person who

20   found that 1993 copy as well as the second copy I

21   submitted to Archie, the Witch Hunt story, that's

22   also a physical copy from 1992 or three, and we

23   still believe that he has the original copy of the

24   story that was submitted to Archie, a literal 1990

25   xerox.

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

87

1                           C. Wozniak

2       and that's commonly used at the office.

3            Q    Do you recall being interviewed for a

4       podcast called Dollar Bin Bandits last year?

5            A    I do.

6            Q    On an episode of their podcast that was

7       broadcasted on August 9, 2022?

8            A    I don't know the date, but yes.

9            Q    During that interview, you talked about

10      this case?

11           A    Yes.

12           Q    Would it surprise you to know that you

13      stated on that podcast that you wrote this story as

14      a sequel of Dark Knight?

15           A    As a sequel in the sense of it's another

16      million-dollar Batman story.  Not a literal sequel,

17      that's impossible.

18           Q    So you meant, and you mean, it's a sequel

19      in the sense that it is --

20           A    A big --

21           Q    It's a Batman story but not a continuous

22      Batman story from Dark Knight.

23           A    No, it can't be.  Because, like I said, it

24      was an Elseworld world story -- that's so hard to

25      say, it's a bad word.  It's an Elseworld story, and

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

101

C. Wozniak

1

2      Q    So why did you register the story?

3      A    Because clearly it had been used -- my

4  name had been taken off the story and used to make a

5  film and I thought it was quite obvious that I was

6  going to have to bring a lawsuit.  The original

7  story is written in 1990, and I have copies that

8  will establish that over the years.  It predates the

9  film by many years, but I thought I should have the

10  copyright as well just to -- you know, just so we

11  could be here.

12      Q    Did you file the copyright yourself?

13      A    I did and I don't believe that I had legal

14  representation at the time.

15      Q    I was just about to ask whether you had

16  retained counsel --

17      A    No.

18      Q    -- when you filed the copyright.

19      A    No.  As a matter of fact, I know I didn't.

20  I did not.

21      Q    Would it be -- does it --

22      (WBDC Exhibit 7, Marked for Identification.)

23  BY MR. WEINBERGER:

24      Q    I can represent to you that this is a

25  record that I pulled off the U.S. Copyright Office

102

C. Wozniak

1
2   by searching for your name and the title of any
3   story that you wrote.
4                    If you look at where it says,
5   Registration Number/Date, which is about halfway
6   down, a little above halfway down, you'll see there
7   is a number that starts TL -- a letter number
8   combination that starts TX and then there is a slash
9   and it says 2022, August 9; do you see that?
10       A    Okay.
11       Q    Does that refresh your recollection about
12  when you filed for the copyright?
13       A    I would assume August 9.
14       Q    I can represent to you that when a work
15  registers, even though it's months later, it dates
16  back to the day you filed it.
17       A    That I know, yes.
18       Q    And you -- I think you mentioned this
19  earlier on the top it says, Type of work text.
20       A    Um-hum.
21       Q    You recall saying that you were claiming
22  text in the story?
23       A    Yes, that's the story.
24       Q    Do you recall when you filed this, being
25  given an opportunity to disclose any preexisting

103

1                    C. Wozniak

2    material?

3         A    Yes, I do believe that's a question.

4         Q    You declined to disclose any preexisting

5    material?

6         A    My story is not based on anything from DC.

7         Q    Is the Batmobile not from DC?

8         MR. PARKER:  Objection to form.

9         A    The Batmobile is traditionally portrayed

10   as a DC thing.

11        Q    And Commissioner Gordon?

12        A    Yes.

13        Q    And Batman?

14        MR. PARKER:  Objection to form.

15        A    Yes.

16        Q    And Gotham City?

17        MR. PARKER:  Objection to form.

18        A    We are speaking of the traditional

19   versions of these things?

20        Q    Does your story present a nontraditional

21   version of Batman?

