# EXHIBIT E



# BATMAN/RIDDLER PLOT
## "The Blind Man's Hat"
## by Chris Wozniak

**The future in GOTHAM is grim...**in this story BARBARA GORDON is 50, BATMAN and RIDDLER (Edward Nigma) are 60 and COMMISSIONER GORDON is 70. **GOTHAM CITY is a rundown shithole** and the world in general is in turmoil.

An **older** BATMAN uncovers a huge accumulation of young nude **cadavers (18 girls and 19 boys)** hanging butcher style in an old unused **warehouse**. The cause of death is **bloodletting** from numerous wounds in the shape of small **QUESTION MARKS**. On the floor is a **NOTE**:

> **WHAT'S IT ALL ABOUT?**
> **THE GREATEST RIDDLE OF ALL!**
> **AND THE ANSWER IS IN YOUR HAND!**
> **SIX TRIALS TO PROCURE SIX RIDDLES!**
> **THE STAKES HEIGHTEN AS YOU**
> **ELUCIDATE EACH CLUE!**
> **BEGIN!**

After being absent for more than 20 years **without a clue** the RIDDLER returns!

BATMAN convenes with COMMISSIONER GORDON and his hard-nosed daughter **DISTRICT ATTORNEY BARBARA GORDON (in wheel chair)** at GOTHAM POLICE PLAZA to hash over this untimely development.

**In recent years maintaining order in the rundown, decaying GOTHAM has become a colossal undertaking,** and as a result the bond between the COMMISSIONER and BATMAN has grown **enormously**. Even though they all exhibit severe signs of stress, BATMAN especially, **GORDON is as close to the caped crusader as he's ever been.**

A frustrated GORDON orders the obligatory **A.P.B.** and **CITY-WIDE DRAGNET** certain it's an ineffectual move. BARBARA researches the **number 18-19** and the **warehouse evidence** and BATMAN embarks on the **FIRST TRIAL** as instructed by the RIDDLER's **NOTE**.



WZ000015

**2**

**WOZNIAK 1990**

**TRIAL 1:** On the news (be subtle: News Reporter is old Harley Quinn) **people are handing out hundreds of stakes for protests signs.** BATMAN knows that's the **FIRST TRIAL.** Civic protests in GOTHAM over inflation & 40% unemployment. Police abuse powers, act like collection thugs for **BANKS.** When he gets there he's told a **man in a truck** (RIDDLER) dropped them off.

"Let me guess. His name is **Edward**. You know Protests are illegal."

"Not according to the **Constitution**. We have a right-"

"The **Constitution was dissolved** when they form the **NAU**. You know what will happen when the Cops-"

"They're **not** cops! Since when do **private companies** have the right to **police the people!?!**" Show a row of Banker owned **"CITICORP" RIOT COPS** lined up militantly.

A protestor picks up a megaphone, "This is a **peaceful** protest! We have a right —"

**POW!** The protester gets clubbed by a **Cop**.

BATMAN **knocks out** that cop, and confronts the rest.

COP: You want some of **this** Old Man!?! You know the **law.** No **derisive language** against **institutions.**

BATMAN: You strike another **citizen** and I'll give you all the **language** you can **handle**.

Someone chucks a **Molotov Cocktail** at the Cops.

BATMAN: **Don't-**

The Cops **open fire,** killing about 8 protesters.

BATMAN orders the BATMOBILE to **fire a sonic weapon.** Both factions scurry like rats.

BATMAN see's the **truck** left among the littered empty street.

Stuck under the wiper is a **NOTE:**


3
WOZNIAK 1990

**RIDDLE:** WHO HAS THE **IMPETUS** TO BE LIKE ME, AM I NOT LIKE THE **STARTING THREE?**

**ANSWER: IMP**

At this point BATMAN notes he is feeling under the weather but relates it to the arduous years of crime fighting which have taken their toll on his **aging frame.**

Meanwhile there's more news from the **China**. The **North American Union Military (RUN BY THE U.N.)** which had been defending **Taiwan** with a blockade was routed after the first warning shot from **China** was fired. The **NAU** doesn't dare go to war with **China**. But now the retreating soldiers are not being allowed to leave the area due to the **VIRUS.**

**Shanghai** and **Beijing** have been added to the list of **quarantined cities infected with the Virus,** a horrifying **contagion of unknown origin** that's **killing countless thousands** in the region. The **United States** follow the **Soviet** example and **close its borders** to anyone traveling from the **Orient**, U.S. Military included. **Violators are being shot on sight. China** is bitching the **U.S.** hasn't fully retreated.

