# EXHIBIT F



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = wozniak, chris
Search Results: Displaying 5 of 14 entries



*Wozniak Batman Riddler Plot.*

| | |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu002332107 / 2022-08-09 |
| **Application Title:** | Wozniak Batman Riddler Plot. |
| **Title:** | Wozniak Batman Riddler Plot. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Chris Wozniak, 1964- . Address: 6 Winter St., Lancaster, NH, 03854, United States. |
| **Date of Creation:** | 1990 |
| **Authorship on Application:** | Chris Wozniak, 1964- ; Citizenship: United States. Authorship: text. |
| **Rights and Permissions:** | Chris Wozniak, 6 Winter St., Lancaster, NH, 03854, United States, (646) 637-8254, woz@chriswozniak.com |
| **Names:** | Wozniak, Chris, 1964- |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:                          Email |



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page