# EXHIBIT G

*[handwritten margin notes: "ADD TITLE PAGE"; "DAY CONCEPT / WEDNESDAY / PRESENTATIONS"; "WHAT IS WHEN / being perfect?"]*

SHADOWHAWK uncovers an accumulation of young cadavers in an old chemical warehouse. The cause of death: bloodletting via inumerous incisions in the shapes of small question marks. Affixed to the corpse of a sole elderly woman is a note:

> WHAT'S IT ALL ABOUT? THE ULTIMATE RIDDLE OF COURSE. AND THE ANSWER IS IN YOUR HANDS. SIX TRIALS TO PROCURE SIX RIDDLES. THE STAKES HEIGHTEN AS YOU ELUCIDATE EACH CLUE-- BEGIN! (With instructions for the first task. And it is signed--)

> THE SPHINX.

SHADOWHAWK convenes with CAPTAIN FRAKES to hash over this untimely development. The recent gargantuan crime wave has taken it's toll on both of them, and they've called a temporary truce. Capt. Frakes doesn't like it, but SHADOWHAWK's been feeding him alot of cases lately, and he'd be a fool not to accept the help. Capt. Frakes calls in his wheelchair bound son (or nephew, whatever), PETER FRAKES, to jump on the paperwork, and SHADOWHAWK embarks on the first trial...

Meanwhile, in the Middle East, Ghawar and Burgan are added to the list of quarentined cities infected with what's been dubbed "Afreet's Virus", the mysterious plague that originated in Egypt. The United States has followed the Soviets example and closed it's borders to anyone traveling from the Gulf region, U.S. citizens included. Violaters of the order are being shot...

SHADOWHAWK completes the first trial (a puzzle in itself) and recieves the first riddle, which is answered: "IMP"

SHADOWHAWK notes that he's feeling under the weather. The endless crimefighting of late is wearing him down, although you'd never hear him say it...

News update: Thousands are dead in the Middle East and the infection rate is climbing rapidly. In a public address, The President formally uses the term "plague" for the first time...

In Shadowhawk's lair, our heroe (out of costume) is on the phone with Capt. Frakes. The latest is that all of the bodies from the warehouse turned out to be age 17, except for the old woman, who was 67. They know it means something. A man (who's sillouhette may or may not resemble CARLTON SUM) enters the room with a serving tray, and leaves a bowl of soup (which Shadowhawk douses with salt) to help him get over his flu. SHADOWHAWK sets out on his second trial, trying to ignore the odd increased acuity in hearing he's been experiencing lately...

In the Gulf, the plague seems to have peaked, but it's anticipated that almost a third of the total


EXHIBIT
WBJC 12
7/12/23

WOZ (718) 767-1070  
1/13/93

IMAGES OF SHADOWHAWK  
THE ULTIMATE RIDDLE

population there will expire before it's over. All Arabic nations have redirected their armed forces to the defense against possible hostile invasions...

Two more exhausting riddles which answer:

"ANGELS" and "OURATEA"

and they are no closer to capturing THE SPHINX or uncovering his "ultimate riddle". SHADOWHAWK has fostered a harsh keenness in all his senses, and to put it simply, is getting damn sick. He decides he must get some sleep, he's just burnt out. His servant (who may or may not be Carlton Sum) sees that SHADOWHAWK is sleeping the sleep of the dead, returns his dinner to the kitchen-- and notices something vaguely peculiar about the salt shaker. He tastes a bit of it and has just enough time to mutter "Bitter" before a MASSIVE NINE FOOT HALF MAN HALF LION strikes him unconscious with one blow. Then strikes him again... and again... and again...

Back in the Gulf, Arab fighters fire warning shots at Soviet Migs that are skirting their airspace. N.A.T.O. wants to know what the Hell do the Soviets think they're doing...

The next day, big as life, THE SPHINX walks through the doors of Capt. Frakes' police station and turns himself in. SHADOWHAWK and Capt. Frakes don't know what to make of this unnatural creature. He just-- sits there.

SHADOWHAWK: I don't suppose you'll clue us in.

SPHINX: What's the secret password?

Shadowhawk isn't amused. There's a respectable body count in this caper already.

SHADOWHAWK: Please.

Now it's the Sphinx's turn to be pissed.

SPHINX: You nut! I've clued you both in!

The Sphinx regains his composure.

SPHINX: This time Frake's life is at stake.

Shadowhawk doesn't want this. He's been steadily deteriorating for days now. And although he doesn't like the Captain, he's gotten to know him more as the crime wave grew. He doesn't want to see him dead. The Sphinx sizes up Shadowhawk and sees that he looks like shit. He throws him a bone.

SPHINX: If you can solve this one and still Cha-Cha, you'll know where we are.

