# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

CHRISTOPHER WOZNIAK,

                 Plaintiff,

v.

WARNER BROS. ENTERTAINMENT, INC.,

               DC Comics,

                           **Case No. 22-cv-08969 (PAE)**

DC COMICS,

               Third-Party Plaintiff,

v.

CHRISTOPHER WOZNIAK,

               Third-Party DC Comics.

**PLAINTIFF AND THIRD-PARTY DEFENDANT CHRISTOPHER WOZNIAK'S
RESPONSES AND OBJECTIONS TO THE SECOND SET OF INTERROGATORIES**

       Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, the plaintiff and

third-party defendant Christopher Wozniak ("Plaintiff") hereby responds to the First Set of

Interrogatories propounded by the defendant Warner Bros. Entertainment, Inc. ("WB") and DC

Comics ("DC") as follows.

**GENERAL RESPONSES AND OBJECTIONS**

       1.     The following responses reflect the current state of Plaintiff's knowledge,

understanding and belief respecting matters about which inquiry has been made.  Plaintiff

expressly reserves the right to supplement or modify these responses with such pertinent information as he may hereafter discover or as may be informed by the opinions of experts retained by the parties to testify in the trial of this matter, and will do so to the extent required by the Federal Rules of Civil Procedure.  Plaintiff expressly reserves the right to rely on, at any time, including trial, subsequently discovered documents and/or materials produced upon discovery.

2.      Plaintiff objects to any interrogatory that seeks information constituting or containing information concerning communications between Plaintiff and his counsel, which are protected by the attorney-client privilege.

3.      Plaintiff objects to any interrogatory that seeks information constituting or containing information prepared in anticipation of or as a result of litigation or which is otherwise protected by the work product doctrine or other available privilege or protection. The inadvertent provision of information or the production by Plaintiff of documents pursuant to Fed. R. Civ. P. 33(d) containing information protected from discovery by the attorney-client privilege, work product doctrine or any other applicable privilege, shall not constitute a waiver of such privileges with respect to that information or those or any other documents.  In the event that inadvertent production occurs, WB and DC shall return all inadvertently produced documents to Plaintiff upon request, and/or shall make no use of the contents of such information or documents nor premise any further discovery on information learned therefrom.

4.      Plaintiff objects to any interrogatory to the extent that it purports to impose obligations beyond those imposed by the Federal Rules of Civil Procedure, including, but not limited to, any interrogatory that exceeds the scope of Federal Rules of Civil Procedure 26(b) and 33.

5.    Plaintiff objects to these interrogatories to the extent that they are over-broad, unduly burdensome, vague, ambiguous, confusing, require speculation to determine their meaning or use imprecise specifications of the information sought.

6.    Plaintiff objects to any interrogatory to the extent that it seeks information not relevant to the claims and defenses of this litigation.

7.    Plaintiff objects to any interrogatory to the extent that it is not proportional to the needs of the case considering that the burden and expense of the requested discovery outweighs its likely benefit.

8.    Plaintiff objects to any interrogatory as unduly and unnecessarily burdensome to the extent that it seeks information that is of public record, already in WB and DC's possession, or otherwise readily available to WB and DC, and, therefore, may be accessed and obtained by WB and DC with less burden than Plaintiff can identify and provide requested information.

9.    Plaintiff objects to any interrogatory to the extent it seeks information that is in Defendant's possession, custody, or control or otherwise readily available to WB and DC, and is the subject of unanswered interrogatories propounded on Defendant and document unlawfully withheld from discovery by Defendant.

10.    None of the objections or responses contained herein is an admission concerning the existence of any documents or materials, the relevance or admissibility of any documents, materials or information, or the truth or accuracy of any statement or characterization contained in Defendant's First Set of Interrogatories.  Plaintiff's written responses are made without waiving, but, on the contrary, expressly reserving: (a) the right to object, on the grounds of competency, privilege, relevancy, materiality or any other proper grounds, to the use of the information provided herein, in whole or in part, in any subsequent proceeding in this action or

any other action; (b) the right to object on any and all grounds, at any time, to other discovery

requests involving or relating to the subject matter of these requests; and (c) the right at any time

to revise, correct, add or clarify any of the responses provided herein.

**SPECIFIC RESPONSES AND OBJECTIONS**

**INTERROGATORY NO. 1:**

*Identify each instance of allegedly substantial similar expression in the Wozniak Batman Riddler Plot (by page and line) and Defendant's Movie (by either page or line of the final script or by minute of the film).*

**RESPONSE NO. 1**

Plaintiff objects to this interrogatory to the extent that it seeks information constituting or

containing information concerning communications between Plaintiff and his counsel,

information which is protected by the attorney-client privilege.  Plaintiff further objects to the

extent this interrogatory seeks information constituting or containing information prepared in

anticipation of or as a result of litigation or which is otherwise protected by the work product

doctrine or other available privilege or protection.  In response to this contention interrogatory,

subject to the forgoing general objections, Plaintiff provides the following response

encompassing the current state of his knowledge, belief, and understanding, and reserves the

right to supplement his interrogatory response pursuant to Fed. R. Civ. P. 26 at the conclusion of

discovery.  Instances of substantial similar expressions in the Wozniak Batman Riddler Plot and

Defendant's Movie include but are not limited to, at least, the following:

1.      Plaintiff's creation of a story with a character named the Riddler, the Riddler

character having a surrogate family are original expressions of ideas for a story. These original

expressions are found in the Wozniak Batman Riddler Plot at 13:1-6, among other places.  These

are original expressions that are substantially similar to Defendant's Movie at 1-00, 2-14-15, 2-

4

20-40, 2-21-07. 2-28-00 and Defendant's Screenplay at 48:69, 108:158110:158-114:159, among other places.

2.     Plaintiff's creation of a story with a character named the Riddler, the Riddler Character having a surrogate family that gave him purpose are original expressions of ideas for a story. These original expressions are found in the Wozniak Batman Riddler Plot at 13:1-6, among other places.  These are original expressions that are substantially similar to Defendant's Movie at 1-00; 2-14-15, 2-14-15, 2-21-07, 2-28-00 and Defendant's Screenplay at 110:158-114:159, among other places.

3.     Plaintiff's creation of a story with a character named the Riddler that is motivated by a surrogate family to set in action a grand scheme are original expressions of ideas for a story. These original expressions are found in the Wozniak Batman Riddler Plot at 13:1-6, among other places.  These are original expressions that are substantially similar to Defendant's Movie at 1-00; 2-14-15; 2-21-07 and Defendant's Screenplay at 110:158-114:159, among other places.

4.     Plaintiff's creation of a story with a character named the Riddler that is motivated by the loss of a surrogate family to seek retribution by wiping out society are original expressions of ideas for a story.  These are original expressions that are substantially similar to Defendant's Movie at 1-00; 2-14-15, 2-21-07, 2-28-00 and Defendant's Screenplay at 110:158-114:159, among other places.

5.     Plaintiff's creation of a story with a character named the Riddler that is motivated by the loss of a surrogate family to seek retribution by wiping out society with a Biblically styled Judgement Day/Armageddon are original expressions of ideas for a story.  These are original expressions that are substantially similar to Defendant's Movie at 1-00; 2-14-15, 2-21-07 and Defendant's Screenplay at 110:158-114:159, among other places.

6.      Plaintiff's creation of a story with a character named the Riddler having a surrogate family referred to as his commune or community seeking retribution against society are original expressions of ideas for a story.  These original expressions are found in the Wozniak Batman Riddler Plot at 12:7; 13:1-6; 14:1-7.  These are original expressions that are substantially similar to Defendant's Movie at 2-14-15, 2-21-07 and Defendant's Screenplay at 115:161-119:171, among other places.

