UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
CHRISTOPHER WOZNIAK,

                          Plaintiff,
V.

WARNER BROS. ENTERTAINMENT, INC.,

                          Defendants.

Civil Action No. 22-cv-08969 (PAE)

------------------------------------x
DC COMICS,
                Third-Party Plaintiff,

V.

CHRISTOPHER WOZNIAK,

                Third-Party Defendant.
------------------------------------x

                              July 17, 2023
                              10:00 a.m.

     EXAMINATION of Paul Levitz, pursuant to

Subpoena, held at the above time and place

before Larin Kaywood, a Notary Public within and

for the State of New York.



Page 2

```
1
2          A P P E A R A N C E S :
3
4     R. TERRY PARKER LAW
          Attorneys for Plaintiff
5         43 West 43rd Street, Suite 275
          New York, New York 10036
6     BY:   TERRY PARKER, ESQ.
          EMAIL: TERRY@RTERRYPARKERLAW.COM
7
8     FROSS, ZELNICK, LEHRMAN, & ZISSU, PC.
          Attorneys for Defendant
9         151 W 42nd Street
          17th Fl
10        New York, New York 10036
      BY:   JAMES WEINBERGER, ESQ.
11        ANDREW NIETES, ESQ.
      Email: JWEINBERGER@FZLZ.COM
12
13
14
15        *        *        *
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1
2          S T I P U L A T I O N S
3     IT IS HEREBY STIPULATED AND AGREED by and
4   between the attorneys for the respective parties
5   herein, that filing, sealing and certification,
6   and the same are, hereby waived.
7
8     IT IS FURTHER STIPULATED AND AGREED that all
9   objections except as to the form of the
10  question, shall be reserved to the time of the
11  trial.
12
13    IT IS FURTHER STIPULATED AND AGREED that the
14  within deposition may be signed and sworn to by
15  an officer authorized to administer an oath,
16  with the same force and effect as if signed and
17  sworn to before the Court.
18
19
20            * * *
21
22
23
24
25
```

```
1
2                 Paul Levitz
3   P A U L   L E V I T Z, the witness herein,
4   having been first duly sworn by a Notary Public
5   in and of the State of New York, was examined
6   and testified as follows:
7   EXAMINATION BY
8   MR. PARKER:
9       Q.   Would you please state your full
10  name for the record?
11      A.   Paul Levitz.
12      Q.   What is your current address?
13      A.   7 Deforest Drive, Cortlandt Manor,
14  New York 10567.
15      Q.   Good morning, Mr. Levitz.
16      A.   Good morning.
17      Q.   My name is Terry Parker.  I
18  represent the third-party defendants.  You have
19  already entered your name into the record, so
20  I'll scratch that question off of my list.
21          Have you ever been deposed before?
22      A.   Many times.
23      Q.   Good.  So you probably know some of
24  the basic rules and so I'll go through them any
25  way.  This is a question and answer format.
```

```
1
2                 Paul Levitz
3   I'll be asking you some questions; and the court
4   reporter will be writing those questions and you
5   will be answering those questions to the best of
6   your ability.
7          She will be creating a transcript
8   that will show my question and your attorney
9   your attorney may object from time to time
10  unless they instruct you not too; is that
11  understood?
12      A.   Yes.
13      Q.   In order for us to have a clean
14  record for the questions and answer.  I need you
15  to answer verbally, if you nod your head or say
16  yes, or you articulate it in some fashion, that
17  doesn't get captured by the reporter.
18          Please wait until I finish the
19  question before you begin the answer, we don't
20  want an over lap of us speaking at the same time
21  that makes it a nightmare for the reporter; is
22  that understood?
23      A.   Yes.
24      Q.   If you need a break at any time, let
25  me know as long as there is no question pending
```



```
 1
 2              Paul Levitz
 3      A.  No.
 4      Q.  We'll I'll represent to you this is
 5  what we call a Notice of Deposition.
 6           And this is kind of a formal
 7  mechanism by which I tell your counsel that we
 8  are going to have the deposition today and in
 9  this deposition notice there is a list of
10  definitions, and then there are a list of
11  topics?
12      A.  Yes.
13      Q.  It's my understanding that you're
14  here today to testify as to the DC acquisitions
15  of the copyrights of the Batman copyright of
16  material; is that accurate?
17      A.  I believe that is one of the things
18  that they suggested that I was here for.
19           MR. WEINBERGER:  I can confirm that.
20      Q.  And you are here to testify as DC
21  come imagines acquisitions of the copyrights of
22  the Batman characters; is that right?
23           MR. WEINBERGER:  I can confirm that
24       for the witness.
25      Q.  And you are here to discuss topics
```

```
 1
 2              Paul Levitz
 3  of one and two, and they are also you are here
 4  to testify the topic number nine that is DC
 5  Comics policies and procedures for accepting
 6  proposed material from freelance writers from
 7  January 1st, 1990 to January of 2003.
 8           MR. WEINBERGER:  I confirm that, I
 9  would like to note for the record DC perspective
10  I don't think you mentioned topic three, he is
11  testifying on the companies behalf on one two
12  three and nine in the notice.
13           But with respect to topics, one
14  through three, I understand that you're using
15  defined terms to delineate between them but from
16  DC's perspective they are all one in the same.
17  I don't know if there is any need to
18  differentiate between topics one, two and three.
19           MR. PARKER:  I want to go over those
20  defined terms so that we know what we are
21  talking about so that we something that is
22  specific and understood.
23           I'm going to get rid of this.  Let's
24  move up and look at the deposition of these
25  terms.  Let's refer now to the definition of
```

```
 1
 2              Paul Levitz
 3  number five in the first to determined Batman
 4  copyrighted material; do you see that?
 5      A.  Yes.
 6      Q.  And that is defined meaning words
 7  referred to in the third-party complaint by DC
 8  Comics at Batman writer material including the
 9  words referred to in the third-party complaint.
10           Is that a definition that you
11  understand?
12      A.  I have seen the words but I haven't
13  seen the words in the exhibit that you're
14  referring to.
15           MR. WEINBERGER:  You can ask a
16       question.
17      Q.  Let's stay with the term Batman
18  characters.  I'm looking at number six now, the
19  term Batman characters is defined as referenced
20  in the third-party complaint; is it not?
21      A.  That is what it says.
22      Q.  I think it would help if we pull up
23  the third-party complaint?
24           Mr. Levitz, is this a document that
25  you have seen before?
```

```
 1
 2              Paul Levitz
 3      A.  No.
 4      Q.  I'll represent to you that this is
 5  the third-party complaint by DC Comics Chris,
 6  you are familiar with the lawsuit, or are you
 7  not?
 8      A.  I am mildly familiar with the
 9  lawsuit.
10      Q.  I'm going to refer us now to
11  paragraph nine.  Paragraph nine states certain
12  -- Batman's creation in 1939, certain other
13  related characters and other -- original
14  fanciful elements have appeared in the Batman
15  plotlines, including but not limited to Robin
16  aka Dick Grayson, The Riddler aka Edward Nygma,
17  Commissioner James Gordon, Barbara Gordon aka
18  Batgirl, Two Face, The Joker, Batman's butler
19  Alfred, the Batmobile and the fictional city
20  Gotham City, among many others (together, the
21  "Batman Characters").  So I understand the
22  Batman characters as being defined in this
23  paragraph is this a definition that you
24  understand.
25           Do you understand that?
```

