UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER WOZNIAK,

                              Plaintiff,

            -v-

WARNER BROS. ET AL.,

                              Defendants.

22 Civ. 8969 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has scheduled argument on defendants' motion for summary judgment for January 18, 2024 at 2 p.m. The argument will be held in person in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. The Court directs the parties to email chambers by January 16, 2024, with the names of the attorneys who will argue the motion.

      SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: January 9, 2024
           New York, New York