

151 West 42nd Street, 17th Floor  
New York, NY 10036

**James D. Weinberger**  
Partner

T 212.813.5952  
jweinberger@fzlz.com

March 26, 2024

**BY ECF**

Hon. Paul A. Engelmayer, U.S.D.J.  
United States District Court for  
 the Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

Re:  *Wozniak v. Warner Bros. Ent. Inc.*, No. 1:22-cv-8969-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

We are counsel to Defendant Warner Bros. Entertainment Inc. and Third-Party Plaintiff DC Comics in the above-referenced action. We write pursuant to Paragraph 3.J of the Court's Individual Rules and Practices in Civil Cases to advise the Court that it has been over 60 days since our clients' motion for summary judgment has been fully briefed and argued.

Respectfully submitted,

James D. Weinberger

cc: Counsel of record via ECF