UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER WOZNIAK,

                         Plaintiff,

-v-

WARNER BROS. ENTERTAINMENT INC.,

                         Defendant.

DC COMICS,

                         Third-Party Plaintiff,

-v-

CHRISTOPHER WOZNIAK,

                         Third-Party Defendant.

22 Civ. 8969 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Yesterday, the Court issued a decision granting Warner Brothers' summary judgment motion in full, and DC Comics' motion for summary judgment on its copyright infringement claim. DC Comics' copyright fraud claim against Wozniak remains outstanding, as does the determination of damages on DC Comics' copyright infringement claim. The Court directs the parties to confer and submit a joint letter **by April 5, 2024,** setting their views as to next steps in this litigation.

    SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: March 28, 2024
       New York, New York