R. Terry Parker (terry@rterryparkerlaw.com)
Law Office of R. Terry Parker
43 West 43rd St., Ste. 275
New York, New York 10036-7424
(212) 859-5068

*Counsel for Plaintiff and Third-Party Defendant Christopher Wozniak*

James D. Weinberger (jweinberger@fzlz.com)
Kimberly B. Frumkin (kfrumkin@fzlz.com)
Andrew Nietes (anietes@fzlz.com)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, New York 10036
(212) 813-5900

*Counsel for Defendant Warner Bros. Entertainment Inc. and Third-Party Plaintiff DC Comics*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTOPHER WOZNIAK,<br><br>Plaintiff,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT INC.,<br><br>Defendant.<br><hr>DC COMICS,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>CHRISTOPHER WOZNIAK,<br><br>Third-Party Defendant. | Case No. 1:22-cv-08969-PAE |

**STIPULATED JUDGMENT**

WHEREAS, by its Opinion & Order dated March 27, 2024 (ECF No. 81), the Court granted summary to Defendant Warner Bros. Entertainment Inc. ("Warner Bros.") on Plaintiff and Third-Party Defendant Christopher Wozniak's ("Wozniak") claim of copyright infringement

against Warner Bros. and to Third-Party Plaintiff DC Comics on its claim of copyright infringement against Wozniak; and

WHEREAS, it is HEREBY STIPULATED AND AGREED, by and between Wozniak, Warner Bros., and DC Comics through their undersigned counsel of record, subject to the approval of the Court and conditioned upon the timely occurrence of paragraph (i) below, that a final judgment reflecting the Court's March 27, 2024 Opinion and Order shall be entered as in this action pursuant to Fed. R. Civ. P. 58, upon and subject to the following additional terms:

(i) Wozniak shall, within five (5) business days of the entry hereof, cancel his United States Copyright Registration No. TXu 2-332-107 and any supplemental filings related thereto (collectively the "Registration") using the procedure set forth in Section 1807.4(E) of the Compendium of U.S. Copyright Office Practices, 3d ed (2021), available in https://www.copyright.gov/comp3/chap_1800/ch1800-post-registration.pdf;

(ii) Upon Wozniak's timely cancellation of the Registration as set forth in paragraph (i), above, DC Comics' Second Cause of Action for fraud on the copyright office against Wozniak is dismissed with prejudice;

(iii) DC Comics waives any damages in connection with its successful claim for copyright infringement against Wozniak.

(iv) Wozniak waives any right to appeal from this Court's Opinion & Order dated March 27, 2024 (ECF No. 81); and

      (v)    Each party shall bear its own fees and costs in the action, and waives any claim it may have for attorneys' fees.

| LAW OFFICE OF R. TERRY PARKER | FROSS ZELNICK LEHRMAN & ZISSU, P.C. |
|---|---|
| By: /s/ R. Terry Parker<br>R. Terry Parker (terry@rterryparkerlaw.com)<br>43 West 43rd St., Ste. 275<br>New York, New York 10036-7424<br>(212) 859-5068<br><br>*Counsel for Plaintiff and Third-Party Defendant Christopher Wozniak* | By: /s/ James D. Weinberger<br>James D. Weinberger (jweinberger@fzlz.com)<br>Kimberly B. Frumkin (kfrumkin@fzlz.com)<br>Andrew Nietes (anietes@fzlz.com)<br>151 West 42nd Street, 17th Floor<br>New York, New York 10036<br>(212) 813-5900<br><br>*Counsel for Defendant Warner Bros. Entertainment Inc. and Third-Party Plaintiff DC Comics* |

SO ORDERED

Dated: April 5, 2024

*Paul A. Engelmayer*
Paul A. Engelmayer, U.S.D.J.

3