22        A    I would think so.

23        Q    How so?

24        A    Can I look at my story for a minute?

25        Q    Sure.

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

124

C. Wozniak

1

2      Q    If we took Batman, Commissioner Gordon,

3      Barbara Gordon, Gotham, Wayne Manor, the Batmobile,

4      the Joker, if we took all those out of your story,

5      like, would it still make any sense?

6      A    Do you mean, like, if they didn't exist in

7      the story at all?

8      Q    Yes, or if instead of Batman, it said

9      James Weinberger, a lawyer?

10     A    You mean could I rewrite it to use it

11     another way?

12     Q    Yes.

13     A    Anybody could rewrite any story to alter

14     it.

15     Q    But when you first conceived this story

16     and wrote it down, you didn't do that, correct?

17     A    I didn't do what?

18     Q    You wrote this to be a Batman story,

19     correct?

20     A    I initially pitched it as Batman story.

21     Q    Well, I'm talking about what's written

22     down, not what's pitched, what's written.

23     A    Well, like I explained this several times,

24     this is, like, a reimagining of the Batman universe.

25     Q    I guess my point is you did intend this to

125

1                          C. Wozniak

2      be a story that could exist independently of the

3      Batman universe, correct?

4           A    I wanted it to be a new part of the Batman

5      universe.  I thought it would be, you know -- at the

6      time that I wrote it honestly I thought I had

7      written the best Batman story ever.  I thought it

8      was better than Dark Knight.  My intention was to do

9      something new and different that would, you know...

10          Q    But new and different with Batman,

11     correct?

12          A    Well, initially, I did intend for this to

13     be a Batman story, you know, but like I said...

14          Q    I guess my point is:  Could you have taken

15     this plot and plugged it the Superman universe

16     instead of the Batman universe?

17          A    You mean to make the hero of the story

18     Superman?

19          Q    Yes.

20          A    You could rewrite it to -- that's a little

21     bit of a weird question because you could rewrite

22     any story to be any other story.  I'm not exactly

23     sure.

24          Q    The question I'm trying to get an answer

25     to is:  You wrote this story specifically for the

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

126

1                     C. Wozniak

2      Batman universe.  I understand that your position is

3      it's a reimagined --

4           A     Not the traditional Batman.

5           Q     Right, a reimagined Batman universe?

6           A     Right.

7           Q     And you did not write this story for a

8      generic superhero, right, who could be substituted

9      in and out in place of Batman?

10          A     You can try to --

11          Q     I know what you can do.  I'm asking what

12     you did.

13          A     The initial version of this is that I

14     wanted it to be a Batman story.

15          Q     Is there a version of this that is not a

16     Batman story?

17          A     There is a version of this that has just

18     name swaps for Shadow Hawk.

19          Q     Did you show that to DC Comics?

20          A     No.

21          Q     Did you show that to Michael Uslan?

22          A     No.  I showed it to Jim Valentino at Image

23     Comics.

24          Q     Did it get published?

25          A     It didn't get published.  He -- his

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

127

C. Wozniak

 1          response -- it wasn't published.

 2                  MR. WEINBERGER:  To the extent it's not

 3              already subsumed within our document request,

 4              if there is a version of this story that exists

 5              that involves other characters, I think we are

 6              entitled to it.  I think it's subsumed within

 7              what we've asked.

 8                  MR. PARKER:  Fair.

 9                  MR. WEINBERGER:  And we don't have it.

10                      (Counsel Request.)

11                  MR. PARKER:  We will produce it if we have

12              a copy of it.

13                  MR. WEINBERGER:  Off the record.

14                  THE VIDEOGRAPHER:  We are going off the

15              record at 12:37 p.m.

16                  (Whereupon, a short recess was taken.)

17              (WBDC Exhibit 8, Marked for Identification.)

18                  THE VIDEOGRAPHER:  We are back on the

19              record at 12:55 p.m.