Back in the grim dank **BATCAVE**, BATMAN is on the phone with BARBARA GORDON as ALFRED **serves a meal.** BATMAN sits with his cowl off, holding a **SALT SHAKER.**

From BARBARA, he learns there were **18 eighteen-year- old girls and 19 nineteen-year-old boys** at the warehouse. They know that means **something** because with the RIDDLER, **everything** does.

ALFRED interjects sarcastically, "Perhaps it means your **blood pressure** will soon exceed your **bank account.** Must you persist in adding gargantuan portions of **SALT** to your soup? I prepared that in hopes of **improving** your health."

But BATMAN ignores him and sets out onto the **SECOND TRIAL,** neglecting to mention an **odd acuity in hearing** he's been experiencing lately.

In the news, in front of GOTHAM's branch of the **Central Bank,** The **IMF** rolls out the **IMP, International Monetary Police,** a global police force that will **absorb** all private banking police.

The 'normal' **police will no longer receive municipal funding,** as there's **'no need'** for them.

BATMAN has developed he **harsh keenness in all his senses.**

WOZNIAK 1990

4

**TRIAL 2:** in the news: **Banks refuse to pay out money,**

At the press conference in front of two enormous **sound cannons: Banks** are accused of **repossessing homes and letting Top Cops move into them.**

"Well, to be fair they are the **property of the banks** now, and the cops are doing such a good job. It's for your own safety."

There is no way for BATMAN to get the BATMOBILE close undetected. He's up in the rooftops. Suddenly, **guerrilla fighters** attack from behind and disable the **sound cannons.**

A **flash mob of nearly a thousand people** appears and they storm the CENTRAL BANK/IMP which has a statue of ANGELS over its doorway. BATMAN is totally overwhelmed and can't stop the crazed **frenzy**. BATMAN drops a ray-gun smart-bomb which causes excruciating pain from an **invisible beam** (research). There are **dozens dead in the streets** and the **Bank Cops** are over run.

The **spokesman** is hung from the statue of ANGELS. In graffiti at the base of the statue is the riddle:

**RIDDLE:** BAD NEWS FROM GOD I DO AGREE, DON'T KILL THE MESSENGER, IT'S ONLY ME.

**ANSWER: ANGEL**

In this version the **RIDDLER** doesn't smile anymore. He broods in a gloomy hideaway, submerged in perpetual black moods and plots. He mulls over the dark events only he knows are set in motion.

But his **blackest** thoughts come when he remembers how he used to be. Oh, how he hates himself when he recalls what an utter fool he'd been...before he got the **Calling.**

In China the **PLAGUE** seems to have peaked, but it's anticipated that almost a third of the total population there will expire before it passes. All the Asian nations band together to create the **Asian Union** and redirect their armed forces to defend against possible hostile invasions.

Also in the news: **WAYNE TECHNOLOGIES** acquires an entire island in the West Indies to be used for "Research and Development".

**WOZNIAK 1990** — 5

BATMAN'S **THIRD TRIAL** takes place here. These mini adventures are becoming increasingly difficult. BATMAN is exhausted.

**TRIAL 3:** In the news. Hyper-Inflation & economic collapse in GOTHAM. But an **Angel** (Edward) in GOTHAM has opened several Soup kitchens. **Bread lines are blocks deep**. The **Private Police** bust up the soup kitchens, under the pretense that the food is **not FDA approved** and cannot be distributed for the **public's safety.**

BATMAN comes crashing through window: You will let these people **eat**.

POLICE: We're **ready** for you.