2

WOZ (718) 787-1070  
1/13/93

IMAGES OF SHADOWHAWK  
THE ULTIMATE RIDDLE

Shadowhawk and Capt. Frakes decipher the clue. The "Cha-cha", a dance which is famous for it's rythmic pattern; 1,2- 1,2,3. They re-look at the answers thus far:

```
   IMP ANGELS OURATEA
1    2      123
```

SHADOWHAWK: I,N,O,U,R. "In our?" The Sphinx said we'd know where we are. But in our what?

An Arabic fighter downs a Soviet Mig. The Arabs insist that the pilot was infected with the virus and acted of his own volition. But the Soviets threaten retalliation. It is generally speculated that the Soviets are going to use this as an excuse to invade the weakened Gulf nations and use their natural resources as a power base to become a serious world power again, unifying the people with the call to war. The United Nations call an emergency assembly in hopes of averting a multi-national global conflict...

Shadowhawk is now convulsing and vomiting chronically, and completes the fourth trial slightly after the deadline. But he returns to find Capt. Frakes uninjured. The Sphinx presents his next riddle, to which Shadowhawk responds:

"DEMISE"

You'll know where we are:

"IN OUR DEMISE"

SPHINX: Very good, Shadowhawk. This time we play for you're life. Survive long enough to catch me.

The Captain and Shadowhawk are baffled. The Sphinx is in a holding cell. And a damn secure one at that.

SPHINX: Solve the fifth riddle and find out what's going on. Only then may you go forth, in other words, to "the ultimate riddle". Find out "what's it all about?"

Capt. Frakes orders a 24 hour watch put on the Sphinx and Shadowhawk turns to start out on the fifth trial. But the Sphinx calls out to him.

SPHINX: Shadowhawk, you were late on that last one. You know I'm a beast of my word, and I did Frakes' life was at stake.

A look of dread comes over Capt. Frakes. As is expecting this monster to call down lightning from the heavens to strike him down. And he does. In four words:

"Has anyone seen Peter?"

A cop walks in. There was some kind of fire (life at stake). The news that Frakes' son is dead leaves him

3

devastated. And Shadowhawk... wants out. He simply can't cope anymore and he costing the city irreplacable lives that are making a difference. He's going to quit. After this is over. After the Sphinx gets what's coming to it...

　　NOTE: Jim, it would be cool if you have'nt established Frakes' first name or Christina's last name yet because all of the clues so far (the symptoms, names, dates, etc.) are absolute fact, and this next clever bit would keep with that. I'd like to name Frakes "Jim" and use "Bruce" for Christina's last name, but if this is not possible I can change it later to fit with continuity.

　　After the fifth trial Shadowhawk is absolutely haggard, and he's faced with a riddle he cannot solve. Since his servant (who may or may not be Carlton Sum) is hospitalized, he must ask Capt. Frakes to help him to his lair so he can use his computer. He's too ill to manage it alone. They decipher the fifth answer:

　　　　　　　　　　"STRYCHNOS"

　　Shadowhawk tells Capt. Frakes that the literal translation is 'nightshade'. More commonly known as 'strychnos nux-vomica'. It's a strain of...

　　　　　　　　　a poisoned nut.
　　　　　　　　　　(You nut!)

　　Shadowhawk realizes now that he's been poisoned but cannot fathom how the Sphinx did it. It never touched him. They test his blood and find that it's infected with 'Brucine', a bitter, oderless white crystaline powder. Not unlike salt. (remember why 'Carlton' was beaten) discovered in 1767 (bodies in warehouse) by...

　　　　　　　　　James Bruce.
　　　　　　　　(I've clued you both in)

　　James Bruce? Remembering the Sphinx's words, Capt. Frakes selects the fourth (You may go forth) answer: "DEMISE" and clicks on the thesaurus (in other words) function. In the place of "DEMISE" the synonyms scroll down to the word-- Frakes heart skips a beat. He rearranges the blank spaces and stares at the updated answer, not believing the revelation before him. It reads:

　　　　　　　　"I NO U R CHRISTINA"

　　Christina Bruce is Shadowhawk? Capt. Frakes is off like a rocket. The enigma of Shadowhawk was the key factor from keeping the city from swaying over into chaos. He's not going to let it end like this. Not after she put it all on the line for him. Arriving at the Sphinx's holding cell, Capt. Frakes draws his revolver and points it at the Sphinx's head. But... he can't do it. He can't murder in cold blood. Defeated, he lowers his gun.

```
WOZ (718) 767-1070                           IMAGES OF SHADOWHAWK
1/13/93                                       THE ULTIMATE RIDDLE
```

    CAPT. FRAKES: What do you want?

    SPHINX: Out.