7.      Plaintiff's creation of a story with a character named the Riddler seeking retribution against society because of the harms done to his commune or community are original expressions of ideas for a story.  These original expressions are found in the Wozniak Batman Riddler Plot at 12:7; 13:1-6; 14:1-7.  These are original expressions that are substantially similar to Defendant's Movie at 2-21-07 and Defendant's Screenplay at 115:161-119:171, among other places.

8.      Plaintiff's creation of a story with a character named the Riddler seeking to cleanse society via a Biblical styled Judgment Day/Armageddon are original expressions of ideas for a story.  These original expressions are found in the Wozniak Batman Riddler Plot at 12:7; 13:1-6; 14:1-7.  These are original expressions that are substantially similar to Defendant's Movie at 2-21-07 and Defendant's Screenplay at 115:161-119:171, among other places.

9.      Plaintiff's creation of a story with a character named the Riddler seeking the destruction of society via a Biblical styled Judgment Day/Armageddon that is launched the day of an important political event for society are original expressions of ideas for a story.  These original expressions are found in the Wozniak Batman Riddler Plot at 12:7; 13:1-6; 14:1-7.  These are original expressions that are substantially similar to Defendant's Movie at 2-21-07 and Defendant's Screenplay at 115:161-119:171, among other places.

6

10.    Plaintiff's creation of a story with a character named the Riddler seeking to destroy society in order to start a new society are original expressions of ideas for a story.  These original expressions are found in the Wozniak Batman Riddler Plot at 13:1-6, among other places.  These are original expressions that are substantially similar to Defendant's Movie at 2-14-15, 2-21-07 and Defendant's Screenplay at 115:161-119:171, among other places.

11.    Plaintiff's creation of a story with a character named the Riddler who has a surrogate family or community of followers and who is seeking to destroy society in order to start a new society are original expressions of ideas for a story.  These original expressions are found in the Wozniak Batman Riddler Plot at 13:1-6, among other places.  These are original expressions that are substantially similar to Defendant's Movie at 2-14-15, 2-21-07 and Defendant's Screenplay at 115:161-119:171, among other places.

12.    Plaintiff's creation of a story with a character named the Riddler whose lack of physical stature and power compared to a character named Batman is remedied to present a physical threat of the Riddler character to the Batman character are original expressions of ideas for a story.  These original expressions are found in the Wozniak Batman Riddler Plot at 5:13; 7:14; 11:5; 11:13; 13:7-11; 14:14. These are original expressions that are substantially similar to Defendant's Movie at 2-25-19, 2-31-46 and Defendant's Screenplay at 55:78 115:161-125:177, among other places.

13.    Plaintiff's creation of a story with a character named the Riddler using bombs and detonators to launch his Biblically styled Judgement Day/Armageddon are original expressions of ideas for a story.  These original expressions are found in the Wozniak Batman Riddler Plot at 12:16-14:14, among other places.  These are original expressions that are substantially similar to Defendant's Movie at 2-21-07 and Defendant's Screenplay at 115:161-125:177, among other

7

places.

14.     Plaintiff's creation of a story with a character named the Riddler killing the District Attorney of Gotham with a firebomb after a character named Batman is late meeting the Riddler character's timeline are original expressions of ideas for a story.  These original expressions are found in the Wozniak Batman Riddler Plot at 8:8-9:4. These are original expressions that are substantially similar to Defendant's Movie on or about 1-03-35 and Defendant's Screenplay at 53:72-59:79, among others  .

15.     Plaintiff's creation of a story with a character named the Riddler who is a no-body are original expressions of ideas for a story.  *See* Wozniak Batman Riddler Plot at 6:2-5.  These original expressions are substantially similar to Defendant's Movie at or about 1-03-35, 2-25-19, among other places where the Riddler kills in a serial fashion and murders on a mass scale, and Defendant's Movie at Screenplay at 2:3; 28, 48:69, 55:77B, among others.

16.     Plaintiff's creation of a story with a character named the Riddler who is a loner are original expressions of ideas for a story.  *See* Wozniak Batman Riddler Plot at 6:2-5.  These original expressions are substantially similar to Defendant's Movie at or about 1-03-35, 2-25-19, among other places where the Riddler kills in a serial fashion and murders on a mass scale, and Defendant's Movie at Screenplay at 2:3; 28, 48:69, 55:77B, among others.

17.     Plaintiff's creation of a story with a character named the Riddler who is a serial killer are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 6:14; 7:1-10; 8:1-13:1-6. These original expressions are substantially similar to Defendant's Movie on or about 1-03-35, among other places where the Riddler is depicted as a serial killer and mass murderer, and Defendant's Movie at or about 1-03-35, 1-55-06, 2-25-19 and Defendant's Screenplay at 2:3; 10:18; 20:36; 30:51; 53:71-59:79,

among other places.

18.    Plaintiff's creation of a story with a character named the Riddler who is a mass murderer are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 6:14; 7:1-10; 8:1-13:1-6. These original expressions are substantially similar to Defendant's Movie on or about 1-03-35, among other places where the Riddler is depicted as a serial killer and mass murderer, and Defendant's Movie at or about 1-03-35, 1-55-06, 2-25-19 and Defendant's Screenplay at 2:3; 10:18; 20:36; 30:51; 53:71-59:79, among other places.

19.    Plaintiff's creation of a story with a character named the Riddler who is a serial killer that works the Batman into the different clues and riddles to his crimes and informs and intimidates a Batman stating that "You're part of this too" are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 6:14; 7:1-10; 8:1-13:1-6. These original expressions are substantially similar to Defendant's Movie on or about 1-03-35, among other places where the Riddler is depicted as a serial killer and mass murderer, and Defendant's Movie at or about 1-03-35, 1-55-06, 2-25-19 and Defendant's Screenplay at 2:3; 10:18; 20:36; 30:51; 53:71-59:79, among other places.

20.    Plaintiff's creation of a story with a character named the Riddler and a character named Batman, the Batman character having a hidden identity as a character named Bruce Wayne, and the character named the Riddler signaling to to the character named Batman that he, the Riddler character, knows who Batman really is are original expressions of ideas for a story. These creations are found in the Wozniak Batman Riddler Plot at 10:11:4, among other places. These original expressions are substantially similar to Defendant's Movie on or about 1-03-35; 12-03; 14-18; 21:22, 23-44; 24-35 among other places, and Defendant's Screenplay at 2:3;

10:18; 20:36; 30:51; 53:71-59:79, among other places.

21.    Plaintiff's creation of a story with a villain character intimidating the hero character by signaling to  the hero character that his secret identity is known are original expressions of ideas for a story.  These creations are found in the Wozniak Batman Riddler Plot at 10:11:4, among other places.  These original expressions are substantially similar to Defendant's Movie on or about 1-03-35; 12-03; 14-18; 21:22, 23-44; 24-35 among other places, and Defendant's Screenplay at 2:3; 10:18; 20:36; 30:51; 53:71-59:79, among other places.

22.    Plaintiff's creation of a story with a villain character named the Riddler who intimidates the hero character named Batman by signaling to to the Batman character that his secret identity is known by the Riddler character are original expressions of ideas for a story.  These creations are found in the Wozniak Batman Riddler Plot at 10:11:4, among other places.  These original expressions are substantially similar to Defendant's Movie on or about 1-03-35; 12-03; 14-18; 21:22, 23-44; 24-35 among other places, and Defendant's Screenplay at 2:3; 10:18; 20:36; 30:51; 53:71-59:79, among other places.