1
2               Paul Levitz
3       A.  I believe that I understand it.
4       Q.  So since Batman's creation in 1939,
5    what is your understanding of that creation?
6       A.  I'm sorry.  Would you repeat your
7    question?
8       Q.  The opening phrase since Batman's
9    creation in 1939?
10      A.  Yes.
11      Q.  What is your understanding of that
12   phrase "Batman's creation in 1939?"
13      A.  I think it's plain English.  Phrase
14   that just describes the fact that there is a
15   creative process that resulted in the character;
16   the creative property Batman and the assumption
17   here is that it took place in 1939 and that is
18   probably not entirely accurate.
19      Q.  Why do you think it's not entirely
20   accurate?
21      A.  If I remembering when the detectives
22   comic number 27 was first published the process
23   probably began in late 1938.
24      Q.  Do you understand the phrase?
25          Do you understand the phrase certain

1
2               Paul Levitz
3    other related characters and other original
4    fanciful elements?
5       A.  I believe it's an attempt to put a
6    definitional term to the fact that there are
7    original creative element within the stories of
8    Batman that are characters or objects that are
9    distinctive and original.
10      Q.  Can you identify any fanciful
11   elements that is identified here?
12      A.  There is a list in the paragraph
13   that includes a number of characters.  I would
14   also say that the batcave, the batter rank, the
15   utility belt, and many other things, and
16   villains that were introduced.
17      Q.  Bathound, would that be one?
18      A.  That certainly would be.
19      Q.  That might?
20      A.  Yes.
21      Q.  Kathy?
22      A.  Yes.
23      Q.  Batwoman?
24      A.  Yes.
25      Q.  Okay.  Any other faceable (sic)

1
2               Paul Levitz
3    element that you can think of?
4       A.  We could probably sit here for the
5    next hour trying to remember all of the
6    different elements of the process.  If you're
7    talking about the property as it's extended
8    overall of these years.
9       Q.  Right now we are just looking at
10   1939?
11      A.  1939, you have doctor dead, if your
12   so specific to 1939 most of these element have
13   not appeared yet, that are a numerated here.
14      Q.  Well, was Robin?
15      A.  No.
16      Q.  Was he created in 1939?
17      A.  He may have been created at the very
18   end 1939, but he was not published until 1940.
19      Q.  And Miller?
20      A.  1940, somewhere.
21      Q.  And Mr. Gordon?
22      A.  The original story, and if your
23   defining that as 1939 let's stick with that.
24      Q.  Let's go through them one at a time.
25          This term Robin A.K.A Dick Grayson,