20          BY MR. WEINBERGER:

21              Q    The court reporter has handed you what's

22          been marked at WBDC Exhibit 8.  I can represent that

23          this is a document that Mr. Parker emailed to us

24          this morning.

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

133

1          C. Wozniak

2          Q    You don't have a copy of the story that

3    you submitted to Mr. Goodwin in 1990 anymore,

4    correct?

5          A    The guy that found the Shadow Hawk version

6    and the Witch Hunt story thinks he still has the

7    original copy of that.  It would be an exact copy

8    that was given to Archie and it would be an

9    original, not a pdf or anything.

10         Q    You don't have that?

11         A    Not yet but he found those two.

12         Q    How do you know what -- who was it again?

13         A    Raul Garcia.

14         Q    How do you know that what Raul Garcia may

15   or may not have is exactly what you gave Archie

16   Goodwin?

17         A    Because I gave it to him when I first

18   wrote it.

19         Q    Did you give it to them simultaneously?

20         A    No, but I made three copies.  I kept one

21   for myself, I gave one to Archie, right, that's the

22   submitted one, right, and obviously I kept one, but

23   I gave one to -- I had two friends that were very

24   big Batman fans, and Raul Garcia was one.

25              I gave him a copy, and I gave my

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

134

C. Wozniak

1
2      friend, James Cruz, a copy but he says he cannot
3      find it and that he's looked.  Raul Garcia has
4      turned up the 1992 copy of The Witch Hunt and a
5      1993, so the chances are very, very good that he's
6      going to find the original.  We're hoping for that.
7           Q    Again, that original is what you gave to
8      him, correct?
9           A    These are original xeroxes of the --
10          Q    Which you gave to Mr. Garcia, correct?
11          A    I gave one copy to Mr. Garcia.
12          Q    You do not have a copy that you give to
13     DC Comics?
14          A    No, but this would be an exact copy of
15     that if we can find it.
16          Q    I understand your position.
17          A    Like I said, they are original copies.
18     You can see how old they are.
19          Q    So you explained the circumstances in
20     which you brought the story to Archie Goodwin?
21          A    You want me to explain like the actual --
22          Q    What happened?
23          A    Okay.  I wrote the story, I was very
24     excited about the story.  I brought it into the
25     office, right.  I wanted to pitch it to Archie.  I

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

135

C. Wozniak

1   
2    went to his office, he wasn't there so I put the
3    story down on his desk and I wrote, This is a great
4    story.
5                    I made sure to circle that, and I
6    left it there and when I turned around to walk out
7    of the office, I ran into Archie going back into his
8    office and I said, I wrote -- I just dropped off a
9    Batman story, it's a fantastic story, you're going
10   to love it and he was like, Okay, and basically said
11   he would look at it and then I waited for him to do
12   that.
13        Q    And what happened then?
14        A    I had come back to DC Comics a couple of
15   times.  It's common, our work is different than
16   stories when you submit them.  Our work you can look
17   at, stories somebody needs time to read.
18                    So I had been back in the office a
19   couple of times and he hadn't gotten to it yet.  I
20   assured him that it was a great story and I wasn't
21   wasting his time, it was really, really good and he
22   said, Okay, I will get to it.
23                    And after that, there was another
24   time I was in the office across from Archie's Batman
25   office, which was the Green Lantern office, which at

136

1                        C. Wozniak

2      the time I do believe I was doing work for

3      Green Lantern.  I do believe that that office was

4      Kevin Dooley's office.

5                  And while I was conducting my

6      Green Lantern business, Archie came in and

7      approached me and asked me if I really wrote the

8      story.  I said, Yeah, and he seemed surprised by

9      that and quizzed me more.  He was like, Did you --

10     you really wrote this, like, by yourself, there was

11     no else involved, and I said, Yeah, that's my story,

12     I just wrote it.

13                 He told me he thought it was really,

14     really good, he loved the story.  And then he broke

15     the news to me that he thought -- basically he said

16     it's a great story, I love the story, but Paul and

17     Jenette are never going to allow you to do the

18     story.  He was like, It's too important to the

19     Batman story basically to allow a new guy to do, and

20     I was -- I was disappointed by that but, like, I

21     didn't really, like, get along with Paul, so it

22     didn't surprise me.  And --

23          Q    Do you know if he showed it to Paul?

24          A    I don't know if he was speaking on Paul's

25     behalf or if he discussed it with Paul.