The police light flares and engage a mini **EMP device** that deactivates all of BATMAN's gizmos. It becomes a savage hand to hand & short range gun battle in the dark. Outside, the people who were denied food begin **mass lootings, home invasions, robberies...**

**BARBARA GORDON sends in the "real" Cops and saves BATMAN,** who just manages to survive the encounter. Written in fluorescent paint on the kitchen wall:

**RIDDLE:** A THREATENED SPECIES IS OUR A TEA, LOOK NO FURTHER THAN BEHIND ME.

**ANSWER: OURATEA**

Still, they are no closer to capturing the RIDDLER or uncovering his **GREATEST RIDDLE.**

BATMAN however, has fostered a **harsh keenness in all his senses** and is getting **damn sick**. Picking up the inner debate again, he's beginning to wonder **how prudent it is to mislead the people that BATMAN is going to be there forever.**

BATMAN and BRUCE WAYNE debate the merits of keeping BATMAN around, and they argue heatedly as **two separate entities** indicating BATMAN isn't the most stable guy around.

Exhausted, he decides he'd just better get a good night's sleep.

**ALFRED**, seeing that BATMAN sleeps the sleep of the dead, returns the dinner tray to the pantry...and notices something peculiar about that **SALT SHAKER**. He puts a smidgen of the **SALT** on his tongue and has just enough time to mutter, **"BITTER"** before a SHADOWY FIGURE (EDWARD) from behind strikes him unconscious.

**6**

**WOZNIAK 1990**

**THEN STRIKES HIM AGAIN...AND AGAIN...AND AGAIN...**

Back in **China**, Asian fighters fire warning shots at Russian Migs skirting their airspace, and the **U.N. wants to know what the hell it is the Soviets think they're doing.**

And bitterly, the RIDDLER remembers how after all those years of contesting BATMAN and failing miserably he'd finally **given up.** All the petty ambitions and **continuous failures left him despondent and suicidal.**

And that's when **HE came (a MYSTERY MAN the readers will never see, remember that).** In retrospect, the RIDDLER is sure this MYSTERY MAN was a messenger of fate. HE brought him direction in the midst of his despair and for it the RIDDLER devoted his life to HIS quest unquestionably.

He was so, so **tired** of questions. He just wanted to be **told** what to do. **With the MYSTERY MAN there were no more riddles and everything had become so clear.** For a while, the RIDDLER knew contentment. But that was before the **Calling.**

**The next day the RIDDLER big as life walks through the front doors of GOTHAM POLICE PLAZA and turns himself in.**

"Don't want to miss the **dance**," he says.

And BATMAN and the COMMISSIONER GORDON don't know what to make of him. He's become so...MORBID.

BATMAN: I don't suppose you'll **clue** us in.

RIDDLER: **What's the secret password?**

BATMAN isn't amused. There was a **respectable body count** in this caper already, but he has no choice.

BATMAN: **Please**.

Now it's the RIDDLER's turn to be pissed. How could this costumed simpleton have once been his greatest antagonist? He was blind as a bat!

RIDDLER: You **nut!** I've clued you both in!

The RIDDLER regains his composure. **It's unnerving for the COMMISSIONER to see him so deadly serious.**

WZ000020

**7**

WOZNIAK 1990

RIDDLER: This time **GORDON'S** life is at **stake**.

BATMAN looks to COMMISSIONER GORDON as if to say Shit Jim, look at me, I'm not feeling too hot these days. "Maybe you should **go**," he tells GORDON.

**But GORDON has unfaltering faith in BATMAN's abilities. "You and the rest of GOTHAM,"** thinks BATMAN/BRUCE WAYNE, arguing internally again.

The RIDDLER, sizing up BATMAN concurs that he looks like shit and throws him a bone. It doesn't matter at **this** point.

RIDDLER: If you can solve this one and **Cha-Cha**, you'll know **where we are**.

That's twice now the RIDDLER has mentioned **dancing**, thinks BATMAN, and he **never says anything twice without a reason.** He's **hinting**. The Cha-Cha is a dance famous for its rhythmic pattern, "**1,2 - 1, 2, 3**"

BATMAN looks at the **three clues so far** and applies that **rhythmic formula** to its letters.