Capt. Frakes has to comply. He has to let the Sphinx go and let Shadowhawk do what he couldn't. Shadowhawk arrives too late to stop Capt. Frakes. The Sphinx is gone. Shadowhawk explains that he can't go after the Sphinx. The antidote that's being prepared won't be ready for hours. Without it, she'll die. Frakes consoles her saying that at least they figured out what the ultimate riddle was: her identity. But Shadowhawk tells him that he's wrong, and to look at the clues: "IMP" is the offspring of a devil, an Antichrist. "ANGELS". "OURATEA" is a tree, the symbol of life. "DEMISE" means death. "STRYCHNOS" translates as 'nightshade', the coming darkness if you will. Then it said we'll find out "what's going on". Capt. Frakes, whats 'going on' in the world? Plagues. War...

    These are all elements of Armageddon.

    CAPT. FRAKES: You think the Sphinx is responsible for the plague?

    SHADOWHAWK: You think it's coincidence? It's after the final answer. Is there a God? An Afterlife? Ancient Egyptians were obsessed with this. "WHAT'S IT ALL ABOUT?" is the ultimate riddle. And I had the answer in my hand from the beginning. Just like the note said.

Meanwhile, Shadowhawk's servant is released from the hospital and returns to the lair to find no one home. Strangely, the computer was running on it's own...

The Sphinx is fiddling with the detonator. It won't be long now. An hour, maybe less. Then he'll blow that U.N. Assembly to the moon. The Russian's will take the blame and this will escalate beyond all hope. Finally, there will be no more riddles-- for the whole world...

Shadowhawk checks the time on the dual clock in his lair. One is counting down the time to the antidote solution and the other how much time he had left before the antidote was useless to him. The difference between the two was only fifty minutes. But he knew the Sphinx was here with him. And fifty minutes is enough time to kill anything...

The battle that ensues is epic, but Shadowhawk loses badly. He's having respiratory paralysis and coughing up blood by the pint. The countdown for the antidote has already come and gone and there's only twenty minutes left before it won't be of any use to him anyway. He'll never get to the hospital in time and he knows it. There's a half constructed SHADOWHAWK-MOBILE with the

5

driver side door ajar in the corner and he voice commands it to run them both down. He tries to hold them in it's path but the Sphinx jostles them clear as the Shadowcar slams into the chemical tank behind them, spewing 'Chemical A' everywhere. The detonator is knocked from the Sphinx's paw into the Shadowcar. The Sphinx lunges for it but Shadowhawk kicks the door closed just in time, telling the beast to forget it, this is where they both buy it.

　　　　Shadowhawk throws his shiruken, puncturing an overhead pipe connected to 'Chemical B', and we all know what's going to happen when those two chemicals mix...

　　　　But 'Chemical B' lands on a conveyer belt, not yet mixing with 'Chemical A'. The Sphinx lets out a wild laugh and beats the living shit out of the defenseless Shadowhawk, but it has to stop because 'Chemical B' is reaching the end of the conveyer belt and will kill them both which is fine, but it must bomb the peace talks first. The Sphinx tries to retrieve the detonator, but the Shadowcar has no lock and no handle. It can't figure out how to get in. Shadowhawk appears on the passenger side and, grinning a bloody grin, says:

　　　　　　　　　　"What's the secret password?"

Shadowhawk wispers into the door and gets in. The clock is counting down the last ten minutes. No matter, he's in no shape to lift his arms, much less make it to the hospital. The Sphinx pounces onto the hood of the Shadowcar screaming frantically for his detonator. He won't be denied the final answer. Shadowhawk, seeing that the conveyer belt is reaching it's end, starts laughing hysterically, speckling the inner windsheild with blood. 'Chemical B' spills over (in that real cool multi-panel comic book slow motion) and there's the most brilliant conflagration. How pretty, Shadowhawk thinks...

　　　　Outside, Shadowhawk's servant (with the antidote) makes his way through the flames...

　　　　The police arrive on the scene. With the lair and any evidence destroyed, Capt. Frakes will never really know for sure if Shadowhawk was Christina Bruce...

　　　　In the painless black void, The Sphinx realizes that at least in death it will know the answers for itself..., but it opens it's eyes to that voice. Oh no, it thinks-- but sure enough, there is Shadowhawk, unmasked, addressing the Sphinx as his civilian identity. He tells the Sphinx, who's in horrific shape, a virtual mummy, of how he'd thought of leaving this violent life behind. But couldn't, and never will because of creatures like it. He could never leave men like Capt. Frakes to battle monsters like the Sphinx. Shadowhawk pulls on his mask.

6

```
WOZ (718) 767-1070                        IMAGES OF SHADOWHAWK
1/13/93                                    THE ULTIMATE RIDDLE

     SHADOWHAWK: If you've got such a hard-on for the
afterlife, I'll be glad to keep you here in this sub
basement dungeon and play Satan for you. This way we can
both stay in are individual Hells--

                              forever.

                              END?


                              Wudda ya think, Jim?
```