23.    Plaintiff's creation of a story with a villain character who is a serial killer who leaves notes for a hero character as clues that are used for inputs into a cipher that lead to the revelation that the hero character has an alter ego as a publicly known billionaire are original expressions of ideas for a story.  These creations are found in the Wozniak Batman Riddler Plot at 10:11:4, among other places.  These original expressions are substantially similar to Defendant's Movie on or about 1-03-35; 1-55-06, 2-25-19, 12-03; 14-18; 21:22, 23-44; 24-35 among other places, and Defendant's Screenplay at 2:3; 10:18; 20:36; 30:51; 53:71-59:79, among other places.

24.    Plaintiff's creation of a story with a character named the Riddler who is a serial

killer who leaves notes for a character named Batman as clues that are used for inputs into a cipher that lead to the revelation that the character named Batman is the alter ego of the character named Bruce Wayne are original expressions of ideas for a story.  These creations are found in the Wozniak Batman Riddler Plot at 10:11:4, among other places.  These original expressions are substantially similar to Defendant's Movie on or about 1-03-35; 1-55-06, 2-25-19, 12-03; 14-18; 21:22, 23-44; 24-35 among other places, and Defendant's Screenplay at 2:3; 10:18; 20:36; 30:51; 53:71-59:79, among other places.

25.    Plaintiff's creation of a story with a villain character describing himself as just an instrument here to unmask the truth where the reference to the unmasking alludes to the disclosure of the hero character's alter ego are original ideas of a story.  These creations are found in the Wozniak Batman Riddler Plot at 12:1-12; 13:1-6; 15:7-11.  These original expressions are substantially similar to Defendant's Movie on or about 1-03-35, among other places, and Defendant's Screenplay at 2:3; 55:77B; 127:186, among other places.

26.    Plaintiff's creation of a story with a serial killer describing himself as just an instrument here to unmask the truth where, ultimately, he is referring to being the instrument of behind the scenes master villain who is later shown to be the unseen mastermind responsible for the serial killer are original ideas of a story.  These creations are found in the Wozniak Batman Riddler Plot at 12:1-12; 13:1-6; 15:7-11.  These original expressions are substantially similar to Defendant's Movie on or about 1-03-35, among other places, and Defendant's Screenplay at 2:3; 55:77B; 127:186, among other places.

27.    Plaintiff's creation of a story with a character named the Riddler describing himself as just an instrument here to unmask the truth where, ultimately, he is referring to being the instrument of a character named the Joker who is later shown to be the unseen mastermind

behind the Riddler character's evil deeds are original ideas of a story. These creations are found in the Wozniak Batman Riddler Plot at 12:1-12; 13:1-6; 15:7-11. These original expressions are substantially similar to Defendant's Movie on or about 1-03-35, among other places, and Defendant's Screenplay at 2:3; 55:77B; 127:186, among other places.

28.    Plaintiff's creation of a story with a character named the Riddler who kills serially describing himself as just an Instrument here to unmask the truth where, ultimately, he is referring to being the Joker's instrument who is later shown to be the unseen mastermind that guided him are original ideas of a story. These creations are found in the Wozniak Batman Riddler Plot at 12:1-12; 13:1-6; 15:7-11. These original expressions are substantially similar to Defendant's Movie on or about 1-03-35, among other places, and Defendant's Screenplay at 2:3; 55:77B; 127:186, among other places.

29.    Plaintiff's creation of a story with a character named the Riddler who murders on a mass scale describing himself as just an instrument here to unmask the truth where, ultimately, he is referring to being the Joker's instrument who is later shown to be the unseen mastermind that guided him are original ideas of a story. These creations are found in the Wozniak Batman Riddler Plot at 12:1-12; 13:1-6; 15:7-11. These original expressions are substantially similar to Defendant's Movie on or about 1-03-35, among other places, and Defendant's Screenplay at 2:3; 55:77B; 127:186, among other places.

30.    Plaintiff's creation of a story with a character named the Riddler who kills serially describing himself as just an Instrument here to unmask the truth where, ultimately, that truth is the inevitable destruction of mankind are original ideas of a story. These creations are found in the Wozniak Batman Riddler Plot at 12:1-12; 13:1-6; 15:7-11. These original expressions are substantially similar to Defendant's Movie on or about 1-03-35, among other places, and

Defendant's Screenplay at 2:3; 55:77B; 127:186, among other places.

31.    Plaintiff's creation of a story with a character named the Riddler who murders on a mass scale describing himself as just an instrument here to unmask the truth where, ultimately, that truth is the inevitable destruction of mankind are original ideas of a story. These creations are found in the Wozniak Batman Riddler Plot at 12:1-12; 13:1-6; 15:7-11. These original expressions are substantially similar to Defendant's Movie on or about 1-03-35, among other places, and Defendant's Screenplay at 2:3; 55:77B; 127:186, among other places.

32.    Plaintiff's creation of a story with a character named the Riddler who has a moment of clarity or epiphany where he knows his calling are original expressions of ideas for a story. These creations are found in the Wozniak Batman Riddler Plot at 12:1-12; 13:1-6; 15:7-11. These original expressions are substantially similar to Defendant's Movie on or about 2-10-40, among other places, and Defendant's Screenplay at 2:3; 55:77B; 127:186, among other places.

33.    Plaintiff's creation of a story with a character named the Riddler who has a moment of clarity or epiphany where his calling summons him to a more serious life are original expressions of ideas for a story. These creations are found in the Wozniak Batman Riddler Plot at 12:1-12; 13:1-6; 15:7-11. These original expressions are substantially similar to Defendant's Movie on or about 2-10-40, among other places, and Defendant's Screenplay at 2:3; 55:77B; 127:186, among other places.

34.    Plaintiff's creation of a story with a character named the Riddler who has a moment of clarity or epiphany where he knows his calling is to unmask the truth for everyone and realizes such an unmasking is his destiny are original expressions of ideas for a story. These creations are found in the Wozniak Batman Riddler Plot at 12:1-12; 13:1-6; 15:7-11. These

original expressions are substantially similar to Defendant's Movie on or about 2-10-40, among other places, and Defendant's Screenplay at 2:3; 55:77B; 127:186, among other places.

35.    Plaintiff's creation of a story with a villain character who is acting in response to an epiphany that his calling is to unmask the truth for everyone and the unmasking appears to be the disclosure of the hero's alter ego are original expressions. These creations are found in the Wozniak Batman Riddler Plot at 12:1-12; 13:1-6; 15:7-11. These original expressions are substantially similar to Defendant's Movie on or about 2-10-40, among other places, and Defendant's Screenplay at 2:3; 55:77B; 127:186, among other places.

36.    Plaintiff's creation of a story with a character named the Riddler who is acting in response to an epiphany that his calling is to unmask the truth for everyone and the unmasking appears to be the disclosure of the alter ego of a character named Batman are original expressions. These creations are found in the Wozniak Batman Riddler Plot at 12:1-12; 13:1-6; 15:7-11. These original expressions are substantially similar to Defendant's Movie on or about 2-10-40, among other places, and Defendant's Screenplay at 2:3; 55:77B; 127:186, among other places.

37.    Plaintiff's creation of a story with a character named the Riddler who has been mentally tortured by his abandonment and has chosen to reinvent himself as a person who appears to be acting on behalf of others as a means of escaping that torture of abandonment are original expressions of an idea for a story. These creations are found in the Wozniak Batman Riddler Plot at 12:1-12; 13:1-6; 15:7-11. These original expressions are substantially similar to Defendant's Movie on or about 2-10-40, among other places, and Defendant's Screenplay at 2:3; 55:77B; 127:186, among other places.