1
2               Paul Levitz
3    what is your understanding of that term?
4       A.  The original character as had a
5    secret identity as Dick Grayson.
6       Q.  What is the next one Riddler, what
7    is your understanding of that character?
8       A.  Dylan who taunted Batman by offering
9    difficult to solve right isles that was accused
10   of the crimes that he was about to commit.
11      Q.  And the commission of James Gordon;
12   what is your definition of it?
13      A.  Circumstance lying the police force
14   in 1939 and in many Batman stories thereafter.
15      Q.  Barbara Gordon, bat girl; what is
16   your understanding of that?
17      A.  That character was in 1968 roughly
18   as the daughters of the commission of Gordon,
19   she was the Liberian who sort of had a crush on
20   Batman and took on the identity of bat girl.
21      Q.  And the term Joker, two phase, I'm
22   skipping.
23          What is the understanding of the
24   Joker, what is your understanding of that term?
25      A.  That was introduced in Batman in



```
 1
 2              Paul Levitz
 3   1940.
 4       Q.   And Batman, Alfred, where did that
 5   come from?
 6       A.   He was introduced in the Batman
 7   stories, I believe in 1941, and then
 8   significantly modified after the first Batman
 9   serial, but normally known Aspen any worth in
10   the William family Butler.
11       Q.   The term Batman mobile.  What is
12   your understanding of the bat mobile?
13       A.   The distinctive car that the Batman
14   operates which the visual has changed over the
15   years but it always had some level of unique
16   design element that identify it as a bat mobile,
17   either a batt head, hood element or other
18   features like that.
19       Q.   Any other features?
20       A.   I'm sorry.
21       Q.   What other features?
22       A.   It's very, very much from decade to
23   decade.  Distinctive, the tail changed at one
24   point or another, things that are of Batman.
25       Q.   And I assume that you would
```

```
 1
 2              Paul Levitz
 3   understand that the Batman was a Batman
 4   character as well that can be added to the --
 5       A.   I didn't hear you clearly.
 6       Q.   Is a Batman, Batman that can be
 7   added to this list, in paragraph nine?
 8       A.   Sure.
 9       Q.   How would you describe the Batman
10   character?
11       A.   The most typical Batman stories.  He
12   is a boy named Bruce Wayne, who had seen his
13   parents get murdered when he was a child and has
14   sworn he didn't see the murder by elevating in
15   that City of Gotham; and is inspired by putting
16   on the mask and becoming Batman.
17       Q.   And did the Batman character is an
18   original creation?
19       A.   As original as anything gets.
20       Q.   Who created him?
21       A.   The original Batman stories are by
22   Bob Kane and Bill Sienkiewicz.
23       Q.   Who is Bob Kane?
24       A.   Bob Kane was born Robert Kane in New
25   York City in the early part of the 20th century.
```

```
 1
 2              Paul Levitz
 3   I wouldn't remember the date offhand.  But I
 4   would guess around 1920.
 5            He was one of the earliest
 6   cartoonist in the nations field of comic books
 7   in the 1930s. Predominantly a cartoonist.
 8            He did some work for the DCs
 9   predecessors and interest and acquired his fame
10   and his success with the creation of Batman and
11   it's publication starting in 1939.
12       Q.   And so earlier I think that you made
13   a reference to Batman being created roughly in
14   1938 is that a reference to Bob Kane's creation
15   of that man, or would you say that Bob Kane
16   created that man in 1938?
17       A.   I think Bob Kane and Bill
18   Sienkiewicz began the creation of 1938 given
19   what the publication dates are.
20       Q.   Who is Bill Finger?
21       A.   When Bob Kane presented the original
22   rough sketch for Batman to the editor what would
23   be DC Comics he didn't have a story behind that.
24   And the editor man Vincent Sullivan, said go out
25   and get a writer to work and Bob was a fellow
```

```
 1
 2              Paul Levitz
 3   graduate of the same high school, I think older
 4   than Bob, somewhat a professional writer
 5   already.  He began working as the ghost writer
 6   for Bob Kane on the earlier stories, none to the
 7   others and the industry from the beginning.
 8       Q.   Is it your opinion or you would say
 9   that Bill or Bob Kane would come together from
10   the Batman in 1938?
11       A.   Yes.
12       Q.   All right.  And what makes the
13   Batman original?