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

137

1                      C. Wozniak

2          Q    Do you know if he showed it to Jenette?

3          A    I don't know, but like I said, she was a

4     loon.

5          Q    Do you know if he showed it to anybody?

6          A    I don't.

7          Q    Do you know if he read it?

8          A    Of course he read it.

9          Q    That's not what I asked.  Do you know if

10    he read it?

11         A    Yes.  He gave advice on why he couldn't

12    publish it.  Absolutely.  He said he loved it.

13    Archie as a very, very respectful, honest guy.

14    There is no one in the comic book industry that

15    would say a word against him.

16         Q    So they passed?

17         A    They did.  I said, Can I bring you another

18    story and he said, Okay, and that was Witch Hunt.

19         Q    In 1990 when they passed, did you pitch

20    the story to any other publishers?

21         A    Not then.  Like I said, before that I

22    brought Witch Hunt to Archie.

23         Q    I'm not asking about Witch Hunt.  I'm

24    asking about The Ultimate Riddle.  Did you pitch The

25    Ultimate Riddle to any other publisher?

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

138

1                          C. Wozniak

2          A    I showed it to Jim Valentino at Image

3     Comics?

4          Q    At Image Comics?

5          A    Yes.

6          Q    Is that in the version that removed the

7     Batman universe from it or what was that called

8     Shadow --

9          A    Shadow Hawk?

10         Q    Yes.

11         A    Well, what do you mean, remove the Batman

12    universe from it?

13         Q    You said there is a version of this story

14    that removes --

15         A    We are providing that to you now.  It's

16    essentially -- it's an identical story with name

17    swaps.

18         Q    My question is:  Did you pitch The

19    Ultimate Riddle without the name swaps to any other

20    publisher besides DC Comics after Archie Goodwin

21    passed on it?

22         A    I just said I showed it to Jim Valentino

23    at Image Comics.

24         Q    Okay.  What happened with that?

25         A    He basically said that I should do it as a

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

139

C. Wozniak

1

2         creator-owned thing to rewrite it.

3              Q     Rewrite it how?

4              A     Just rewrite it.  Make it a creator-owned

5         entity.

6              Q     Meaning without Batman and Riddler?

7              A     Make it something new basically but I

8         never did that because --

9              Q     You didn't do it until Shadow Hawk?

10             A     No.  That's not -- it's the same story

11        it's just with name swaps.

12             Q     What is that Image Comics then suggested

13        to you if it's -- did he suggest you do something

14        different with the story?

15             A     No.  He said rework it, make it something

16        like an original character and keep the rights to

17        the character and they try to do it as a creator --

18             Q     So how is that different from the

19        Shadow Hawk version?

20             A     Shadow Hawk would have done it with the

21        Valentinos.  I didn't own Shadow Hawk.

22             Q     I got it.  The Shadow Hawk version, you

23        put somebody else's characters in it.  Valentino was

24        suggesting that come up with your own characters to

25        put in it?

143

1                    C. Wozniak

2        Q    You said, DC consented in writing to --

3        A    That's not what I said.  I said they

4   consented to me to allow me to write a story.

5        Q    When?

6        A    When Archie said, Okay, I will let you

7   know what I think.

8        Q    I didn't say write the story.  I said

9   publish the story.  I'm asking about publishing.