**IMP ANGELS OURATEA**
**1        2        1 2 3**

The letters are **I N O U R**. "In our?" asks BATMAN. "In our **what**?"

Finally, the RIDDLER manages a small smile. The **NEXT TRIAL** will have a **deadline**.

And in the news, a Chinese fighter downs a Soviet Mig. The Chinese insist the pilot was infected with the **virus** and fired on them first. The **U.S.S.R. threaten retaliation**, "We cannot let this blatant act of intimidation go without response." The United Nations call an emergency assembly in hopes of averting a **multinational global conflict.**

**TRIAL 4: Martial Law in GOTHAM, city limits are blockaded, daylight only curfew implemented.. Trucks are not bringing in food. Citizens resist violently. People are eating pets.** In the news, the **botanical reserve** was raided, among those irreplaceable plants eaten were blah, blah, blah, blah and **OURATEA AMPLECTENS**.

BATMAN arrives at the ransacked **botanical reserve.**

BATMAN is now **convulsing and vomiting chronically,** and so completes the **FOURTH TRIAL** slightly after the deadline. Each **TRIAL** is **progressively destroying GOTHAM** more and more.

WZ000021

WOZNIAK 1990  8

But he returns to find COMMISSIONER GORDON **uninjured.**

The RIDDLER presents the **FOURTH RIDDLE**, to which BATMAN correctly responds:

**DEMISE**

The RIDDLER had said, **"You'll know where we are."**

BATMAN: In our **demise.**

RIDDLER: Very good BATMAN. But this time we play for **your** life. Survive long enough to **catch me.**

**The COMMISSIONER and BATMAN are baffled. The RIDDLER is in a holding cell. A damn secure one.**

RIDDLER: Solve the **FIFTH RIDDLE** and find out **what's going on.** Then you can go **forth** in **other words,** to the **greatest riddle.** Find out **'What's it all about?'**

GORDON orders a twenty-four hour watch put on the RIDDLER and BATMAN, haggard, turns away to start the **FIFTH TRIAL,** but the RIDDLER calls out.

RIDDLER: BATMAN, you were a bit **late** on that last one. And you know me as a **man of my WORD.** I did say GORDON's life was at **STAKE.**

A look of dread comes over the COMMISSIONER, half expecting the RIDDLER to call lightning from the heavens to **strike him down.** And he **does.** In four words. The RIDDLER lowers his gaze and says,

**"Has anyone seen BARBARA?"**

DISTRICT ATTORNEY BARBARA GORDON is at home working the case when a **Chat Box** appears on her screen. Ominously it says, **I'M GIVING YOU YOUR WALKING PAPERS.**

She stares at her **screen** for a second before pulling her **gun** out of its holster. There's **noise** coming from the next room. She tries to back away from her desk, but her **wheel chair isn't functioning.**

All of a sudden a **huge ball of flame erupts** from the other room. She's **trapped.** She knocks her own wheel chair over dumping herself on the floor. Like a **trapped animal** she tries to **crawl away** from the flames as they **lick at her heels.**

WZ000022

WOZNIAK 1990   9

Frantic, she makes it to the only **window** in the room and **rips the drapes down** as the **flames fill out the entire room** behind her.

But the window is **boarded shut**. There's a **NOTE** taped to it she can barely make out through the **heavy smoke**;

**YOU'RE FIRED.**

Back at **POLICE PLAZA**, the **PHONE** rings but BATMAN prevents the COMMISSIONER from taking it. **BATMAN is on the phone and he looks crushed.** "Some kind of **fire**," (GORDON's life is at **stake**) "She's **dead**."

The death of BARBARA leaves COMMISSIONER GORDON **devastated**. He understands that BATMAN has done his best, but the bond between them is severely damaged nonetheless.

And BATMAN...finally wants out. He simply can't cope anymore and **he's costing GOTHAM the irreplaceable lives that are making a difference to the city he's sworn to protect.** BRUCE WAYNE finally wins their internal argument.