38.    Plaintiff's creation of a story with a character named the Riddler who admits to

being mentally tortured by his abandonment, so he chooses to reinvent himself as a person who appears to be acting on behalf of others as a means of escaping that torture of abandonment are original expressions of an idea for a story.  These creations are found in the Wozniak Batman Riddler Plot at 12:1-12; 13:1-6; 15:7-11.  These original expressions are substantially similar to Defendant's Movie on or about 2-10-40, among other places, and Defendant's Screenplay at 2:3; 55:77B; 127:186, among other places.

39.    Plaintiff's creation of a story with a character named the Riddler who has discovered that a character named Bruce Wayne is the alter ego of a character named Batman are original expressions of an idea for a story.  These creations are found in the Wozniak Batman Riddler Plot at 11:1-5.  These original expressions are substantially similar to Defendant's Movie on or about 2-10-40, among other places, and Defendant's Screenplay at 2:3; 55:77B; 127:186, among other places.

40.    Plaintiff's creation of a story with a character named the Riddler who leaves clues to disclose that he knows that a character named Bruce Wayne is the alter ego of a character named Batman are original expressions of an idea for a story.  These creations are found in the Wozniak Batman Riddler Plot at 11:1-5.  These original expressions are substantially similar to Defendant's Movie on or about 2-10-40, among other places, and Defendant's Screenplay at 2:3; 55:77B; 127:186, among other places.

41.    Plaintiff's creation of a story with a character named the Riddler who has discovered that a character named Bruce Wayne is the alter ego of a character named Batman and who leaves clues to disclose that he knows that a character named Bruce Wayne is the alter ego of a character named Batman are original expressions of an idea for a story.  These creations are found in the Wozniak Batman Riddler Plot at 11:1-5.  These original expressions are

substantially similar to Defendant's Movie on or about 2-10-40, among other places, and Defendant's Screenplay at 2:3; 55:77B; 127:186, among other places.

42.     Plaintiff's creation of a story with a character named Batman using clues that operate as inputs to a cipher answering the riddle of his scheme as being where it all began. These creations are found in the Wozniak Batman Riddler Plot at 10:1-12:12, among other places.  These original expressions are substantially similar to Defendant's Movie on or about 1-29-11, 12-03; 14:18: 21:32; and Defendant's Screenplay at 73:98-75:101; 109:158-111:159, among others.

43.     Plaintiff's creation of a story with a character named the Riddler as a serial killer and mass murder are original expressions of ideas for a story.  These creations are found in the Wozniak Batman Riddler Plot at 1:1-4; 3:1-7 4:8-9; 26:6, 2-10-40 among other places. These original expressions are substantially similar to Defendant's Movie on or about 1-55-06, 25-59, 39:05 and Defendant's Screenplay at 2:3; 10:18-12:20; 20:36, among other places.

44.      Plaintiff's creation of a story with a character named the Riddler who is not dressed in flashy costumes, acting gregariously, but is morbid are original expressions of ideas for a story.  These creations are found in the Wozniak Batman Riddler Plot at 6:1-7, among other places. These original expressions are substantially similar to Defendant's Movie on or about 25-59, 39:05 and Defendant's Screenplay at 2:3; 10:18-12:20; 20:36, among other places.

45.     Plaintiff's creation of a story with a character named the Riddler who is not dressed in flashy, comically over-the-top costumes, acting outrageously with a comic intent for laughs, but is deadly serious are original expressions of ideas for a story.  These creations are found in the Wozniak Batman Riddler Plot at 6:1-10, among other places. These original expressions are substantially similar to Defendant's Movie on or about 25-59 and Defendant's

Screenplay at 2:3; 10:18-12:20; 20,36, among other places.

46.     Plaintiff's creation of a story with a villain who surrenders without a fight so he can have face-time with the hero of the story are original expressions of ideas for a story.  These creations are found in the Wozniak Batman Riddler Plot at 6:1-7 among other places. These original expressions are substantially similar to Defendant's Movie on or about 2-10-40, among others.

47.     Plaintiff's creation of a story with a character named the Riddler surrendering to the police during a city-wide man hunt to confront a character named Batman to reveal this Riddler character knows the Batman character's alter ego are original expressions of ideas for a story.  These creations are found in the Wozniak Batman Riddler Plot at 6:6, among other places. These original expressions are substantially similar to Defendant's Movie at or about 2-07-55 and Defendant's Screenplay at 28:50; 32:52; 105:153-107:157, among others.

48.     Plaintiff's creation of a story with a character named the Riddler operating his scheme to bring about the total destruction of society from his holding cell are original expressions of ideas for a story.  These creations are found in the Wozniak Batman Riddler Plot at 6:1-11:6, among other places.  These original expressions are substantially similar to Defendant's Movie at or about 2-07-55, 2-14-15, 221-07, 2-25-19, 2-28-00, 2-31-46 and Defendant's Screenplay at 110:158-126:184, among others.

49.     Plaintiff creation of a story with a character named the Riddler, the Riddler character interrogating a character named Batman and signaling to  the Batman character that he, the Riddler character, is disappointed in the Batman character.

50.     Plaintiff creation of a story with a character named the Riddler, the Riddler character being interrogated by a character named Batman and signaling to  the Batman character

that he, the Riddler character, is disappointed in the Batman character.

51.    Plaintiff creation of murder mystery story with a character named the Riddler as a serial killer, the Riddler character interrogating a character named Batman and signaling to the Batman that he, the Riddler character, is disappointed in the Batman character's intelligence.

52.    Plaintiff creation of murder mystery story with a character named the Riddler as a serial killer, the Riddler character being interrogated by a character named Batman and signaling to the Batman character that he, the Riddler character, is disappointed in the Batman character's intelligence.

53.    Plaintiff creation of murder mystery story with a character named the Riddler as a serial killer, the Riddler character interrogating a character named Batman and signaling to the Batman that he, the Riddler character, is disappointed in the Batman character's detective abilities.

54.    Plaintiff creation of murder mystery story with a character named the Riddler as a serial killer, the Riddler character being interrogated by a character named Batman and signaling to the Batman character that he, the Riddler character, is disappointed in the Batman character's detective abilities.

55.    Plaintiff's creation of a story with a character named the Riddler, captured in a holding cell where a character named Batman is the captor and both are described as residing in their own private hells are original expressions of ideas for a story.  These creations are found in the Wozniak Batman Riddler Plot at 6:1-11:6, 15:1-6, among other places.  These original expressions are substantially similar to Defendant's Movie at or about 1-31-46, 2-07-55, 2-14-15, 221-07, 2-25-19, 2-28-00, 2-31-46 and Defendant's Screenplay at 110:158-126:184, among others.

18

56.     Plaintiff's creation of a story with a place named Gotham City whose politicians, government, and police force are controlled by a single nefarious entity are original expressions of ideas for a story.  These creations are found in the Wozniak Batman Riddler Plot at 1:1; 1:6; 2:1-15; 3:10-11; 9:9-10.  These are original expressions that are substantially similar to Defendant's Movie at 1-03-35; 1-55-06; 1-29-11, among other places, and Defendant's Screenplay at 4:9-6:15; 12:21-13:22; 31:51; 39:57; 45:67; 61:81; 62:84-63:84, among others.

57.     Plaintiff's creation of a story with a place named Gotham Citty with courts, police, and the politicians totally infected by corruption caused by the control of single nefarious entity that threatens to destroy all of Gotham are original expressions of ideas for a story.  These creations are found in the Wozniak Batman Riddler Plot at 1:1; 1:6; 2:1-15; 3:10-11; 9:9-10.  These are original expressions that are substantially similar to Defendant's Movie at 55-04; 1-55-06, among others.