14            MR. WEINBERGER:  Objection.
15       A.   My view of that as a Bill
16   Sienkiewicz, is that the combination of element
17   visually and from the story standpoint added up
18   to original character.
19       Q.   And I have to break them down, are
20   you referring to the distinct and visual
21   features?
22       A.   Combination of distinctive and
23   visual and he progressively becomes more
24   original overtime as more and more things are
25   added and are making them more distinguishable
```



```
 1
 2              Paul Levitz
 3   affixed amount and in lieu of the full
 4   extension.
 5        Q.  And was there hesitant to provide a
 6   full extension that you recall?
 7        A.  I don't know if I would describe it
 8   as hesitance, but it was a negotiated solution
 9   from a request from people.  The companies sure
10   try and pay less if they can.
11        Q.  What was the position of Debra Kane
12   and Elizabeth Kane as to why they deserve more?
13          Objection.
14        A.  I was not present for the
15   discussion, but I assume it produced itself to
16   Batman is wonderful, Batman is making you
17   billions of dollars and give us money.
18        Q.  On what grounds do they think they
19   deserve money?
20        A.  The success of Batman and it being
21   based on Bob Kane's initial idea.
22        Q.  Initial idea, or initial creation?
23        A.  I don't know if there is a
24   difference between the two.
25        Q.  So I'll let you read the letter
```

```
 1
 2              Paul Levitz
 3   before we move on.  So the first three
 4   paragraphs there?
 5        A.  Okay.
 6        Q.  You have gotten to the bottom of the
 7   page, correct?
 8        A.  Yes. It's pretty straight forward.
 9        Q.  So do you have any reason why
10   Deborah Kane's signature isn't on the document?
11        A.  Since I haven't seen the document. I
12   have no idea.  I know she agreed to the deal.
13        Q.  You know that Deborah Kane agreed to
14   the deal?
15        A.  Yes, it may have been done encounter
16   parts, or something like that.
17          MR. PARKER:  There is another
18          version of this document produced with
19          her signature.  I would ask that you
20          produce that.
21          MR. WEINBERGER: If you can go to the
22          next page. There you go.  It's already
23          produced.
24        Q.  Okay.  This is the first time, I'm
25   looking at the paragraph that begins, "that you
```

```
 1
 2              Paul Levitz
 3   each knowledge that the Batman property, and
 4   I'll copyrights trademarks read the paragraph.
 5          You each knowledge that the Batman
 6   property, and all copyrights, trademarks, and
 7   all other rights therein are owned solely and
 8   exclusively by DC.
 9          You can further acknowledge that all
10   work rendered by Kane with respect to the Batman
11   property was rendered by DC, or as an employee
12   for DC, pursuant to a written work for hire
13   agreement with DC; and or at the instance and
14   expense and under the supervision and control of
15   DC; and therefore as work made for hire for DC,
16   and that neither of you as the successor or
17   interest to Kane have any copyright interest in
18   the Batman property whatsoever.
19          Is that an accurate reading of that
20   paragraph?
21        A.  I think so.
22        Q.  And so this is the first time we've
23   seen work for higher language in this agreement.
24          Is there a reason that the work for
25   higher language is included here?
```

```
 1
 2              Paul Levitz
 3          MR. WEINBERGER: Objection to the
 4          extent it requires the witness to reveal
 5          the substance of any attorney-client
 6          communication privilege that may have to
 7          the extent that he can recall.
 8          If you can otherwise answer the
 9          question, go ahead.
10        A.  Since I didn't participate in the
11   drafting, I assume that it's a different lawyer
12   doing it, and again, trying for belt and
13   suspenders.
14        Q.  And so let's look at the next
15   paragraph.
16          Further, if you each agree, that if
17   and to the extent that any of Kane's
18   contributions to Batman's property are deemed
19   not to be works for hire for DC.  You
20   acknowledge this is the first time we see a
21   granted all rights from copyrights Kane to DC?
22          MR. WEINBERGER:  The same objection.
23          To the extent it requires the witness
24          not to reveal the substance of attorney
25          client communication, to the extent that
```