10            Could you have, in the face of Archie

11  Goodwin saying, We're passing, published the story

12  with Batman and the Riddler and the Batmobile and

13  Wayne Manor; could you have done that?

14       A    I own the rights to my story.

15       Q    That's not my question.

16       A    This is my understanding, you're asking me

17  what I think.  My understanding of this situation is

18  that if I own the copyright to a story by authoring

19  it and they hold the trademark for Batman, that

20  neither one of us could use it without coming to a

21  written agreement.  Again, I'm not a lawyer.

22       Q    Your understanding was you couldn't do

23  this without their permission?

24       A    Nor could they use it without mine.  Like

25  I said, I'm not a lawyer, but that's my

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

144

1                        C. Wozniak

2      understanding.

3           Q     Fair enough.

4                      After you showed the story to Archie

5      Goodwin in -- do you know if Archie Goodwin is an

6      officer of DC Comics?

7           A     As far as like a part ownership?

8           Q     Corporate officer?

9           A     I don't believe he was.  He had just come

10     from Marvel.

11          Q     Was he a director of DC Comics, to your

12     knowledge?

13          A     To my knowledge, no.

14          Q     Who else -- did you show it to anyone

15     after that at DC Comics?

16          A     Yes.  Quite a few people as, you know,

17     sample of writing.

18          Q     Who else?

19          A     My recollection would be -- I don't know

20     if they read this.  My recollection was that I

21     showed a copy to Andy Helfer.  I don't know if he

22     ever read it.

23          Q     Anyone else?

24          A     Joey Cavalieri, I think.

25          Q     These are DC Comics employees?

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

145

1                    C. Wozniak

2        A    They were DC Comics editors and Joey also

3    worked at Marvel after.

4        Q    Anyone else?

5        A    Not that I recall.  It was a sample.

6        Q    You never got any other feedback from

7    anyone at DC Comics about The Ultimate Riddle?

8        A    I don't recall if anybody at DC read it.

9        Q    I believe earlier you said you submitted

10   it again to Jordan Gorfinkel?

11       A    Yeah.  I erroneously said this may have

12   happened in 2003, that was off the top of my head.

13   I believe now that it was definitely, or 90 percent

14   sure that it was 1999.

15       Q    What were the circumstances of that

16   submission?

17       A    By email.  I had moved back to New York, I

18   was looking for work.  I thought I would try to

19   generate some work, so I looked up who -- it was --

20   Archie had passed away, so I looked up who the new

21   Batman editor was and I found Jordan Gorfinkel's

22   name on a current Batman comic and I sent it to him.

23       Q    Did you hear back?

24       A    I did not.  I did hear -- I didn't hear

25   back directly from Jordan Gorfinkel, but DC Comics

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

151

1                       C. Wozniak

2     been the --

3          Q    Would it have been called The Blind Man's

4     Hat?

5          A    No, not when I sent it to him, but it

6     would be that version more or less.  I took the

7     title off it because I think I just called it a

8     Batman film treatment.  It didn't have a title, I

9     don't think I put on it at all.

10         Q    You don't have a copy of that as it

11    existed when you gave it to him?

12         A    What do you mean, like a copy of the

13    email?

14         Q    The email, the story, whatever?

15         A    The version that would be closest to what

16    went to Uslan, I think I have a copy here that is

17    from 2010.

18         Q    The one you just registered with the

19    copyright office?

20         A    Yeah, so of all the copies that we have

21    found so far in date, that's the one that's closest

22    to that.  I don't know if it's -- again, I would

23    have to look at it.  It does have the Joker ending

24    in it.

25         Q    You sent it to Mr. Uslan by email?

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

152

C. Wozniak

1

2       A     Yes.

3       Q     How did that come about?

4       A     I was at the Javits Center at New York

5    Comic-Con, this is April of 2008.  I had to look it

6    up because I wasn't exactly sure so but it was

7    April 2008.

8       Q     And what happened?

9       A     I rented like a half booth at the show and

10   I had a comic book that I was thinking of publishing

11   then, I had printed copies.  It was called Barren

12   Soil, which is more or less the same story that I

13   just reworked recently, and I had a large banner

14   that said Barren Soil at the table.