**BATMAN will quit** after this is over. After the RIDDLER gets what's **coming to him.**

In the news, BRUCE WAYNE announces that **WAYNE MANOR will go on the auction block and that he will be RETIRING TO PARTS UNKNOWN.**

The **VIRUS** meanwhile, has broken out in **14 other countries** and is causing **worldwide panic.** Border skirmishes are breaking out all over the **world**.

**TRIAL 5:** The internet is **shut off** to the public, which means **no communication.** Government uses Army against civilians. **Class war erupts.**

**RIDDLE:** THE AUTHORITATIVE GERMAN REFUSES TO PLAY THE BACK, IS NOT SO WELL AND TURNS TO BLACK.

**ANSWER: STRYCHNINE**

**STRICT** (authoritarian) **NINE** (no in German, also back nine in golf).

BATMAN doesn't like this answer. The acuity in his hearing, the harsh keenness in all his senses, convulsing and vomiting chronically...he knows he's been **POISONED**.

Immediately he draws blood to **analyze**. With ALFRED incapacitated he calls COMMISSIONER GORDON to look after him.

WZ000023

10

WOZNIAK 1990

**TRIAL 6: China** Bombs **GOTHAM** for creating **VIRUS** at **AXIS CHEMICALS.**

**RIDDLE:** A HORSE IS A HORSE, OF COURSE, OF COURSE. UNLESS OF COURSE, THE **SOURCE IS THE COURSE.**

**ANSWER:** BATMAN, using a sat link, gets online and goes back to the source and figures everything out.

BATMAN learns the **source** of Strychnine is **STRYCHNOS NUX VOMICA,** a tree that also produces...

**BRUCINE, A POISON.**

That's what the **blood analysis** says. BATMAN looks **deeper.**

Go back to the source.

**Brucine** is a bitter poisonous alkaloid resembling **SALT** (remember ALFRED's SALT SHAKER).

Go back to the source.

**Brucine** is derived from the **nut** of the tree. (You **nut!**)

Go back to the source.

Brucine was discovered in **1819.** The **source of this caper was the warehouse,** where **18 girls and 19 boys** were found.

Go back to the source.

And **Brucine** is named after Scottish explorer, **JAMES BRUCE.** Oh no, thinks BATMAN (I've clued you **both** in.) JAMES GORDON **and** BRUCE WAYNE?

COMMISSIONER GORDON arrives but BATMAN can't stop now. The **exact words**, thinks BATMAN. I have to remember his **exact words.**

"Then you may go **forth**," He moves the mouse over 'IN OUR DEMISE' and highlights 'demise', the **fourth** answer.

"In other words," And clicks on the **thesaurus** function.

WZ000024

**11**

**WOZNIAK 1990**

In place of **'demise'** BATMAN scrolls down through all the **synonyms**; decline, decrease, diminish...alphabetically all the way down to the **W's**...to **WANE**.

His heart skips a beat. BATMAN arranges the spaces a bit and **stares at the answer, not believing the revelation before them:**

**I NO U R WANE**

GORDON is off like a rocket.

The weakened BATMAN tries to stop him but GORDON doesn't hesitate. **The enigma of BATMAN is all that's keeping GOTHAM from swaying into absolute chaos. Without BATMAN the GOTHAM is done for.**

Arriving at the RIDDLER's **holding cell**, GORDON pulls his service pistol and points it at the RIDDLER's head...but he can't do it. He can't murder in cold blood.

Defeated, he lowers his gun.

GORDON: What do you want?

RIDDLER: **Out**.

And GORDON has to comply. **If the RIDDLER spills BATMAN's identity, even just in front of the guards, GOTHAM is lost.** You'd sooner find the Holy Grail than an **Honest Cop** in this town.

BATMAN arrives **too late** to stop GORDON.

The RIDDLER is **gone**.

GORDON: I had to release him. **I couldn't let the city go unchecked.** I had to let him go and hope that **you** can do what **I just couldn't.**

BATMAN: Jim, I **can't** go after the RIDDLER. The **ANTIDOTE** the BATCOMPUTER is developing won't be ready for **hours**. Without it I'll **die**.