58.     Plaintiff's creation of a story with a place named Gotham City where Gordon is likely the only honest cop.  are original expressions of ideas for a story.  These creations are found in the Wozniak Batman Riddler Plot at 1:1; 1:6; 2:1-15; 3:10-11; 9:9-10.  These are original expressions that are substantially similar to Defendant's Movie at 55-04, among others.

59.     Plaintiff's creation of a story with a place named Gotham City in the throes of civil unrest, in complete economic collapse, the banks all gone broke, and the citizens violently rioting against the banks are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 4:1-6; 7:12, among other places.  These original expressions are substantially similar to Defendant's Movie at 1-03-35 and 1-29-11 and Defendant's Screenplay at 4:9-6:15, among other places.

60.     Plaintiff's creation of a story with a villain character who is a serial killer and a

hero character who both work to aid ordinary citizens who riot against the oppression of a corrupt establishment are original expressions of ideas for a story. These original creations are found in the Wozniak Batman Riddler Plot at 5:1-6, among other places. These original expressions are substantially similar to Defendant's Movie at 1-55-06, 2-01-10, 2-04-17 and Defendant's Screenplay at 34:52-44-64, among other places.

61. Plaintiff's creation of a story with a villain character who is a mass murderer and a hero character who both work to aid ordinary citizens who riot against the oppression of a corrupt establishment are original expressions of ideas for a story. These original creations are found in the Wozniak Batman Riddler Plot at 5:1-6, among other places. These original expressions are substantially similar to Defendant's Movie at 1-55-06, 2-01-10, 2-04-17 and Defendant's Screenplay at 34:52-44-64, among other places.

62. Plaintiff's creation of a story with a character named the Riddler who is a mass murderer and a character named Batman who both work to aid ordinary citizens who riot against the oppression of a corrupt establishment of a Gotham City are original expressions of ideas for a story. These original creations are found in the Wozniak Batman Riddler Plot at 5:1-6, among other places. These original expressions are substantially similar to Defendant's Movie at 1-55-06, 2-01-10, 2-04-17 and Defendant's Screenplay at 34:52-44-64, among other places.

63. Plaintiff's creation of a story with a character named Batman who is unable to solve a riddle in time to save one of his inner circle and it becomes clear that a character named the Riddler knows the secret identity of Batman are original expressions of ideas for a story. These original creations are found in the Wozniak Batman Riddler Plot at 8:1-9-6. These original expressions are substantially similar to Defendant's Movie at 1-31-46 and Defendant's Screenplay at 75:101-77-112, among others.

64.     Plaintiff's creation of a story with a character named Batman racing to save a member of his inner circle and learning by telephone that he is too late to save a member of his inner circle are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 8:1-9-6.  These original expressions are substantially similar to Defendant's Movie at 1-31-46 and Defendant's Screenplay at 75:101-77-112, among others.

65.     Plaintiff's creation of a story with a character named Alfred who is hospitalized and removed from the action of the story after being attacked by a villain who resembles a drifter are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 5:13, 9:15, 12:14.  These original expressions are substantially similar to Defendant's Movie at 1-33-34, among others.

66.     Plaintiff's creation of a story with a character named Alfred who is hospitalized and removed from the action of the story after being attacked by a villain who is a loner are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 5:13, 9:15, 12:14.  These original expressions are substantially similar to Defendant's Movie at 1-33-34, among others.

67.     Plaintiff's creation of a story with a character named Alfred who is hospitalized and removed from the action of the story after being attacked by a villain who is a no-body are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 5:13, 9:15, 12:14.  These original expressions are substantially similar to Defendant's Movie at 1-33-34, among others.

68.     Plaintiff's creation of a story with a character named Alfred who is hospitalized and removed from the action of the story after being attacked by a villain who resembles a drifter only to return late in the story to provide crucial aid to the resolution of the story are original

expressions of ideas for a story. These original creations are found in the Wozniak Batman Riddler Plot at 5:13, 9:15, 12:14. These original expressions are substantially similar to Defendant's Movie at 1-33-34, among others.

69.    Plaintiff's creation of a story with a character named Alfred who is hospitalized and removed from the action of the story after being attacked by a villain who is a loner only to return late in the story to provide crucial aid to the resolution of the story are original expressions of ideas for a story. These original creations are found in the Wozniak Batman Riddler Plot at 5:13, 9:15, 12:14. These original expressions are substantially similar to Defendant's Movie at 1-33-34, among others.

70.    Plaintiff's creation of a story with a character named Alfred who is hospitalized and removed from the action of the story after being attacked by a villain who is a no-body only to return late in the story to provide crucial aid to the resolution of the story are original expressions of ideas for a story. These original creations are found in the Wozniak Batman Riddler Plot at 5:13, 9:15, 12:14. These original expressions are substantially similar to Defendant's Movie at 1-33-34, among others.

71.    Plaintiff's creation of a story with an older servant character upon whom the hero relies and who is attacked, in his place of residence, from behind by a villain who resembles a drifter who are original expressions of ideas for a story. These original creations are found in the Wozniak Batman Riddler Plot at 5:13. These original expressions are substantially similar to Defendant's Movie at 1-57, among others.

72.    Plaintiff's creation of a story with an older servant character upon whom the hero relies and who is attacked, in his place of residence, from behind by villain who is a loner who are original expressions of ideas for a story. These original creations are found in the Wozniak

Batman Riddler Plot at 5:13. These original expressions are substantially similar to Defendant's Movie at 1-57, among others.

73.    Plaintiff's creation of a story with a character connected to the hero that is attacked from behind by a villain who is a no body are original expressions of ideas for a story. These original creations are found in the Wozniak Batman Riddler Plot at 5:13. These original expressions are substantially similar to Defendant's Movie at 1-57, among others.

74.    Plaintiff's creation of a story with a character deeply close to the hero that is attacked from behind by a villain, in his place of residence, and the villain is a drifter and a loner who are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 5:13. These original expressions are substantially similar to Defendant's Movie at 1-57, among others.

75.    Plaintiff's creation of a story with a character named Alfred who is deeply connected to a character named Batman and who is attacked and bludgeoned from behind, in his place of residence, by a character named the Riddler who is a loner are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 5:13. These original expressions are substantially similar to Defendant's Movie at 1-57, among others.

76.    Plaintiff's creation of a story with a character named Alfred who is deeply connected to a character named Batman and who is attacked and bludgeoned from behind, in his place of residence, by a character named the Riddler who resembles a drifter are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 5:13. These original expressions are substantially similar to Defendant's Movie at 1-57, among others.

77.    Plaintiff's creation of a story with a character deeply connected to the hero that is

attacked from behind by a villain, in his place of residence, while holding a service tray for the hero, and the villain is a drifter and a loner who are original expressions of ideas for a story. These original creations are found in the Wozniak Batman Riddler Plot at 5:13. These original expressions are substantially similar to Defendant's Movie at 1-57, among others.

78.    Plaintiff's creation of a story with a character named Alfred who is a servant to a character named Batman and who is attacked from behind while holding a service tray, in his place of residence, by a character named the Riddler who resembles a drifter are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 5:13. These original expressions are substantially similar to Defendant's Movie at 1-57, among others.

79.    Plaintiff's creation of a story with a character named Alfred who is a servant to a character named Batman and who is attacked from behind while holding a service tray, in his place of residence, by a character named the Riddler who is described as a loner are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 5:13. These original expressions are substantially similar to Defendant's Movie at 1-57, among others.

80.    Plaintiff's creation of a story with a character named Alfred who is a servant to a character named Batman and who is attacked from behind while holding a service tray, in his place of residence, by a character named the Riddler who is described as mobid are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 5:13. These original expressions are substantially similar to Defendant's Movie at 1-57, among others.