1
2                Paul Levitz
3      you can answer the question, go ahead?
4        A.  It became conventional at some point
5    that includes just in case deemed to be a work
6    for hire, then you agree to assign everything to
7    us.
8        Q.  So you will agree there is no
9    assignment of rights from Bob Kane to --
10        A.  I'm sorry.  There was no need for
11    assignment of rights because everything was done
12    at DCs instance and expense.  Kane had nothing
13    to assign.
14        Q.  Does DC Comics have policy and
15    procedures for accepting proposed materials from
16    freelance writers?
17        A.  From time to time DC has had
18    policies and procedures that have varied over
19    the decades.
20        Q.  Okay.  And it's from 1989 until
21    1993, or '94, was their policies and procedures
22    for freelance writing?
23        A.  Generally speaking.
24        Q.  What was that policy?
25        A.  Generally the procedure was they

1
2                Paul Levitz
3    unsolicited material from people that we don't
4    know or we have not worked with was returned
5    unread.  I think that was already a policy by
6    that time.
7           If work was submitted by someone who
8    the edit knew, or had reason to believe, it can
9    make interesting contribution then it might be
10    read and evaluated.
11        Q.  Was the policy written down
12    anywhere?
13        A.  No, not that I'm aware of.
14        Q.  Why not?
15        A.  We didn't write down a lot of stuff.
16        Q.  Well, why not?
17        A.  Lazy.
18        Q.  How was the policy communicated?
19        A.  I'm sorry, can you repeat that.
20        Q.  How was the policy communicated?
21        A.  When people become members of the
22    editorial staff they were taught on how to
23    behave as an editor.
24        Q.  And how were they taught how to
25    behave?  What type of behaviors were they

1
2                Paul Levitz
3    taught?
4        A.  That can take the rest of the
5    afternoon.  If you're asking specifically --
6        Q.  With respect to unsolicited
7    material, how is there a policy for them to
8    behave?
9        A.  There is a pile of stuff that has
10    come in from people please fill out the form
11    letter, thanks for playing our game now go away;
12    that was generally a very curete exercise for a
13    young editorial person.
14        Q.  What do you mean by that?
15        A.  I mean that there would be a pile of
16    material much of it which was sent in on a very
17    amateurish level; and having to sit there and
18    stuff it into envelops, and feeling guilty that
19    you weren't taking the time to read it, and
20    didn't have the time to spend any time on it,
21    and generally it was a very hard task for young
22    staffers
23        Q.  And the authority to review,
24    unsolicited material from people was left to the
25    editor in charge of whatever a particular