15                 Michael Uslan saw the banner, he

16   approached me at the table and he said that he liked

17   the name of my comic book, he asked if he could have

18   a complementary copy, and told me he was a film

19   producer.  I gave him one, he gave me his card and

20   said he's always looking for good stories.  I didn't

21   know who he was at the time.

22      Q     When was this?

23      A     This is April of 2008, I think.  We could

24   look up whatever New York City Comic-Con was in 2008

25   and I know it's that particular one because it was

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak --- July 12, 2023

153

C. Wozniak

1
2    the only one I attended.

3        Q    Continue, I'm sorry.

4        A    After the convention, I looked up -- I

5    took his card, I looked up who he was because he

6    said he was a film producer, I didn't know any film

7    producers and I saw he was the executive producer of

8    the Batman films, and I had a fantastic unpublished

9    Batman story that we never used and I sent him an

10   email.

11               I said, I have this Batman story that

12   we never ever used at DC Comics, I think it would

13   make a fantastic Batman film and I emailed it to

14   him.

15       Q    Did he write back?

16       A    He did not.

17       Q    Do you have a copy of that email?

18       A    We are trying to find a copy.  The email

19   accounts that I had in those days, it's a while

20   back, and I had a few -- my recollection of this is

21   that I did use an email for that Metro Gnome Media.

22   It was kind of, like, my doing-business-as deal, but

23   I wanted something with my name on it, and I had --

24   I think I had some other emails that had my name on

25   it.

161

1                          C. Wozniak

2       written corporate films.

3            Q    I mean motion pictures?

4            A    No.

5            Q    Hollywood motion pictures is what I mean.

6            A    No.  I've since met a couple of other

7       Hollywood producers that have expressed interest in

8       one of my other projects.

9            Q    Have you ever -- you're not familiar with

10      the idea that someone who is listed as a producer on

11      the film has no active role in that film?

12                     You're not familiar with the idea

13      that someone who gets credit as a producer or

14      executive producer in the film has no actual role in

15      the film?

16           A    That's not always true.

17           Q    I didn't say always.  I said --

18           A    My understanding, which I think is right,

19      is that it's a case-by-case basis.  Some producers

20      have a huge role and some don't.

21           Q    Okay.  You're not familiar with the

22      litigation history between Mr. Uslan and Warner

23      Bros. regarding the rights to Batman?

24           A    I'm not.

25           Q    Your information is based solely off of

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

220

1                          C. Wozniak

2        Exhibit 5 was the original copy of your story that

3        you submitted to the copyright office in

4        August 2022.

5            A    Yes, the one that's formatted with the

6        outline is the one that I sent it.

7            Q    Correct.  And then you, subsequently, in

8        the last few days, sent additional copies of the

9        story to the copyright office that are referenced on

10       Exhibit 8 in the 1993 Shadow Hawk version, the 2010

11       version and the 2017 Batista version; do you recall

12       that?

13           A    Yes.

14           Q    This is a long-winded way of asking you if

15       Exhibits 10, 11 and 12 are, in fact, those three

16       other versions of the story that are referenced in

17       Exhibit 8, and if so, can you tell me which one is

18       which?

19           A    Well --

20           Q    I can help you with that.  Let's look at

21       Exhibit 12.

22           A    This would be 1993 Shadow Hawk version.

23           Q    That's the version where you effectively

24       swapped out names so you took out the Batman

25       universe characters and put in different characters

221

                          C. Wozniak

1

2      who you would theoretically own?

3          A    No, I don't own these --

4          Q    I'm sorry.  You took out the Batman

5      characters and put in Shadow Hawk characters?