GORDON: At the very least we've uncovered his greatest riddle, **your identity.**

BATMAN: Jim, you're **wrong**. Look at the **clues**.

WZ000025

**12**

WOZNIAK 1990

**IMP** is the offspring of a devil, an **Antichrist**.

Next was **ANGELS**.

Then **OURATEA**, a tree, which is the **symbol of life.**

**DEMISE** is **death**.

**STRYCHNOS** also means nightshade, the **coming darkness.**

Then he said, find out **what's going on.**

What's **'going on'** right now? **PLAGUES, WAR**...Jim, these are all elements of **ARMAGEDDON.**

GORDON is dumbstruck.

GORDON: You think the RIDDLER is responsible for the **PLAGUE?**

BATMAN: From the most archaic phrasings to the hippest street slang, the RIDDLER commands the **greatest vocabulary** of any man I have ever known, but **'coincidence'** is unknown to him.

BATMAN ponders a moment, then continues.

BATMAN: He's after the **FINAL ANSWER.** Is there a God, an afterlife? Why are we here? **WHAT'S IT ALL ABOUT?** is the **GREATEST RIDDLE.** And I had the **answer in my hand** from the **beginning,** just like the **NOTE** said.

There's no choice. BATMAN has to go after the RIDDLER and hope he can stop him and to return to the **BATCAVE** in time for the **ANTIDOTE.**

Meanwhile, ALFRED is **released from the hospital** and returns home to find **no one there.** Strangely, he notes, the **BATCOMPUTER IS RUNNING** on its own.

**The RIDDLER is fiddling with his DETONATOR.** It won't be long now, an hour, maybe less he thinks. Then he can blow the **U.N. Assembly** to the moon. That ought to put them over the brink into total war.

He reflects on how **FANATICALLY HE AND THE OTHERS AT THE COMMUNE** all followed the **MYSTERY MAN.** How all of them **pledged their lives to fulfilling HIS vision.**

**13**

WOZNIAK 1990

**Admittedly, the RIDDLER thinks, DESTROYING THE REST OF THE HUMAN RACE to start a utopian society is a bit extreme, but everyone went along with it, and so did he.** Living for a mad cause was better than not living at all.

**And so what if the rest of mankind was wiped out?** No more **humiliations** at least. And he was happy with the MYSTERY MAN's people. **They were family to him then.** The RIDDLER was content.

But one day he returned and found the MYSTERY MAN gone **and all his new family slaughtered, and that was when he heard the Calling.**

He hates to recall how he cried for those people. How he actually felt **pity for them, and for himself.** Strangers really when you think about it. And balling like a third grader who's puppy was crushed under a truck, he was crushed by **how unfair it all was** and was left wondering...wondering **WHAT'S IT ALL ABOUT?**

**And like a tidal wave it hits him. His despair, his abandoning of the riddles, his crossing paths with the MYSTERIOUS MAN...it had all been fate.** It was necessary for him to forget his small plans to find his **true Calling,** the very **reason he always existed** for and just never knew about; to answer **THE GREATEST RIDDLE.**

And he'll **solve** it, thinks the RIDDLER, for the **WHOLE WORLD.**

BATMAN checks the time on the **dual clocks** running in the BATMOBILE. One is counting down the time till the ANTIDOTE is **ready** and the other how much time it was left before the ANTIDOTE was useless, the point of **no return.**

The difference between the two was less than **fifty minutes,** but BATMAN had an idea where the RIDDLER was. And fifty minutes is enough time to kill **anybody.**

**In an epic battle** that culminates at the bombed out AXIS CHEMICAL, **BATMAN is losing badly** and the BATMOBILE is **severely damaged. He's been having respiratory paralysis** and **coughing up blood** by the pint.

**The countdown for the ANTIDOTE has come and gone** and there's less twenty minutes left before the ANTIDOTE **isn't any use to him** anyway. He'll never get back to the BATCAVE in time and he **knows** it.