81.    Plaintiff's creation of a story with a character named Alfred who is a servant to a

character named Batman and who is attacked from behind while holding a service tray, in his place of residence, by a character named the Riddler who is described as a drifter-looking character are original expressions of ideas for a story. These original creations are found in the Wozniak Batman Riddler Plot at 5:13. These original expressions are substantially similar to Defendant's Movie at 1-57, among others.

82.     Plaintiff's creation of a story with a character named Alfred who is a servant to a character named Batman and who is attacked from behind while holding a service tray, in his place of residence, by a character named the Riddler who is described as a nobody-type character are original expressions of ideas for a story. These original creations are found in the Wozniak Batman Riddler Plot at 5:13. These original expressions are substantially similar to Defendant's Movie at 1-57, among others.

83.     Plaintiff's creation of a story with a place named Gotham City with citizens organized by a character named the Riddler against law and order, whose picket signs are displayed in the crowds at a crime scene are original expressions of ideas for a story. These original creations are found in the Wozniak Batman Riddler Plot 2:1-5. These are original expressions that are substantially similar to Defendant's Movie at 57-29 and Screenplay at 55:78, among others.

84.     Plaintiff's creation of a story with a place named Gotham City with citizens organized by a character named the Riddler against the establishment, whose picket signs are displayed in the crowds at a crime scene are original expressions of ideas for a story. These original creations are found in the Wozniak Batman Riddler Plot 2:1-5. These are original expressions that are substantially similar to Defendant's Movie at 57-29 and Screenplay at 55:78, among others.

85.    Plaintiff's creation of a story with a character named Batman who is vulnerable and physically weak are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 3:3; 7:14. These original expressions are substantially similar to Defendant's Movie at 2-10-40 and Defendant's Screenplay 83:120 84:121, among others.

86.    Plaintiff's creation of a story with a character named Batman who is doubting dedication to crime fighting and contemplating quitting his crusade on crime are original expressions of an idea for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 1:6.  This original expression is substantially similar to Defendant's Movie at 21-54 and Defendant's Screenplay 83:120-84:121, among others.

87.    Plaintiff's creation of a story with a character named Bruce Wayne that is thinking of abandoning the Wayne Foundation are original expressions of ideas for a story. These original creations are found in the Wozniak Batman Riddler Plot at 9:6-7.  These original expressions are substantially similar to Defendant's Movie at 21-54 and Defendant's Screenplay at 47:68, among others.

88.    Plaintiff's creation of a story with a character named Batman battling against a corrupt police department   by single, nefarious entity are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 2:1-14, 9:6-7. These original expressions are substantially similar to Defendant's Movie at 2-01-10, 2-04-17, and Defendant's Screenplay at Defendant's Screenplay at 34:52-44-64, 60:80  , among others.

89.     Plaintiff's creation of a story with a character named Batman battling against a corrupt police department controlled by single, nefarious entity and needing to be bailed out by the few honest cops remaining on the police force are original expressions of ideas for a story.

These original creations are found in the Wozniak Batman Riddler Plot at 2:1-14, 9:6-7. These original expressions are substantially similar to Defendant's Movie at 2-01-10, 2-04-17, and Defendant's Screenplay at 47:68; 59:80-62:82, among others.

90.    Plaintiff's creation of a story with a character named Batman and a character named Gordan working side-by-side in an investigation of serial killings committed by a character called the Riddler are original expressions of ideas for a story. These original creations are found in the Wozniak Batman Riddler Plot at 1:1-6; 6:1-12:13. These original expressions are substantially similar to Defendant's Movie at 55-04; 12-03, and Defendant's Screenplay at 8:16-12:19, 18:32-21:36, 30:51-31, 44:65-45:67, 59:80-65:90, 68:96-75:101, 107:158-124:177, among others.

91.    Plaintiff's creation of a story with a character named Batman and acharacter named Gordan working side-by-side in an investigation of murders on a mass scale committed by a character called the Riddler are original expressions of ideas for a story. These original creations are found in the Wozniak Batman Riddler Plot at 1:1-6; 6:1-12:13. These original expressions are substantially similar to Defendant's Movie at 55-04; 12-03, and Defendant's Screenplay at 8:16-12:19, 18:32-21:36, 30:51-31, 44:65-45:67, 59:80-65:90, 68:96-75:101, 107:158-124:177, among others.

92.    Plaintiff's creation of a story with a pivot to the plot as the superhero works closely with a police detective to solve clues to determine the ultimate plan of a serial killer and the police detective thinks the ultimate plan is to reveal the alter ego of the hero are original expressions of ideas for a story. These original creations are found in the Wozniak Batman Riddler Plot at 11:1-13:20. These original expressions are substantially similar to Defendant's Movie at 2-10-40, and Defendant's Screenplay at 8:16-12:19, 18:32-21:36, 30:51-31, 44:65-

45:67, 59:80-65:90, 68:96-75:101, 107:158-124:177, among others.

93.    Plaintiff's creation of a story with a pivot to the plot as a character named Batman works closely with a character named Gordon to solve clues to determine the ultimate plan of a character named the Riddler who is a serial killer and Gordon character thinks the ultimate plan is to reveal the alter ego of the hero but the Batman character corrects him and notes the ultimate plan is to bring about a day of judgment, Armageddon or total destruction with a Biblical plague. These original creations are found in the Wozniak Batman Riddler Plot at 11:1-13:20.  These original expressions are substantially similar to Defendant's Movie at 2-10-40, and Defendant's Screenplay at 8:16-12:19, 18:32-21:36, 30:51-31, 44:65-45:67, 59:80-65:90, 68:96-75:101, 107:158-124:177, among others.

94.    Plaintiff's creation of a story with a pivot to the plot as a character named Batman works closely with a character named Gordon to solve clues to determine the ultimate plan of a character named the Riddler who is a mass murderer and Gordon character thinks the ultimate plan is to reveal the alter ego of the hero but the Batman character corrects him and notes the ultimate plan is to bring about a day of judgment, Armageddon or total destruction with a Biblical plague.  These original creations are found in the Wozniak Batman Riddler Plot at 11:1-13:20.  These original expressions are substantially similar to Defendant's Movie at 2-10-40, and Defendant's Screenplay at 8:16-12:19, 18:32-21:36, 30:51-31, 44:65-45:67, 59:80-65:90, 68:96-75:101, 107:158-124:177, among others.

95.    Plaintiff's creation of a story with a hero character who works closely with a police detective character to solve clues to determine the ultimate plan of a serial killer and together they interrogate the serial killer in a holding cell are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 6:1-7:10.  These

original expressions are substantially similar to Defendant's Movie at 2-10-40, and Defendant's Screenplay at 105:153-116:162, 8:16-12:19, 18:32-21:36, 30:51-31, 44:65-45:67, 59:80-65:90, 68:96-75:101, 107:158-124:177, among others.

96.    Plaintiff's creation of a story with a pivot to the plot as the superhero works closely with a police detective to solve clues to determine the ultimate plan of a serial killer and the police detective thinks the ultimate plan is to reveal the alter ego of the hero are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 6:1-7:10.  These original expressions are substantially similar to Defendant's Movie at 2-10-40, and Defendant's Screenplay at 105:153-116:162.