1
2                Paul Levitz
3    comment was solicited for; is that accurate?
4        A.  Broadly during the period that
5    you're talking about the editor was primarily
6    responsible.
7           If you're talking about specifically
8    Batman, which I've understood that we are
9    focused on here; the decision also might have
10    been restricted to what is in terms of the group
11    editor who was principle responsible for Batman
12    and Danny O'Neil during the period.
13        Q.  I'm sorry, who?
14        A.  Danny O'Neil.
15        Q.  Did the editors have any guideline
16    at DC Comics for the content as to what would be
17    acceptable, and what would not be acceptable for
18    publications?
19        A.  Many guidelines relevant to that.
20    It varied with the different property, or the
21    character.
22        Q.  And let's stick with Batman.
23           And so I guess that we are talking
24    about 1990, and it's my understanding that
25    Archie Goodwin was an editor at that time; is



```
 1
 2            Paul Levitz
 3   that accurate?
 4       A.  Yes, he was mentioned in one of the
 5   titles.
 6       Q.  What was Archie's position?
 7       A.  Archie was, at that time, probably
 8   was listed as a group editor.  He was one of the
 9   most senior editorial group staffed editors that
10   we've had; extradinarly talented and experienced
11   editor and writer.
12       Q.  So Archie had a set of guidelines
13   that you've followed in terms of the content
14   that you are looking for?
15           Or did he kind of trust them to
16   determine what should be published and what
17   should not be published?
18       A.  It's a broad guidelines that is
19   applicable to all of the editors working on
20   superhero material that Archie would have fallen
21   under.
22           Beyond that the more specific stuff
23   would've been more stylistically up to him and
24   additionally, provided some guidelines that we
25   were attended to.
```

```
 1
 2            Paul Levitz
 3       Q.  And part of the guidelines how does
 4   that work?  I assume this is a physical document
 5   that the group editors and the editors have
 6   access too?
 7       A.  No, written documents.
 8       Q.  Or was it communicated to the
 9   different writers?
10       A.  No.
11       Q.  Sir, can you describe for me the
12   process by which freelance writers submitted
13   work for publication to DC Comics specifically
14   Batman stories during this time frame from 1989
15   until 1983?
16           MR. WEINBERGER: Objection.
17       A.  There is no process for them to
18   submit work, that is now the process of how
19   freelance writers work.  If you look at the
20   Batman books in specific, there were probably
21   three Batman titles being published in any given
22   month; and the specific writer would be assigned
23   to them usually in a year or multi year in a
24   period of time, and that writer would have a
25   conversation with the editors or the subsidiary
```

```
 1
 2            Paul Levitz
 3   editors of what they intend to do.
 4           And they would say yes or no, and
 5   why don't you try and go back and forth,
 6   whatever the case maybe.
 7           It was a little different with
 8   Archie, who was editing a title called Legends
 9   of the Dark Night, which it did not have a
10   single writer on a regular basis.  And then I
11   would assume, that the writer would come in and
12   say I would come in and say have an art for
13   legends, and we'll talk about it a little at
14   length for what we had in mind.
15           And then it's possible that they
16   have a two or three paragraph written of what
17   their thoughts were what they might share with
18   Archie, and Archie would say that is great, and
19   here is a contract and go and do it or no, I'm
20   not interested in that.
21       Q.  Does the same process for the pencil
22   or inker, or someone doing graphic material
23   verse written materials?
24       A.  No, there is no submission process
25   for that.
```

```
 1
 2            Paul Levitz
 3       Q.  What do you mean?
 4       A.  That is assignment.  You have a
 5   script, who is going to do it.  It's not
 6   somebody comes up and say I like to do four
 7   issues of the Dark Knight as a penciller or an
 8   issues of Batman, the editor assigns the work.
 9       Q.  How it worked by the writer
10   submitted at that time and I know that you
11   talked about it together, were they always in
12   the same room, or was it sometimes submitted by
13   mail?
14       A.  The vast majority of time in those
15   years it was in person, probably with some of
16   the writers who is more geographically distance
17   in the phone conversation, if you're talking
18   about the initial plot ideas.
19       Q.  Are you aware of Archie Goodwin keep
20   the non-soliciting material from a freelance
21   writer?
22       A.  For legends of the Dark Knight?
23       Q.  Yes?
24       A.  No.
25       Q.  For any other publication?
```