6          A    Just Shadow Hawk.  This Sphinx character

7      is something I created.  We didn't use it and I

8      think I believe I tried to use that character

9      elsewhere or something but never did, but

10     essentially this is the exact same story with name

11     swaps.

12         Q    With no reference to Batman or the Batman

13     universe?

14         A    No, it shouldn't have.

15         Q    This was written in January of 1993?

16         A    No.  This is the same story from 1990 that

17     went to Archie Goodwin with name swaps in 1993.

18         Q    I'm sorry, this version was written in

19     1993, correct?

20         A    This version --

21         Q    If you look at page two of Exhibit 12, top

22     left corner, it's dated January 13, 1993.

23         A    It's not written in '93.  It's the 1990

24     story but before I showed it to Jim Valentino in

25     1993, I changed the names and -- I will be honest

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

222

1                        C. Wozniak

2     with you, I haven't even looked at this, but there

3     might be a line or two different.

4                        It is ultimately the exact same story

5     but there could be a word or two different because

6     just that.  It's the same story in principle.  I

7     thought I would try to show it to Jim Valentino.

8         Q    You don't contend that this version of the

9     story, Exhibit 12, was ever sent to DC Comics,

10    correct?

11        A    Not with these name changes.  It is the

12    same story that I gave --

13        Q    I'm not asking you to say you didn't

14    submit your story to DC Comics.

15        A    Right.

16        Q    I'm talking about the document that we are

17    looking at here, the Shadow Hawk version of your

18    story, this was not sent to DC Comics at any point,

19    was it?

20        A    This story was, but not -- but instead of

21    saying Shadow Hawk and Sphinx, it would say Batman

22    and Riddler.

23        Q    Like one of the other versions that we

24    looked at here, Exhibits 4 and 5?

25        A    I think this is the only version that has

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

223

1                          C. Wozniak

2    a name swap in it.  The other ones are the Batman

3    versions if I'm not mistaken.

4           Q    Again, I'm trying to make sure we have a

5    clear record here.

6                     Did you ever submit the Shadow Hawk

7    version of your story to DC Comics?

8           A    It's the same story.

9           Q    I'm not asking if --

10          A    You're saying this exact document?

11          Q    Yes.

12          A    No, but like I said, it's the same exact

13   story.

14          Q    I understand.  But this -- Exhibit 12 was

15   never sent to Archie Goodwin, Exhibit 12?

16          A    It was with name changes.

17          Q    I understand, but not this physical piece

18   of paper which all has name changes.  It's

19   non-Batman characters.

20          A    The story was sent to Archie but not this

21   physical variation of it.

22          Q    Thank you.

23                     The same goes for Michael Uslan, the

24   Shadow Hawk version that is Exhibit 12, this

25   physical copy was not sent to Michael Uslan,

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

224

C. Wozniak

1       correct?

3       A    No.  He would have got a copy that

4    resembled the 2010 version, but that is my guess.  I

5    would like to look at it before I say 100 percent.

6       Q    Take a look.  You need to be sure about

7    that.  If you're going to speak about these

8    documents, please make it's clear that the court

9    reporter knows which one is which because these two

10   things are similar.

11                I want to clear up Exhibit 12 before

12   we get to the other copies.

13      A    This one?

14      Q    Correct.  The Shadow Hawk version.

15      A    Do you want to talk about this first?

16      Q    Yes, that's what I'm trying to find out.

17   Was the Shadow Hawk version that is Exhibit 12 sent

18   to Archie Goodwin, this document?

19      A    Not that physical document, but this story

20   with the original names in it.

21      Q    Which would have looked like one of the

22   other --

23      A    It would have looked like one of these.

24      Q    Okay.  So the answer is no, this physical

25   document would not have been sent?

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

225

1                       C. Wozniak

2        A     That physical document was not sent to

3    anyone at DC.