He's going to **die** here.

As they grapple, BATMAN 'orders' the mammoth BATMOBILE (which has the driver's door ajar) to **run them both down.** He tries to hold them in its path but the RIDDLER jostles them over just as the BATMOBILE slams into the **CHEMICAL TANK** behind them, spewing **'Chemical A'** everywhere under the sun.

WZ000027

**14**

**WOZNIAK 1990**

In the fall the RIDDLER's **detonator** is knocked from his hand and into the BATMOBILE via the open door. The RIDDLER lunges for it but BATMAN kicks the door shut, saying forget it, **this is where we both buy it.**

BATMAN fires an **acid pellet** at an overhead pipe **connected to a tank filled with 'Chemical B'**.

The RIDDLER **knows** what happens when those two chemicals **mix...**

But **Chemical B** lands on an intervening **conveyer belt,** not mixing with **Chemical A** on the ground.

The RIDDLER **cackles in victory** and beats the shit out of BATMAN.

He has to stop though because **Chemical B** is about to reach the end of the **conveyer belt** and will mix with **Chemical A** which would **kill them both.**

The RIDDLER is fine with that but he has to **bomb** the U.N. peace talks first.

He goes for the **detonator**, but the door to the BATMOBILE has no lock and no handle. **He can't figure out how to get in.** A dying BATMAN appears on the passenger side and **grinning blood** says,

"What's the secret password?"

The RIDDLER is **shocked into silence** as BATMAN **whispers into the door** and gets in. The clock is counting down the last **ten minutes.** No matter, he's in no shape to drive and neither is the BATMOBILE.

**The RIDDLER pounces onto the hood screaming frantically for his detonator. He can't be denied 'THE GREATEST ANSWER'.**

BATMAN, seeing that **Chemical B** is reaching the end of the conveyer belt starts **laughing hysterically,** speckling the inner windshield with **blood**.

**Chemical B** begins to spill over and as it hits **Chemical A** there's **the most brilliant conflagration.** Flames everywhere, how pretty BATMAN thinks as he **loses consciousness.**

Outside, ALFRED carrying the **ANTIDOTE** makes his way **through the flames.**

WZ000028

**15**

**WOZNIAK 1990**

**EPILOGUE:** In the painless black void, the RIDDLER knows he's **failed** again but is consoled that at least he will **find out all the answers** for himself. BATMAN can't take that away, now that he's **dead**.

But the RIDDLER hears that **voice**. No, he thinks. Not **here**.

But sure enough the RIDDLER is **not** dead. He opens his eyes to see BATMAN there with his cowl down, addressing him as **BRUCE WAYNE.**

He tells the RIDDLER who's **horrifically burned** of how he **wanted to be free of all this madness.** Of how finally, he'd been strong enough to **make the break** from BATMAN.

It was BRUCE WAYNE's one chance for a life, but couldn't and never will now, because of maniacs like the RIDDLER. He could never leave GORDON alone against that kind. BATMAN pulls on his **cowl**.

BATMAN: If you've got such a **hard-on for the afterlife,** I'll be glad to keep you here in the BATCAVE's **dungeon** and play Satan for you. **This way we can both stay in our individual Hells...FOREVER.**

And it's only later as BATMAN is healing that he reflects on the shear **scope** of this caper, **amazed at the RIDDLER's ability to pull off a stunt of such magnitude.** Where would he even have gotten the **resources**, he thinks, and **how**–

Holding up his **cowl**, BATMAN is suddenly reminded of the story of the **OLD BLIND MAN** who just before he dies realizes he **wasn't** blind after all. **His hat was too big**.

And we are shown the clue, "**the source is the course**" over an image of **AXIS CHEMICAL.**

And outside, the **unmistakable silhouette** of the RIDDLER's **"MYSTERIOUS MAN"** is watching **WAYNE MANOR** from a safe distance. Finally, there will be just enough of him exposed for us to realize it's the **JOKER**.

He chuckles and walks back towards the ruins of GOTHAM CITY. "Good one." he says.

**END**

WZ000029