97.    These original creations are found in the Wozniak Batman Riddler Plot at 11:1-13:20. These original expressions are substantially similar to Defendant's Movie at 2-10-40, and Defendant's Screenplay at 8:16-12:19, 18:32-21:36, 30:51-31, 44:65-45:67, 59:80-65:90, 68:96-75:101, 107:158-124:177, among others. police detective thinks the ultimate plan is to reveal the alter ego of the hero are original expressions of ideas for a story.  These original creations are found in the Wozniak Batman Riddler Plot at 11:1-13:20. These original expressions are substantially similar to Defendant's Movie at 2-10-40, and Defendant's Screenplay at 8:16-12:19, 18:32-21:36, 30:51-31, 44:65-45:67, 59:80-65:90, 68:96-75:101, 107:158-124:177, among others..

**INTERROGATORY NO. 2:**

*Set forth the basis for Your contention that the elements of the Wozniak Batman Riddler Plot set forth in Paragraphs 22-36 of the Complaint are original expressions.*

**RESPONSE NO. 2**

Plaintiff objects to this interrogatory to the extent that it seeks information constituting or

containing information concerning communications between Plaintiff and his counsel, information which is protected by the attorney-client privilege. Plaintiff further objects to the extent this interrogatory seeks information constituting or containing information prepared in anticipation of or as a result of litigation or which is otherwise protected by the work product doctrine or other available privilege or protection. In response to this contention interrogatory, subject to the forgoing general objections, Plaintiff provides the following response encompassing the current state of his knowledge, belief, and understanding, and reserves the right to supplement his interrogatory response pursuant to Fed. R. Civ. P. 26 at the conclusion of discovery.

Subject to and without waiving the above objections, Plaintiff responds that, under copyright law, originality simply means that the work was independently created and not copied from a pre-existing work. *See Feist Publ'ns, Inc. v. Rural Tel. Serv. Co., Inc.*, 499 U.S. 340, 361 (1991) (holding that originality requires "only that the author make the selection or arrangement independently (i.e., without copying that selection or arrangement from another work), and that it display some minimal level of creativity").

Subject to and without waiving the above objections, Plaintiff responds that Plaintiff's portrayal of the idea of a Gotham City with a government and police force controlled by a single entity, totally corrupt, unreliable, and dangerous is his original expression of an idea for a Gotham City. Plaintiff independently selected and arranged a government and police force as controlled by a single entity, totally corrupt, unreliable, and dangerous as an expression for the idea of Gotham City. Plaintiff's portrayal of the idea of Gotham City as a city with government and police force that is controlled by a single entity, totally corrupt, unreliable, and dangerous was not copied from another copyrighted work.

Subject to and without waiving the above objections, Plaintiff further responds that Plaintiff's portrayal of the idea of a Gotham City in the throes of civil unrest, in complete economic collapse, the Banks gone "Broke," and the citizens violently rioting against the banks is his original expression of an idea for a Gotham City. Plaintiff independently selected and arranged the throes of civil unrest and complete economic collapse, with banks all "Broke" and the citizens violently rioting against the banks for the idea of Gotham City. Plaintiff portrayal of the idea of a Gotham City in the throes of civil unrest and complete economic collapse, with banks all "Broke" and the citizens violently rioting against the banks for the idea of Gotham City is not copied from another copyrighted work.

Subject to and without waiving the above objections, Plaintiff further responds that Plaintiff's portrayal of Gotham City with citizens organized by the Riddler whose picket signs are displayed in the crowd at a crime scene is his original expression of an idea for a Gotham City. Plaintiff independently selected and arranged the description of a Gotham City with citizens organized by the Riddler whose picket signs are displayed in the crowd at a crime scene. Plaintiff's portrayal of the idea of a Gotham City with citizens organized by the Riddler whose picket signs are displayed in the crowd at a crime scene is not copied from another copyrighted work.

Subject to and without waiving the above objections, Plaintiff further responds that Plaintiff's portrayal of Batman as vulnerable and physically weak, a little man, is his original expression of an idea for a Gotham City. Plaintiff independently selected and arranged the characteristics of vulnerability and physical weakness, a little man in need of a big Iron Man-like suit, for the idea of Batman. Plaintiff's portrayal of the idea of a Batman Plaintiff as vulnerable and physically weak, a little man in need of a big Iron Man like suit is not copied from another

copyrighted work.

Subject to and without waiving the above objections, Plaintiff further responds that Plaintiff's expression of the idea for a Batman that is doubting his dedication to crime fighting and contemplating quitting his crusade on crime, is his original expression of an idea for a Batman.  Plaintiff independently selected and arranged the characteristics of doubting the dedication to crime fighting and contemplating quitting the crusade on crime for the idea of his Batman.  Plaintiff's portrayal of the idea of a Batman as doubting his dedication to crime fighting, and contemplating quitting his crusade on crime is not copied from another copyrighted work.

Subject to and without waiving the above objections, Plaintiff further responds that Plaintiff's expression of the idea for a Bruce Wayne that is thinking of abandoning the Wayne Foundation is his original expression of an idea for a Bruce Wayne.  Plaintiff independently selected and arranged the characteristics of thinking of abandoning the Wayne Foundation for his idea of Bruce Wayne.  Plaintiff's portrayal of Bruce Wayne thinking of abandoning the Wayne Foundation is not copied from another copyrighted work.

Subject to and without waiving the above objections, Plaintiff further responds that Plaintiff's expression of the idea of a Batman that is more of a human detective and less of a superhero with uncanny physical prowess is his original expression for a Batman.  Plaintiff independently selected and arranged the characteristics of more human detective and less of a superhero and lacking uncanny physical prowess to describe his idea of a Batman.  Plaintiff's portrayal of Batman as more of a human detective and less of a superhero with uncanny physical prowess is not copied from another copyrighted work.

Subject to and without waiving the above objections, Plaintiff further responds that

Plaintiff's expression of the idea of a Batman as drugged up and poisoned is his original expression of an idea for a Batman.  Plaintiff independently selected and arranged the characteristics of being drugged up and poisoned for his idea of a Batman.  Plaintiff's portrayal of Batman as drugged up and poisoned is not copied from another copyrighted work.

Subject to and without waiving the above objections, Plaintiff further responds that Plaintiff's creation of the scene of a Riddler as a loner-serial killer and mass murder is his original expression of his idea for a Riddler.  Plaintiff independently selected and arranged the characteristics of a loner-serial killer and mass murderer for his idea of a Riddler.  Plaintiff's portrayal of the Riddler as a loner-serial killer and mass murderer is not copied from another copyrighted work.

Subject to and without waiving the above objections, Plaintiff further responds that Plaintiff's creation of the scene of a Riddler as a loner-serial killer and mass murder surrendering to the police to confront Batman with the reveal that the Riddler knows he is Bruce Wayne is Plaintiff's original expression of his idea for a Riddler.  Plaintiff independently selected and arranged the act of a Riddler as a loner-serial killer and mass murder surrendering to the police to confront Batman to reveal the Riddler knows he is Bruce Wayne surrendering to the police to confront Batman to reveal that the Riddler knows Batman is Bruce Wayne.  Plaintiff's scene of the Riddler surrendering to the police to confront Batman to reveal that the Riddler knows Batman is Bruce Wayne is not copied from another copyrighted work.

Subject to and without waiving the above objections, Plaintiff further responds that Plaintiff's creation of the different scenes whereby the Big Reveal is made through answers to the riddles at each the mass killings that, when combined into a cypher, reveal that the Riddle knows Batman is Bruce Wayne is his original creation.  Plaintiff independently selected and

arranged different scenes whereby the Big Reveal is made through answers to the riddles at each the mass killings that, when combined into a cypher, reveal that the Riddle knows Batman is Bruce Wayne.  Plaintiff's different scenes whereby the Big Reveal is made through answers to the riddles at each the mass killings that, when combined into a cypher, reveal that the Riddle knows Batman is Bruce Wayne is not copied from another copyrighted work.'