MAGNA
LEGAL SERVICES

```
 1
 2              Paul Levitz
 3       A.  In the course of his career,
 4   certainly.
 5       Q.  Okay.  I'm going to share my screen
 6   and enter this as an exhibit.
 7       Q.  So let's mark this as exhibit ten
 8   for the record.
 9          (Whereupon, Exhibit ten was marked
10   for the record.)
11       A.  Sure.
12       Q.  Paul, is this a document that you
13   have ever seen before?
14       A.  Not that I recognize, but it covers
15   one of the issues of Star Trek.
16       Q.  Correct.  And I'll represent to you
17   this is the color that was illustrated by my
18   client who will represent that he submitted it
19   to DC Comics, it was unsolicited, and he used
20   copyright material that I've assume that the DC
21   Comics would claim ownership within?
22       A.  No.
23          MR. WEINBERGER: Objection.
24       Q.  Is Star Trek not a DC Comics title?
25       A.  The comic is a DC Comics titled, the
```

```
 1
 2              Paul Levitz
 3   underlining property is owned Paramount
 4   Pictures, or whatever the hell they call
 5   themselves this week, Paramount Global.
 6       Q.  So you would not sue my client for
 7   trademark and infringement in this particular
 8   case, even if you did own this work, or if you
 9   did own the copyrights for these characters,
10   would you be inclined to sue someone who
11   submitted them to an editor for possible
12   publication?
13       A.  I'm not sure that I understand your
14   point.
15       Q.  It's a hypothetical.
16          So assuming that your company owns
17   the copyright to these characters, these
18   characters are bought before -- let's just
19   strike that.
20          And so, Paul, if I represent to you
21   that my client submitted this concept to an
22   editor at DC Comics for publication,
23   unsolicited, and then DC Comics went to publish
24   this content, would you have reason to doubt me?
25       A.  I assume that your an honest man,
```

```
 1
 2              Paul Levitz
 3   and I assume that you're telling the truth as an
 4   officer of the court.
 5       Q.  And is this an uncommon occurrence
 6   at DC Comics where someone would unsolicited it,
 7   and create contents, and try and sell it to
 8   editors at DC Comics?
 9       A.  It was a relatively rare occurrence
10   for cover art work for comics, but it came in
11   the 1990's period that you're talking about, it
12   would happen occasionally, it was an
13   extraordinarily rear or nonexistence process
14   with the stories of art work with the interior
15   of comics.
16       Q.  Is this a document that you have
17   ever seen before?
18       A.  Again, I don't recall this, I'll
19   assume that this is a public issues of Spectre.
20       Q.  What is an Spectre?
21       A.  Spectre it's a comic back to 1940 or
22   so, a ghostly superhero.
23       Q.  And is this image of a character
24   that you would consider DC Comics property?
25       A.  The spectre part of it.  I don't
```

```
 1
 2              Paul Levitz
 3   know who the other person depicted there is.
 4       Q.  When you say, "the spectre part of
 5   it," you are referring to the face; is that
 6   accurate?
 7       A.  Yes.
 8       Q.  And I'll submit to you, that this is
 9   also a process created by my client unsolicited,
10   and submitted to DC Comics for publication and
11   was accepted by publication.
12          Do you have any reason to doubt
13   that?
14          MR. WEINBERGER: Objection.
15       A.  It would be very, very rare for that
16   to happen on a book like a spectre so I do doubt
17   but it is possible.
18       Q.  Would my client have been suing for
19   using this particular image or creating this
20   image of the spectre.
21       A.  If your client had done anything
22   with it to commercialize it, other than with us
23   he would've probably been sued or at least sent
24   a deceased desist order.
25          (Whereupon, Exhibit 11 was marked
```