4        Q     Or Warner Bros.?

5        A     Or Warner Bros.

6        Q     Or Mr. Uslan?

7        A     Not with that name on it.

8        Q     You can put Exhibit 12 aside.  Thank you.

9              Now 10 and 11, can you tell me what

10   Exhibit 10 is?

11       A     I believe Exhibit 10 will be the Wozniak

12   Batman story 2010 version.  So what I think this is,

13   because this says graphic novel on it -- what this

14   is is a 2010 -- a couple of years after I sent it to

15   Michael Uslan, I looked it over and formated this so

16   that I could share this with other DC Comic artists

17   to see if I could entice them to approach the office

18   with me to do this project again as maybe possibly a

19   DC Comics project.

20       Q     Did you, in fact, submit this story in

21   this form to DC Comics, Exhibit 10?

22       A     This would be very, very close to what I

23   sent to Jordan Gorfinkel because the Joker ending,

24   the mysterious man who appears at the end, I

25   basically added that for Gorfinkel when I

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

235

1                          C. Wozniak

2      something you're prepared to do?

3           A    I did flip through the book.  I think this

4      is the one that's published in the book, the release

5      of the script; am I correct?

6           Q    I don't know.

7           A    There was a book that was released of the

8      screenplay that I believe says the final shooting

9      script.

10          Q    This is the final shooting script.  I

11     can't speak for what is or is not in the book.

12          A    My answer to that would be I've flipped

13     through it.

14          Q    Okay.  And sitting here today, are you

15     aware of any specific text in Exhibit 13 that comes

16     from one of the versions of your stories that we

17     looked at today, which is Exhibits 4, 5, 10, 11 and

18     12?

19          A    Okay.

20          Q    And I mean when I say, comes from, I mean

21     copied physically, so verbatim text.

22          A    There are scenes that are certainly out of

23     my story and my answer to this is that this is a

24     complete finished screenplay.  I submitted a

25     ten-page film treatment, and it is a complete story.

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

236

C. Wozniak

1

2          Obviously, to make a film from that,

3    you would have to flesh that out quite a bit.  As

4    far as a particular word or so or a line of

5    dialogue, there are things in here --

6          Q    In here, you mean the screenplay?

7          A    In my story that are in the -- you know,

8    the film, like when Batman expresses to the Riddler

9    when they say, I will see you in hell, that's in

10   both there and you know when the Riddler's riddles,

11   you know, all spell, in my story, I know you're a

12   Wayne, and in the film it says, I know who you are,

13   you know, so it's the very same plot points,

14   obviously, but if the specific wording of it is

15   altered, the expression of the idea is exactly the

16   same.

17         Q    Let me make sure I understand what you're

18   saying.  Even if the words aren't the same, the

19   expression and the idea is the same, that's your

20   statement?

21         A    Well, I mean, there are -- you could say

22   the same thing and with the same intent and the same

23   content and use different words to say it and

24   everyone will still understand your meaning.

25         Q    I'm now asking specifically about the

WOZNIAK v. WARNER BROS. ENTERTAINMENT, et al.
Christopher Wozniak  ---  July 12, 2023

240

1                          C. Wozniak

2              (Whereupon, the video was played.)

3      BY MR. WEINBERGER:

4          Q    That's you talking, the person who said,

5      My story was written in the 1990s?

6          A    Yes.

7          Q    That's your picture?

8          A    Yes.

9          Q    Is that your house?

10         A    Yes.

11             (Whereupon, the video was played.)

12     BY MR. WEINBERGER:

13         Q    So earlier today, you testified that -- I

14     asked you whether you went on that podcast and said

15     that your story was a sequel to the Dark Knight.

16         A    You asked that.

17         Q    And I think you said you didn't mean a

18     sequel in the sense of the next chapter, you meant

19     it's a sequel in that it's a blockbuster?

20         A    Right, the next big Batman story.

21         Q    In looking at this video and this podcast

22     in which you said it was a sequel because Batman was

23     older and it was dark, does that change your

24     recollection?

25         A    No.