Subject to and without waiving the above objections, Plaintiff further responds that Plaintiff's creation of the scenes of Batman and Commissioner Gordan interrogating the Riddler in his holding cell and learning that the Riddle knows Batman is Bruce Wayne is his original creation.  Plaintiff independently selected and arranged scenes of a Batman and Commissioner Gordan interrogating the Riddler in a holding cell and learning that the Riddle knows Batman is Bruce Wayne.  Plaintiff's scenes of Batman and Commissioner Gordan interrogating the Riddler in his holding cell and learning that the Riddle knows Batman is Bruce Wayne is not copied from another copyrighted work.

Subject to and without waiving the above objections, Plaintiff further responds that Plaintiff's creation of a pivot to the plot as Batman does a more careful analysis of the cypher and sees the Riddler's ultimate plan is not merely to reveal the identify of Batman but to bring about Armageddon or total destruction with a Biblical plague is an original expression.  Plaintiff independently selected and arranged a pivot to the plot whereby Batman does a more careful analysis of the cypher and sees the Riddler's ultimate plan is not merely to reveal the identify of Batman but to bring about Armageddon or total destruction with a Biblical plague.  Plaintiff's creation of a pivot to the plot as Batman does a more careful analysis of the cypher and sees the Riddler's ultimate plan is not merely to reveal the identity of Batman but to bring about Armageddon or total destruction with a Biblical plague is not copied from another copyrighted

work.

Subject to and without waiving the above objections, Plaintiff further responds that Plaintiff's creation of an ending to his story where the Joker is revealed to be the unseen mastermind who has anonymously manipulated the Riddler to commit his crimes is original expression of the idea of what motivates the Riddler. Plaintiff independently selected and arranged an ending to his story where the Joker is revealed to be the unseen mastermind who has anonymously manipulated the Riddler to commit his crimes is original expression of the idea of what motivates the Riddler. Plaintiff's ending his story with a reveal that the Joker is the unseen mastermind who has anonymously manipulated the Riddler to commit his crimes is not copied from another copyrighted work. original expression of the idea of what motivates the Riddler is not copied from another copyrighted work.

**INTERROGATORY NO. 3:**

*Set forth the basis for Your contention that the Wozniak Batman Riddler Plot is not "derivative of a prior copyrighted work" as pled in Paragraphs 18, 19, and 27 of Plaintiff's Answer.*

**RESPONSE NO. 3**

Plaintiff objects to this interrogatory to the extent that it seeks information constituting or containing information concerning communications between Plaintiff and his counsel, information which is protected by the attorney-client privilege. Plaintiff further objects to the extent this interrogatory seeks information constituting or containing information prepared in anticipation of or as a result of litigation or which is otherwise protected by the work product doctrine or other available privilege or protection. In response to this contention interrogatory, subject to the forgoing general objections, Plaintiff provides the following response encompassing the current state of his knowledge, belief, and understanding, and reserves the right to supplement his interrogatory response pursuant to Fed. R. Civ. P. 26 at the conclusion of

35

discovery.

Section 101 of the Copyright Act defines a "derivative work" as:

> a work based upon one or more preexisting works, such as a translation, musical arrangement, dramatization, fictionalization, motion picture version, sound recording, art reproduction, abridgment, condensation, or any other form in which a work may be recast, transformed, or adapted. A work consisting of editorial revisions, annotations, elaborations, or other modifications which, as a whole, represent an original work of authorship, is a "derivative work".

17 U.S.C. § 101.

Wozniak Batman Riddler Plot is not "derivative of a prior copyrighted work" because it is not a new recasting, transformation, or adaptation of an original copyrighted work and it does not consists of editorial revisions, annotations, elaborations, or other modifications of an original copyrighted work.

**INTERROGATORY NO. 4:**

*Set forth the basis for Your contention that "DC Comics has no copyrightable interest in the subject matter recited" as pled in the Fourth Affirmative Defense of Plaintiff's Answer.*

**RESPONSE NO. 4**

Plaintiff objects to this interrogatory to the extent that it seeks information constituting or containing information concerning communications between Plaintiff and his counsel, information which is protected by the attorney-client privilege. Plaintiff further objects to the extent this interrogatory seeks information constituting or containing information prepared in anticipation of or as a result of litigation or which is otherwise protected by the work product doctrine or other available privilege or protection. In response to this contention interrogatory, subject to the forgoing general objections, Plaintiff provides the following response

encompassing the current state of his knowledge, belief, and understanding, and reserves the right to supplement his interrogatory response pursuant to Fed. R. Civ. P. 26 at the conclusion of discovery.

In its Third-Party Complaint, DC Comics states that it is "the owner of all rights under copyright in Batman and his universe." *See* ECF 21 at 1. However, Copyright law does not give your client the exclusive right to the idea of Batman and the DC Universe, but only a right to the original expressions of that idea. *See, e.g., Nichols v. Universal Pictures Corp.*, 45 F.2d 119, 121 (2d Cir.1940) (concepts of characters are not protectable elements under copyright law). This principle, the "idea/expression dichotomy," allows authors the right to their original expression while encouraging others to build freely upon the ideas and information conveyed by a work. *See, e.g., Reyher v. Children's Television Workshop*, 533 F.2d 87, 90–91 (2d Cir.1976) ("In the case of verbal 'works,' it is well settled that although the 'proprietor's' monopoly extends beyond an exact reproduction of the words, there can be no copyright in the 'ideas' disclosed but only in their 'expression.'"); *see also National Comics Publications v. Fawcett Publications*, 191 F.2d 594, 600 (2 Cir. 1951) ("no one infringes, unless he descends so far into what is concrete (in a work) as to invade . . . (its) 'expression.'"). There is thus no copyright ownership in the name Batman, nor is there copyright ownership in his universe. There is simply no copyrighted work reference, nor is there a copyrightable interest in the names "Robin aka Dick Grayson, The Riddler aka Edward Nygma, Commissioner James Gordon, Barbara Gordon aka Batgirl, Two Face, The Joker, Batman's butler Alfred, the Batmobile and the fictional city Gotham City" which DC Comics defines as the "Batman Characters." Id. at 2.

Dated: August 16, 2023

Respectfully submitted,

37

/s/ *R. Terry Parker*
R. Terry Parker, Esquire
Law Office of R. Terry Parker
43 West 43rd Street, Suite 275
New York, New York 10036-7424
(212) 859-5068
Email: terry@rterryparkerlaw.com

*Attorneys for Plaintiff*

**VERIFICATION**

I have read the foregoing responses, which are based on a diligent and reasonable effort by me to obtain information currently available. I reserve the right to make changes in or additions to any of these answers if it appears at any time that errors or omissions have been made or if more accurate or complete information becomes available. Subject to these limitations, these responses are true to the best of my present knowledge, information, and belief. Subscribed and sworn to under the pains and penalties of perjury this __th day of August, 2023.

_____
Christopher Wozniak

39

## CERTIFICATE OF SERVICE

I, R. Terry Parker, hereby certify that I caused the foregoing document to be served by electronic mail on the 16th day of August, 2023 to the following counsel:

James D. Weinberger, Esq.
Kimberly B. Frumkin, Esq.
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, New York 10036

# VERIFICATION

I have read the foregoing responses, which are based on a diligent and reasonable effort by me to obtain information currently available. I reserve the right to make changes in or additions to any of these answers if it appears at any time that errors or omissions have been made or if more accurate or complete information becomes available. Subject to these limitations, these responses are true to the best of my present knowledge, information, and belief.

Subscribed and sworn to under the pains and penalties of perjury this __th day of August, 2023.

_____
Christopher Wozniak